CHRISTOPHER CELENTINO (131688)
Christopher.celentino@dinsmore.com
CHRISTOPHER B. GHIO (259094)
Christopher.ghio@dinsmore.com
YOSINA M. LISSEBECK (201654)
Yosina.lissebeck@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tele:  619.400.0500
Fax:   619.400.0501

KAREN S. HOCKSTAD (OH 61308) (Admitted pro hac vice)
Karen.hockstad@dinsmore.com
MATTHEW H. SOMMER (OH 101721; NC 51004) (Admitted pro hac vice)
Matthew.sommer@dinsmore.com
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd., Suite 200
Columbus, OH 43215
Tele:  614.628.6880
Fax:   614.628.6890

Special Counsel to Richard A. Marshack, Trustee of the LPG Liquidation Trust

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No.: 8:25-ap-01105-SC |
| <br>Richard A. Marshack,<br>Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>World Global Fund, LLC, et al.<br><br>Defendants. | **Proof of Service of Complaint upon Honorable Scott C. Clarkson**<br><br>Judge:  Hon. Scott C. Clarkson<br>Place:   Courtroom 5C<br>              411 West Fourth Street<br>              Santa Ana, CA 92701 |

1

1 | A true and accurate copy of the Adversary Complaint, Adversary Civil Cover Sheet and Exhibits were served upon Honorable Scott Clarkson via overnight mail. See attached Proof of Service.

Respectfully submitted,

DINSMORE & SHOHL LLP

Dated: March 13, 2025

By: /s/ Karen S. Hockstad (OH061308)
(admitted pro hac)

Special Counsel to Richard A. Marshack, Chapter 11 Trustee For The Bankruptcy Estate Of The Litigation Practice Group P.C. and Liquidating Trustee of the LPG Liquidation Trust

2

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
Dinsmore & Shohl, LLP, 191 W. Nationwide Blvd Columbus Ohio 43215

A true and correct copy of the foregoing document entitled (*specify*): _____
Adversary Complaint, Adversary Civil Cover Sheet, Exhibits _____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) __03/13/2025__, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Honorable Scott Clarkson
U.S. Bankruptcy Court, Santa Ana Division
Ronald Reagan Federal Building, 411 W. Fourth Street
Santa Ana, CA 92701

Via Overnight Mail

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

3-13-25    KAREN S HOCKSTAD    [signature]
Date    Printed Name    Signature

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF.SERVICE**