| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Karen Hockstad<br>Dinsmore & Shohl, LLP<br>191 W. Nationwide Blvd Ste 200<br>Columbus, OH 43215<br><br>(614) 628-6930<br><br><br><br>*Plaintiff or Attorney for Plaintiff* | |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA

| In re:<br><br>The Litigation Practice Group P.C.<br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br><br>CHAPTER: 11<br><br><br>ADVERSARY NUMBER: 8:25-ap-01105-SC |
|---|---|
| Richard A Marshack<br><br>Plaintiff(s)<br>Versus<br><br>World Global Fund LLC<br><br>(See Attachment A for names of additional defendants)<br>Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left-hand corner of this page. The deadline to file and serve a written response is <u>04/14/2025.</u> If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

        Date:                 May 28, 2025
        Time:               01:30 PM
        Hearing Judge:   Scott C Clarkson
        Location:       411 W Fourth St., Crtrm 5C, Santa Ana, CA 92701

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016                                  Page 1                    **F 7004-1.SUMMONS.ADV.PROC**

You must comply with LBR 7016-1, which requires you to file a joint status report and to appear at a status conference. All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: March 13, 2025

By: _____"s/" Nickie Bolte_____
Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2016        Page 2        F 7004-1.SUMMONS.ADV.PROC

## ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Richard A Marshack | World Global Fund LLC<br>WORLD GLOBAL FUND LLC<br>Shia Dembitzer<br>Solomon Feig<br>Moishe Gubin<br>Optimum Bank Holdings, Inc.<br>Optimumbank<br>Optimumbank.com<br>LPG Capital LLC<br>LPG Holdings LLC<br>MNS Funding LLC<br>SSD Investment Group, LLC<br>SSD Investment Group, LLC<br>SSD Investment Group, LLC<br>Brickstone Group LTD<br>WGF Capital Inc.<br>PSF 2020 Inc.<br>PSF LLC<br>Supreme Advance LLC<br>Slate Advance LLC<br>Safe Vault Capital LLC<br>Goldcrest Associates LLC<br>Parkside Capital Group LLC<br>Hybrid Advance LLC<br>EOM Business Capital LLC<br>Genesis Equity Group Funding LLC<br>Everyday Group LLC<br>Glass media<br>Funding Gateway, Inc.<br>Funding Gateway, Inc.<br>Funding Gateway, Inc.<br>Coast Processing LLC<br>Vertex Capital (US) Funding LLC<br>Vertex Capital Partners LLC<br>Crystal Springs Capital LLC<br>Weinman and Associates, LLC<br>World Global Fund LLC<br>Prime Funding Group<br>Coast Processing LLC<br>TOT Capital<br>Hybrid Advance<br>Gateway Funding<br>Dorcy and Whitney<br>W.B.Fund<br>Brickstone Group<br>Branfman and Associates<br>Slate Advance<br>FD Fund<br>PSF<br>Greentree Advance<br>Crystal Springs<br>Kingdom Capital<br>Parkside Capital<br>Goldcrest<br>Rapid Cap<br>Weinman and Associates<br>WGF Capital Inc.<br>Everyday Group<br>Vulcan Consulting Group<br>Supreme Funding<br>Vertex Capital<br>Kingcash<br>MNS Funding |

|  | LPG<br>AY Funding<br>Safe Vault<br>Legal Fees Network<br>The Genesis Equity Group<br>WORLD GLOBAL<br>Weinman and Associates |
|---|---|

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

# ATTACHMENT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:    **191 W. Nationwide Blvd., Suite 200, Columbus, Ohio 43215**

A true and correct copy of the foregoing documents: (1) **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled: **TRUSTEE'S COMPLAINT FOR:  (1) AVOIDANCE, RECOVERY, AND PRESERVATION OF 2-YEAR ACTUAL FRAUDULENT TRANSFERS; (2)  AVOIDANCE,  RECOVERY,  AND  PRESERVATION  OF 2-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS;  (3)  DEMAND FOR ACCOUNTING AGAINST WORLD GLOBAL FUND, LLC, OPTIMUMBANK HOLDINGS, INC., OPTIMUMBANK, AND OTPIMUMBANK.COM;  (4) TURNOVER OF ESTATE PROPERTY;  (5) FRAUD AND/OR CONVERSION/THEFT COMMITTED BY WORLD GLOBAL, LLC, DEMBITZER, FEIG, THE ALTER EGOS, AND THE DEMBITZER ALTER EGOS – THE FRAUDULENT ACH TRANSACTIONS; (6) FRAUD AND/OR CONVERSION/THEFT COMMITTED BY WORLD GLOBAL, LLC, DEMBITZER, FEIG, THE ALTER EGOS AND THE DEMBITZER ALTER EGOS – UNREIMBURSED FUNDS FROM THE MCA AGREEMENTS; (7) AIDING AND ABETTING FRAUD AND/OR CONVERSION/THEFT BY MOISHE GUBIN, OPTIMUMBANK HOLDINGS, INC., OPTIMUMBANK, AND OPTIMUMBANK.COM; (8) AIDING AND ABETTING BY MOISHE GUBIN, OPTIMUMBANK HOLDINGS, INC., OPTIMUMBANK, OPTIMUMBANK.COM; AND (9) CONSPIRACY TO COMMIT FRAUD**

**Order re: EARLY MEETING OF COUNSEL, STATUS CONFERENCE INSTRUCTIONS, AND GENERAL PROCEDURES and**

**NOTICE OF REQUIRED COMPLIANCE WITH RULE 7026 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND RULE 7026-1 OF THE LOCAL BANKRUPTCY RULES**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐    Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On March 18, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

PSF, LLC
New York Secretary of State as Agent for Service of Process
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231

PSF, LLC
Attn:  Rich Palma
520 8th Avenue, Suite 1001
New York, NY 10008

☐    Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on March 18, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 18, 2025 | Karen S. Hockstad | *[signature]* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |