CHRISTOPHER CELENTINO (131688)
Christopher.Celentino@dinsmore.com
CHRISTOPHER B. GHIO (259094)
Christopher.Ghio@dinsmore.com
YOSINA M. LISSEBECK (201654)
Yosina.Lissebeck@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Ste 800
San Diego, CA 92101
Tele:  (619) 400-0500
Fax:   (619) 400-0501

KAREN S. HOCKSTAD (OH 61308)
Karen.Hockstad@dinsmore.com
MATTHEW H. SOMMER (OH 101721; NC 51004)
Matthew.Sommer@dinsmore.com
**DINSMORE & SHOHL LLP**
191 W. Nationwide Blvd., Ste 200
Columbus, OH 43215
Tele: (614) 628-6880
Fax:  (614) 628-6890
(Admitted pro hac vice)

Special Counsel to Richard A. Marshack,
Trustee of the LPG Liquidating Trust

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br>Debtor.<br><br>Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>World Global Fund, LLC, et al.<br><br>Defendants. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No.: 8:25-ap-01105-SC<br><br>Chapter 11<br><br>**PROOF OF SERVICE OF NOTICE OF APPEARANCE OF MATTHEW H. SOMMER**<br><br>Judge: Hon. Scott C. Clarkson |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

DINSMORE & SHOHL LLP
191 W. Nationwide Blvd., Suite 200
Columbus, OH 43215

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE OF MATTHEW H. SOMMER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On March 31, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Karen Hockstad on behalf of Plaintiff Richard A. Marshack    Karen.hockstad@dinsmore.com
                                                              Kim.beavin@dinsmore.com

Karen Hockstad on behalf of Trustee Richard A. Marshack (TR)    Karen.hockstad@dinsmore.com
                                                                  Kim.beavin@dinsmore.com

Richard A. Marshack (TR)    pkraus@marshackhays.com
                            ecf.alert+marshack@titlexi.com

United States Trustee (SA)    Ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) March 31, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**JUDGE'S COPY**
Honorable Scott C. Clarkson
United States Bankruptcy Court. Central District of CA
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130/Courtroom 5C
Santa Ana, CA 92701-4593

**PSF, LLC**
New York Secretary of State as Agent for Service of Process
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) March 31, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| March 31, 202 | Matthew H. Sommer | /s/ *Matthew H. Sommer* |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**2. SERVED BY UNITED STATES MAIL**:

**PSF, LLC**
Attn: Rich Palma
520 8th Avenue
Suite 1001
New York, NY 10008

**Brickstone Group, Ltd.**
20 W. 47th Street
Suite 401
New York, NY 10016

**Coast Processing, LLC**
7901 4th Street
Suite 5765
St. Petersburg, FL 33702

**Crystal Springs Capital LLC**
c/o Mark David
1111 Brickell Avenue
Suite 2725
Miami, FL 33131

**EOM Business Capital LLC**
c/o The Limited Liability Company
4615 Surf Avenue
Brooklyn, NY 11224

**Everyday Group, LLC**
c/o The LLC
63 Flushing Avenue
Unit 148
Brooklyn, NY 11205

**Funding Gateway, Inc.**
c/o The Corporation
6314 16TH Avenue
Suite 139
Brooklyn, NY 11204

**Funding Gateway, Inc.**
330 Changebridge Road
Suite 101
Pine Brook, NJ 07058

**Funding Gateway, Inc.**
1309 Coffeen Avenue,
Suite 1200
Sheridan, WY 82801

**Brickstone Group, Ltd.**
New York Secretary of State as Agent for Service of Process
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

**Brickstone Group, Ltd.**
Attn: Rabia Yaghoubazadeh
1486 Fulton Street
Suite 401
Brooklyn, NY 11216

**Coast Processing, LLC**
Attn: Business Filings, Inc.
1200 S. Pine Island Road
Plantation, FL 33702

**Crystal Springs Capital LLC**
c/o SKD Holdings LLC
4034 Willow Grove Road
Camden, DE 19934

**EOM Business Capital LLC**
Attn: New York Secretary of State as Agent for Service of Process
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

