# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:    **191 W. Nationwide Blvd., Suite 200, Columbus, Ohio 43215**

A true and correct copy of the foregoing documents: **Notice of Voluntary Dismissal Without Prejudice of Defendant Everyday Group, LLC Pursuant to Federal Rule of Civil Procedure 41(a) and Federal Rule of Bankruptcy Procedure 7041**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On April 11, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

| | |
|---|---|
| Karen Hockstad on behalf of Plaintiff Richard A. Marshack | Karen.hockstad@dinsmore.com |
| | Kim.beavin@dinsmore.com |
| Karen Hockstad on behalf of Trustee Richard A. Marshack (TR) | Karen.hockstad@dinsmore.com |
| | Kim.beavin@dinsmore.com |
| Richard A. Marshack (TR) | pkraus@marshackhays.com |
| | Ecf.alert=marshack@titlexi.com |
| United States Trustee (SA) | ustpregion16.sa.ecf@usdoj.gov |

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On April 14, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Honorable Scott C. Clarkson**
**U.S. Bankruptcy Court**
**Central District California**
**411 West Fourth Street, Suite 5130**
**Santa Ana, CA 92701-4593**

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on April 14, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| April 14, 2025 | Karen S. Hockstad | /s/ Karen S. Hockstad |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                                                              **F 9013-3.1.PROOF.SERVICE**

| | |
|---|---|
| **Brickstone Group, Ltd.**<br>20 W. 47th Street, Suite 401<br>New York, NY 10016 | **Brickstone Group, Ltd.**<br>Rabia Yaghoubazadeh<br>1486 Fulton Street. Suite 401<br>Brooklyn, NY 11216 |
| **Coast Processing, LLC**<br>7901 4th Street, Suite 5765<br>St. Petersburg, FL 33702 | **Coast Processing, LLC**<br>Business Filings, Inc.<br>1200 S. Pine Island Road<br>Plantation, FL 33702 |
| **Crystal Springs Capital, LLC**<br>c/o Mark David, Registered Agent<br>1111 Brickell Avenue,<br>Suite 2725<br>Miami, FL 33131 | **Crystal Springs Capital LLC**<br>c/o SKD Holdings LLC<br>4034 Willow Grove Road<br>Camden, DE 19934 |
| **EOM Business Capital LLC**<br>c/o The Limited Liability Company<br>4615 Surf Avenue<br>Brooklyn, NY 11224 | **Everyday Group, LLC**<br>c/o The LLC<br>63 Flushing Avenue, Unit 148<br>Brooklyn, NY 11205 |
| **Funding Gateway, Inc.**<br>330 Changebridge Road, Suite 101<br>Pine Brook, NJ 07058 | **Funding Gateway, Inc.**<br>c/o File Right RA Services, LLC<br>330 Changebridge Road, Suite 101<br>Pine Brook, NJ 07058 |
| **Funding Gateway, Inc.**<br>1309 Coffeen Avenue, Suite 1200<br>Sheridan, WY 82801 | **Funding Gateway, Inc.**<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 |
| **Funding Gateway, Inc. d/b/a Goldcrest**<br>1309 Coffeen Avenue, Suite 1200<br>Sheridan, WY 82801 | **Funding Gateway, Inc. d/b/a Goldcrest**<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 |

**Funding Gateway, Inc. d/b/a Hybrid Advance**
**1309 Coffeen Avenue, Suite 1200**
**Sheridan, WY 82801**

**Funding Gateway, Inc. d/b/a Hybrid Advance**
**Cloud Peak Law**
**1095 Sugar View Drive, Suite 500**
**Sheridan, WY 82801**

**Funding Gateway, Inc. d/b/a Supreme Advance**
**1309 Coffeen Avenue, Suite 1200**
**Sheridan, WY 82801**

**Funding Gateway, Inc. d/b/a Supreme Advance**
**Cloud Peak Law**
**1095 Sugar View Drive, Suite 500**
**Sheridan, WY 82801**

