```
 1  RACHEL NAOR (CABN 284966)
    rnnaor@londonnaor.com
 2  MICHAEL A. LUNDHOLM (CABN 336151)
    maor@londonnaor.com
 3  LONDON & NAOR P.C.
    1999 Harrison Street, Suite 2010
 4  Oakland, CA 94612
    Telephone:   (415) 862-8485
 5  Facsimile:   (415) 862-8487

 6  Attorneys for Defendant
    Genesis Equity Group Funding LLC
```

FILED APR 16 2025 — CLERK U.S. BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA, BY: Deputy Clerk

ENTERED APR 16 2025 — CLERK U.S. BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA, BY: Deputy Clerk

LODGED APR 15 2025 — CLERK U.S. BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA, BY: Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor.<br><br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD GLOBAL FUND, LLC, et al.,<br><br>Defendants. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-25-ap-01105-SC<br><br>**ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT**<br><br>Complaint Filed: March 10, 2025<br>The Honorable Scott C. Clarkson |

1

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO
COMPLAINT

The Court having considered the Stipulation [Dk. 33] entered into by and between Plaintiff and Trustee Richard Marshack ("Plaintiff") and Defendant Genesis Equity Group Funding LLC ("Genesis Equity Group"), finds good cause to approve the Stipulation and extends Genesis Equity Group's deadline to file and serve a response to the Complaint to April 28, 2025.

**IT IS SO ORDERED.**

Dated:   April 16, 2025

_____
HONORABLE SCOTT C. CLARKSON

2

ORDER GRANTING STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT