```
1   Brian A. Paino (SBN 251243)
    bpaino@hinshawlaw.com
2   David T. Hayek (SBN 144116)
    dhayek@hinshawlaw.com
3   Zeeshan Iqbal (SBN 337990)
    ziqbal@hinshawlaw.com
4   HINSHAW & CULBERTSON LLP
    350 South Grand Ave., Suite 3600
5   Los Angeles, CA 90071-3476
    Telephone:    213-680-2800
6   Facsimile:    213-614-7399
```

Attorneys for *Defendants* MOISHE GUBIN, OPTIMUMBANK HOLDINGS, INC., OPTIMUMBANK, and OPTIMUMBANK.COM

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. Case No.: 8:25-ap-01105-SC |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>WORLD GLOBAL FUND, LLC, *et al.*,<br><br>Defendants. | **STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS MOISHE GUBIN, OPTIMUMBANK HOLDINGS, INC., OPTIMUMBANK, AND OPTIMUMBANK.COM TO RESPOND TO COMPLAINT**<br><br>**Hearing**: [No Hearing Required] |

This *Stipulation to Extend Deadline for Defendants to Respond to Complaint* (the "Stipulation") is entered into by and between *plaintiff* Richard A. Marshack, Trustee of the LPG Liquidation Trust ("Plaintiff"), and *defendants* Moishe Gubin, OptimumBank Holdings, Inc., OptimumBank, and OptimumBank.com (collectively, the "Defendants"), by and through their undersigned counsel.

## RECITALS

A.  On March 10, 2025, Plaintiff initiated this action by filing a complaint (the "Complaint") against Defendants, among others. (*See* Doc. 1).

CASE NO. 8:25-ap-01105-SC

**STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT**

B.  Defendants recently retained Hinshaw & Culbertson LLP to represent their respective interests in this action. To allow their counsel time to fully evaluate the Complaint and prepare a response thereto, Plaintiff has agreed to extend the deadline for Defendants to respond to the Complaint pursuant to the terms of this Stipulation.

### TERMS

The Parties stipulate and agree as follows:

1. The deadline for Defendants to respond to the Complaint shall be extended to **April 28, 2025**.

**IT IS SO STIPULATED**.

Dated: April 15, 2025

**DINSMORE & SHOHL LLP**

_____
KAREN S. HOCKSTAD
Attorneys for *Plaintiff* **RICHARD A. MARSHACK, TRUSTEE OF THE LPG LIQUIDATION TRUST**

Dated: April 16, 2025

**HINSHAW & CULBERTSON LLP**

_____
BRIAN A. PAINO
Attorneys for *Defendants* **MOISHE GUBIN, OPTIMUMBANK HOLDINGS, INC., OPTIMUMBANK, and OPTIMUMBANK.COM**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**HINSHAW & CULBERTSON, LLP 350 S.Grand Avenue, Suite 3600, Los Angeles, CA 90071-3476**

A true and correct copy of the foregoing document entitled (*specify*): **STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS MOISHE GUBIN, OPTIMUMBANK HOLDINGS, INC., OPTIMUMBANK, AND OPTIMUMBANK.COM TO RESPOND TO COMPLAINT**
will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____04/16/2025_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Brian A Paino**    bpaino@hinshawlaw.com; hmosothoane@hinshawlaw.com; crico@hishawlaw.com
- **Christopher Ghio**    Christopher.Ghio@dinsmore.com; angelica.urena@dinsmore.com
- **Karen Hockstad**    karen.hockstad@dinsmore.com; kim.beavin@dinsmore.com
- **Ira David Kharasch**    ikharasch@pszjlaw.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com; ecf.alert+Marshack@titlexi.com
- **Victoria Newmark**    vnewmark@pszjlaw.com; hdaniels@pszjlaw.com; bdassa@pszjlaw.com; hwinograd@pszjlaw.com
- **Matthew Sommer**    matthew.sommer@dinsmore.com; carrie.davis@dinsmore.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.    SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 04/16/2025 | Carolina Rico | /s/ Carolina Rico |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*    **F 9013-3.1.PROOF.SERVICE**