Brian A. Paino (SBN 251243)
bpaino@hinshawlaw.com
David T. Hayek (SBN 144116)
dhayek@hinshawlaw.com
Zeeshan Iqbal (SBN 337990)
ziqbal@hinshawlaw.com
**HINSHAW & CULBERTSON LLP**
350 South Grand Ave., Suite 3600
Los Angeles, CA 90071-3476
Telephone:    213-680-2800
Facsimile:    213-614-7399

FILED & ENTERED

APR 17 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

Attorneys for *Defendants* **MOISHE GUBIN, OPTIMUMBANK HOLDINGS, INC., OPTIMUMBANK, and OPTIMUMBANK.COM**

**UNITED STATES BANKRUPTCY DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. Case No.: 8:25-ap-01105-SC |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>WORLD GLOBAL FUND, LLC, *et al.*,<br><br>Defendants. | **ORDER APPROVING STIPULATION TO EXTEND DEADLINE FOR DEFENDANTS MOISHE GUBIN, OPTIMUMBANK HOLDINGS, INC., OPTIMUMBANK, AND OPTIMUMBANK.COM TO RESPOND TO COMPLAINT**<br><br>**Hearing**: [No Hearing Required] |

Having considered the *Stipulation to Extend Deadline for Defendants to Respond to Complain* **[Doc. 37]** (the "Stipulation") entered into between *plaintiff* Richard A. Marshack, Trustee of the LPG Liquidation Trust ("Plaintiff"), and *defendants* Moishe Gubin, OptimumBank Holdings, Inc., OptimumBank, and OptimumBank.com (collectively, the "Defendants"), and good cause appearing therefor,

**IT IS ORDERED** that the Stipulation is **APPROVED**.

1     **IT IS FURTHER ORDERED** that the deadline for Defendants to respond to Plaintiff's Complaint [Doc. 1] is hereby extended to **April 28, 2025**.

    **IT IS SO ORDERED.**

###

Date: April 17, 2025

                                        Scott C. Clarkson
                                        United States Bankruptcy Judge

CASE NO. 8:25-ap-01105-SC

**ORDER APPROVING STIPULATION TO EXTEND
DEADLINE FOR DEFENDANTS TO RESPOND TO COMPLAINT**