# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

| | |
|---|---|
| In re:<br>The Litigation Practice Group P.C.<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 8:23–bk–10571–SC<br><br>CHAPTER NO.: 11 |
| Richard A Marshack<br><br>Plaintiff(s)<br>Versus<br>World Global Fund LLC<br><br>(See Attachment A for names of additional defendants)<br>Defendant(s) | ADVERSARY NO.: 8:25–ap–01105–SC |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On April 28, 2025, a request was filed for the clerk to enter default against defendant(s) **Coast Processing LLC.**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: April 28, 2025

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: Audrey Mccall**
   **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014                                            **53 – 47 / AM**

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Richard A Marshack | World Global Fund LLC<br>WORLD GLOBAL FUND LLC<br>Shia Dembitzer<br>Solomon Feig<br>Moishe Gubin<br>Optimum Bank Holdings, Inc.<br>Optimumbank<br>Optimumbank.com<br>LPG Capital LLC<br>LPG Holdings LLC<br>MNS Funding LLC<br>SSD Investment Group, LLC<br>SSD Investment Group, LLC<br>SSD Investment Group, LLC<br>Brickstone Group LTD<br>WGF Capital Inc.<br>PSF 2020 Inc.<br>PSF LLC<br>Supreme Advance LLC<br>Slate Advance LLC<br>Safe Vault Capital LLC<br>Goldcrest Associates LLC<br>Parkside Capital Group LLC<br>Hybrid Advance LLC<br>EOM Business Capital LLC<br>Genesis Equity Group Funding LLC<br>Everyday Group LLC<br>Glass media<br>Funding Gateway, Inc.<br>Funding Gateway, Inc.<br>Funding Gateway, Inc.<br>Coast Processing LLC<br>Vertex Capital (US) Funding LLC<br>Vertex Capital Partners LLC<br>Crystal Springs Capital LLC<br>Weinman and Associates, LLC<br>World Global Fund LLC<br>Prime Funding Group<br>Coast Processing LLC<br>TOT Capital<br>Hybrid Advance<br>Gateway Funding<br>Dorcy and Whitney<br>W.B.Fund<br>Brickstone Group<br>Branfman and Associates<br>Slate Advance<br>FD Fund<br>PSF<br>Greentree Advance<br>Crystal Springs<br>Kingdom Capital<br>Parkside Capital<br>Goldcrest<br>Rapid Cap<br>Weinman and Associates<br>WGF Capital Inc.<br>Everyday Group<br>Vulcan Consulting Group<br>Supreme Funding<br>Vertex Capital<br>Kingcash<br>MNS Funding |

| | LPG<br>AY Funding<br>Safe Vault<br>Legal Fees Network<br>The Genesis Equity Group<br>WORLD GLOBAL<br>Weinman and Associates |
|---|---|

(Form van192–nched VAN–192) Rev. 12/2014

# ATTACHMENT A