**Everyday Group, LLC**
New York Secretary of State as Agent for Service of Process
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

**Funding Gateway, Inc.**
New York Secretary of State as Agent for Service of Process
One Commerce Plaza
99 Washington Avenue
Albany, NY 12231

**Funding Gateway, Inc.**
c/o File Right RA Services, LLC
330 Changebridge Road
Suite 101
Pine Brook, NJ 07058

**Funding Gateway, Inc.**
Wyoming Secretary of State as agent for service of process
122 West 25th Street, Suite101
Cheyenne, WY 82002

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    Page 3 of 11                    **F 9013-3.1.PROOF.SERVICE**

**Funding Gateway, Inc.**
Cloud Peak Law
1095 Sugar View Drive, Suite 500
Sheridan, WY 82801

**Funding Gateway, Inc. d/b/a Goldcrest**
Cloud Peak Law
1095 Sugar View Drive,
Suite 500
Sheridan, WY 82801

**Funding Gateway, Inc. d/b/a Hybrid Advance**
1309 Coffeen Avenue,
Suite 1200
Sheridan, WY 82801

**Funding Gateway, Inc. d/b/a Hybrid Advance**
Wyoming Secretary of State-as agent for service of process
122 West 25th Street,
Suite 101
Cheyenne, WY 82002

**Funding Gateway, Inc. d/b/a Supreme Advance**
Cloud Peak Law
1095 Sugar View Drive,
Suite 500
Sheridan, WY 82801

**Funding Gateway, Inc. d/b/a Weinman and Associates**
1309 Coffeen Avenue,
Suite 1200
Sheridan, WY 82801

**Funding Gateway, Inc. d/b/a Weinman and Associates**
Wyoming Secretary of State-as agent for service of process
122 West 25th Street
Suite 101
Cheyenne, WY 82002

**Funding Gateway, Inc. d/b/a World Global Fund**
Cloud Peak Law
1095 Sugar View Drive
Suite 500
Sheridan, WY 82801

**Genesis Equity Group Funding, LLC**
5308 13th Avenue
Suite 422
Brooklyn, NY 11219

**Goldcrest Associates, LLC**
c/o The LLC
1253 E. 28th Street
Brooklyn, NY 11210

**Funding Gateway, Inc. d/b/a Goldcrest**
1309 Coffeen Avenue,
Suite 1200
Sheridan, WY 82801

**Funding Gateway, Inc. d/b/a Goldcrest**
Wyoming Secretary of State-as agent for service of process
122 West 25th Street,
Suite 101
Cheyenne, WY 82002

**Funding Gateway, Inc. d/b/a Hybrid Advance**
Cloud Peak Law
1095 Sugar View Drive,
Suite 500
Sheridan, WY 82801

**Funding Gateway, Inc. d/b/a Supreme Advance**
1309 Coffeen Avenue,
Suite 1200
Sheridan, WY 82801

**Funding Gateway, Inc. d/b/a Supreme Advance**
Wyoming Secretary of State-as agent for service of process
122 West 25th Street,
Suite 101
Cheyenne, WY 82002

**Funding Gateway, Inc. d/b/a Weinman and Associates**
Cloud Peak Law
1095 Sugar View Drive
Suite 500
Sheridan, WY 82801

**Funding Gateway, Inc. d/b/a World Global Fund**
1309 Coffeen Avenue,
Suite 1200
Sheridan, WY 82801

**Funding Gateway, Inc. d/b/a World Global Fund**
Wyoming Secretary of State-as agent for service of process
122 West 25th Street
Suite 101
Cheyenne, WY 82002

**Genesis Equity Group Funding, LLC**
New York Secretary of State as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**Goldcrest Associates, LLC**
New York Secretary of State as agent for service of process
One Commerce Plaza
99 Washington Avenue

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                    Page 4 of 11                          **F 9013-3.1.PROOF.SERVICE**