**Funding Gateway, Inc. d/b/a Weinman and Associates**
**1309 Coffeen Avenue, Suite 1200**
**Sheridan, WY 82801**

**Funding Gateway, Inc. d/b/a Weinman and Associates**
**Cloud Peak Law**
**1095 Sugar View Drive, Suite 500**
**Sheridan, WY 82801**

**Funding Gateway, Inc. d/b/a World Global Fund**
**1309 Coffeen Avenue, Suite 1200**
**Sheridan, WY 82801**

**Funding Gateway, Inc. d/b/a World Global Fund**
**Cloud Peak Law**
**1095 Sugar View Drive, Suite 500**
**Sheridan, WY 82801**

**Genesis Equity Group Funding, LLC**
**5308 13th Avenue, Suite 422**
**Brooklyn, NY 11219**

**Ellen London, Esq.**
**London & Naor**
**1999 Harrison Street**
**Suite 2010**
**Oakland, CA 94612**

**Goldcrest Associates, LLC**
**c/o The LLC**
**1253 E. 28th Street**
**Brooklyn, NY 11210**

**Hybrid Advance LLC**
**c/o Areil Llyabayev**
**9918 62nd Drive**
**Rego Park, NY 11374**

**LPG Capital, LLC**
**10 Jill Lane**
**Monsey, NY 10952**

**LPG Holdings, LLC**
**30 N. Gould, Suite R**
**Sheridan, WY 82801**

| | |
|---|---|
| **LPG Holdings, LLC**<br>c/o Registered Agents, Inc.<br>30 N. Gould, Suite R<br>Sheridan, WY 82801 | **MNS Funding, LLC**<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| **MNS Funding, LLC**<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | **MNS Funding, LLC d/b/a Genesis Equity Group**<br>c/o The LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| **MNS Funding, LLC d/b/a Legal Fees Network**<br>c/o The LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | **Moishe Gubin**<br>1230 Ridgedale Road<br>South Bend, IN 46614 |
| **Parkside Capital Group, LLC**<br>c/o USA Corp, Inc.<br>325 Division Avenue, Suite 201<br>Brooklyn, NY 11211 | **PSF 2020, Inc.**<br>c/o The Corporation<br>3921 14th Avenue<br>Brooklyn, NY 11218 |
| **PSF, LLC**<br>Attn: Rich Palma<br>520 8th Avenue, Suite 1001<br>New York, NY 10008 | **Safe Vault Capital, LLC**<br>c/o The Company<br>12 Bayview Avenue, Suite 321<br>Lawrence, NY 11599 |
| **Shia Dembitzer**<br>202 Foster Avenue, Apt. 5<br>Brooklyn, NY 11230 | **Slate Advance, LLC**<br>c/o The LLC<br>15 America Avenue, Suite 3<br>Lakewood, NY 08701 |
| **Solomon Feig**<br>4518 18th Avenue<br>Brooklyn, NY 11204 | **Christopher B. Harwood, Esq.**<br>Morvillo Abramowitz Grand Iason & Anello, P.C.<br>565 Fifth Avenue<br>New York, NY 10017 |

SSD Investment Group, LLC
14400 Bear Valley Rd., Space 527
Victorville, CA 92394

SSD Investment Group, LLC
c/o Natesh Singh Dole
13745 Holt Ct.
Victorville, CA 92394

SSD Investment Group, LLC
Attn: Shia Dembitzer
7901 4th Street N., Suite 5765
St. Petersburg, FL 33702

Supreme Advance, LLC
c/o File Right, LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

Supreme Advance, LLC
c/o File Right, LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

Vertex Capital (US) Funding LLC
1309 Coffeen Avenue, Suite 10947
Sheridan, WY 82801

Vertex Capital (US) Funding LLC
Cloud Peak Law
1095 Sugar View Drive, Suite 500
Sheridan, WY 82801