**Hybrid Advance LLC**
c/o Areil Llyabayev
9918 62nd Drive
Rego Park, NY 11374

**LPG Capital, LLC**
10 Jill Lane
Monsey, NY 10952

**LPG Holdings, LLC**
30 N. Gould, Suite R
Sheridan, WY 82801

**LPG Holdings, LLC**
c/o Registered Agents, Inc.
30 N. Gould, Suite R
Sheridan, WY 82801

**MNS Funding, LLC**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**MNS Funding, LLC d/b/a Genesis Equity Group**
New York Secretary of State as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**Moishe Gubin**
1230 Ridgedale Road
South Bend, IN 46614

**Parkside Capital Group, LLC**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**PSF 2020, Inc.**
New York Secretary of State as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**Hybrid Advance, LLC**
New York Secretary of State-as agent for service of process
One Commerce Plaza,
99 Washington Avenue
Albany, NY 11231

**LPG Capital, LLC**
New York Secretary of State as agent for service of process
One Commerce Plaza,
99 Washington Avenue
Albany, NY 11231

**LPG Holdings, LLC**
Wyoming Secretary of State as agent for service of process
122 West 25th Street
Suite 101
Cheyenne, WY 82002

**MNS Funding, LLC**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**MNS Funding, LLC d/b/a Genesis Equity Group**
c/o The LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**MNS Funding, LLC d/b/a Legal Fees Network**
New York Secretary of State as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**Parkside Capital Group, LLC**
c/o USA Corp, Inc.
325 Division Avenue
Suite 201
Brooklyn, NY 11211

**PSF 2020, Inc.**
c/o The Corporation
3921 14th Avenue
Brooklyn, NY 11218

**PSF, LLC**
Attn: Rich Palma
520 8th Avenue
Suite 1001
New York, NY 10008

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                Page 5 of 11                        F 9013-3.1.PROOF.SERVICE

**PSF, LLC**
New York Secretary of State as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**Safe Vault Capital, LLC**
New York Secretary of State as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**Slate Advance, LLC**
c/o The LLC
15 America Avenue
Suite 3
Lakewood, NY 08701

**Solomon Feig**
4518 18th Avenue
Brooklyn, NY 11204

**SSD Investment Group, LLC**
c/o Natesh Singh Dole
13745 Holt Ct.
Victorville, CA 92394

**Supreme Advance, LLC**
c/o File Right, LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**Vertex Capital (US) Funding LLC**
1309 Coffeen Avenue,
Suite 10947
Sheridan, WY 82801

**Vertex Capital Partners, LLC**
c/o Registered Agents, Inc.
30 N. Gould
Suite R
Sheridan, WY 82801

**Weinman and Associates, LLC**
c/o Cloud Peak Law
1095 Sugar View Drive
Suite 500
Sheridan, WY 82801

**WGF Capital (US) Inc.**
c/o Joshua Feig
1846 50th Street

**Safe Vault Capital, LLC**
c/o The Company
12 Bayview Avenue
Suite 321
Lawrence, NY 11599

**Shia Dembitzer**
202 Foster Avenue
Apt. 5
Brooklyn, NY 11230

**Slate Advance, LLC**
New York Secretary of State as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**SSD Investment Group, LLC**
14400 Bear Valley Rd.
Space 527
Victorville, CA 92394

**SSD Investment Group, LLC**
Attn: Shia Dembitzer
7901 4th Street N.
Suite 5765
St. Petersburg, FL 33702

**Supreme Advance, LLC**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**Vertex Capital (US) Funding LLC**
Cloud Peak Law
1095 Sugar View Drive
Suite 500
Sheridan, WY 82801

**Vertex Capital Partners, LLC**
Wyoming Secretary of State-as agent for service of process
122 West 25th Street
Suite 101
Cheyenne, WY 82002

**Weinman and Associates, LLC**
Wyoming Secretary of State-as agent for service of process
122 West 25th Street
Suite 101
Cheyenne, WY 82002

**WGF Capital (US) Inc.**
New York Secretary of State-as agent for service of process

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                   Page 6 of 11                          **F 9013-3.1.PROOF.SERVICE**