Vertex Capital Partners, LLC
Vertex Capital Partners, LLC
c/o Registered Agents, Inc.
30 N. Gould, Suite R
Sheridan, WY 82801

Vertex Capital Partners, LLC
c/o Registered Agents, Inc.
30 N. Gould, Suite R
Sheridan, WY 82801

Weinman and Associates, LLC
c/o Cloud Peak Law
1095 Sugar View Drive, Suite 500
Sheridan, WY 82801

WGF Capital (US) Inc.
c/o Joshua Feig
1846 50th Street
Brooklyn, NY 11204

WGF Capital (US) Inc.
c/o Joshua Feig
1846 50th Street
Brooklyn, NY 11204

World Global Fund, LLC
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

WORLD GLOBAL FUND, LLC d/b/a AY Funding
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

WORLD GLOBAL FUND, LLC d/b/a Braufman and Associates
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

WORLD GLOBAL FUND, LLC d/b/a Brickstone Group
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

WORLD GLOBAL FUND, LLC d/b/a Coast Processing
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

WORLD GLOBAL FUND, LLC d/b/a Crystal Springs
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

WORLD GLOBAL FUND, LLC d/b/a Dorcy & Whitney
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

WORLD GLOBAL FUND, LLC d/b/a Everyday Group, LLC
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

WORLD GLOBAL FUND, LLC d/b/a FD Fund
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

WORLD GLOBAL FUND, LLC d/b/a Gateway Funding
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

WORLD GLOBAL FUND, LLC d/b/a Goldcrest
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

WORLD GLOBAL FUND, LLC d/b/a Greentree Advance
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

WORLD GLOBAL FUND, LLC d/b/a Hybrid Advance
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

WORLD GLOBAL FUND, LLC d/b/a Kingcash
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

WORLD GLOBAL FUND, LLC d/b/a Kingdom Capital
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

WORLD GLOBAL FUND, LLC d/b/a LPG
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a MNS Funding**
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Parkside Capital**
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Prime Funding Group**
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a PSF**
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Rapid Cap**
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Safe Vault**
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Slate Advance**
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Supreme Funding**
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Tot Capital**
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Vertex Capital**
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Vulcan Consulting Group**
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a W.B. Fund**
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a Weinman and Associates**
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

**WORLD GLOBAL FUND, LLC d/b/a WGF Capital**
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

| | |
|---|---|
| **WORLD GLOBAL FUND, LLC n/k/a Glass Media, LLC**<br>**Cloud Peak Law**<br>**1095 Sugar View Drive, Suite 500**<br>**Sheridan, WY 82801** | **WORLD GLOBAL FUND**<br>**Cloud Peak Law**<br>**1095 Sugar View Drive, Suite 500**<br>**Sheridan, WY 82801** |
| **OptimumBank**<br>**2929 E. Commercial Blvd., Suite 101**<br>**Ft. Lauderdale, FL 33308** | **OptimumBank**<br>**c/o Timothy Terry, President & CEO**<br>**2929 E. Commercial Blvd., Suite 101**<br>**Ft. Lauderdale, FL 33308** |
| **OptimumBank Holdings, Inc.**<br>**c/o Zwelling, AVI**<br>**2929 E. Commercial Blvd., Suite 303**<br>**Ft. Lauderdale, FL 33308** | **OptimumBank Holdings, Inc.**<br>**c/o Albert Finch, President**<br>**2929 E. Commercial Blvd., Suite 303**<br>**Ft. Lauderdale, FL 33308** |
| **OptimumBank.com**<br>**c/o Mary Franco**<br>**2929 E. Commercial Blvd., Suite 101**<br>**Ft. Lauderdale, FL 33308** | **OptimumBank.com**<br>**c/o Mary Franco, Vice President**<br>**2929 E. Commercial Blvd., Suite 101**<br>**Ft. Lauderdale, FL 33308** |