Brooklyn, NY 11204

**World Global Fund, LLC**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a AY Funding**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Braufman and Associates**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Brickstone Group**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Coast Processing**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Crystal Springs**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Dorcy & Whitney**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Everyday Group**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a FD Fund**
c/o File Right LLC

One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**World Global Fund, LLC**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a AY Funding**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Braufman and Associates**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Brickstone Group**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Coast Processing**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Crystal Springs**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Dorcy & Whitney**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Everyday Group**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a FD Fund**

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

Page 7 of 11

June 2012                                                                                                                    F 9013-3.1.PROOF.SERVICE

5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Gateway Funding**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Goldcrest**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Greentree Advance**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Hybrid Advance**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Kingcash**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Kingdom Capital**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a LPG**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a MNS Funding**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

New York Secretary of State-as agent for service of process
One Commerce Plaza, 99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Gateway Funding**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Goldcrest**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Greentree Advance**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Hybrid Advance**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Kingcash**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Kingdom Capital**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a LPG**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a MNS Funding**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                Page 8 of 11                          F 9013-3.1.PROOF.SERVICE

**WORLD GLOBAL FUND, LLC d/b/a Parkside Capital**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Prime Funding Group**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a PSF**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Rapid Cap**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Safe Vault**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Slate Advance**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Supreme Funding**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Tot Capital**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Vertex Capital**
c/o File Right LLC

Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Parkside Capital**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Prime Funding Group**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a PSF**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Rapid Cap**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Safe Vault**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Slate Advance**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Supreme Funding**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Tot Capital**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Vertex Capital**

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                          Page 9 of 11                                          F 9013-3.1.PROOF.SERVICE

5314 16th Avenue
Suite 139
Brooklyn, NY 11204

New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Vulcan Consulting Group**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Vulcan Consulting Group**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a W.B. Fund**
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a W.B. Fund**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a Weinman and Associates**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Weinman and Associates**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC d/b/a WGF Capital**
c/o File Right LLC
5314 16th Avenue
Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a WGF Capital**
New York Secretary of State-as agent for service of process
One Commerce Plaza
99 Washington Avenue
Albany, NY 11231

**WORLD GLOBAL FUND, LLC n/k/a Glass Media, LLC**
Cloud Peak Law
1095 Sugar View Drive
Suite 500
Sheridan, WY 82801

**WORLD GLOBAL FUND, LLC n/k/a Glass Media, LLC**
Wyoming Secretary of State-as agent for service of process
122 West 25th Street
Suite 101
Cheyenne, WY 82002

**WORLD GLOBAL FUND**
Cloud Peak Law
1095 Sugar View Drive
Suite 500
Sheridan, WY 82801

**WORLD GLOBAL FUND**
Wyoming Secretary of State-as agent for service of process
122 West 25th Street
Suite 101
Cheyenne, WY 82002

**OptimumBank**
2929 E. Commercial Blvd.
Suite 101
Ft. Lauderdale, FL 33308

**OptimumBank**
c/o Timothy Terry (President & CEO)
2929 E. Commercial Blvd.
Suite 101
Ft. Lauderdale, FL 33308

**OptimumBank Holdings, Inc.**
c/o Zwelling, AVI
2929 E. Commercial Blvd.
Suite 303
Ft. Lauderdale, FL 33308

**OptimumBank Holdings, Inc.**
c/o Albert Finch (President)
2929 E. Commercial Blvd.
Suite 303
Ft. Lauderdale, FL 33308

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

Page 10 of 11

F 9013-3.1.PROOF.SERVICE

**OptimumBank.com**
c/o Mary Franco
2929 E. Commercial Blvd.
Suite 101
Ft. Lauderdale, FL 33308

**OptimumBank.com**
c/o Mary Franco (Vice President)
2929 E. Commercial Blvd.
Suite 101
Ft. Lauderdale, FL 33308

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                               Page 11 of 11                      **F 9013-3.1.PROOF.SERVICE**