1  RACHEL NAOR (CABN 284966)
   rnnaor@londonnaor.com
2  MICHAEL A. LUNDHOLM (CABN 336151)
   rnaor@londonnaor.com
3  LONDON & NAOR P.C.
   1999 Harrison Street, Suite 2010
4  Oakland, CA 94612
   Telephone:   (415) 862-8485
5  Facsimile:   (415) 862-8487

6  Attorneys for Defendant
   Genesis Equity Group Funding LLC
7

```
┌─────────────────────────────────┐
│           FILED                 │
│  ┌───────────────────────────┐  │
│  │       APR 28 2025         │  │
│  └───────────────────────────┘  │
│  CLERK U.S. BANKRUPTCY COURT    │
│  CENTRAL DISTRICT OF CALIFORNIA │
│  BY:              Deputy Clerk  │
└─────────────────────────────────┘
```

8              UNITED STATES BANKRUPTCY COURT

9        CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

10

11  In re                              Case No. 8:23-bk-10571-SC  *By Fax*

12  THE LITIGATION PRACTICE GROUP,     Chapter 11
    P.C.,
13                                     Adv. No. 8-25-ap-01105-SC

14         Debtor.

15                                     DEFENDANT GENESIS EQUITY GROUP
                                       FUNDING LLC'S ANSWER TO TRUSTEE'S
16                                     COMPLAINT FOR:

17                                     (1) AVOIDANCE, RECOVERY, AND
                                       PRESERVATION OF 2-YEAR ACTUAL
18                                     FRAUDULENT TRANSFERS;

19                                     (2) AVOIDANCE, RECOVERY, AND
                                       PRESERVATION OF 2-YEAR
20                                     CONSTRUCTIVE FRAUDULENT
                                       TRANSFERS;
21
                                       (3) DEMAND FOR ACCOUNTING AGAINST
22                                     WORLD GLOBAL FUND, LLC,
                                       OPTIMUMBANK HOLDINGS INC.,
23                                     OPTIMUMBANK, AND
                                       OPTIMUMBANK.COM;
24

25

26

27

28

                                    1
    DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

| | |
|---|---|
| 1<br>2 | RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust, | **(4) TURNOVER OF ESTATE PROPERTY;** |

RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,

Plaintiff,

vs.

WORLD GLOBAL FUND, LLC; WORLD GLOBAL FUND, LLC, D/B/A BRICKSTONE GROUP, D/B/A SLATE ADVANCE, D/B/A GREENTREE ADVANCE, D/B/A SAFE VAULT, D/B/A PSF, D/B/A LPG, D/B/A BRAUFMAN AND ASSOCIATES, D/B/A WEINMAN AND ASSOCIATES, D/B/A DORCY AND WHITNEY, D/B/A KINGDOM CAPITAL, D/B/A PRIME FUNDING GRP, D/B/A GOLDCREST, D/B/A PARKSIDE CAPITAL, D/B/A MNS FUNDING, D/B/A KINGCASH, D/B/A W.B. FUND, D/B/A WGF CAPITAL, D/B/A TOT CAPITAL, D/B/A EVERYDAY GROUP, D/B/A CRYSTAL SPRINGS, D/B/A VERTEX CAPITAL, D/B/A FD FUND, D/B/A HYBRID ADVANCE, D/B/A RAPID CAP, D/B/A AY FUNDING, D/B/A COAST PROCESSING LLC, D/B/A VULCAN CONSULTING GROUP, D/B/A GATEWAY FUNDING, D/B/A SUPREME FUNDING; SHIA DEMBITZER; SOLOMON FEIG; MOISHE GUBIN; OPTIMUMBANK HOLDINGS, INC.; OPTIMUMBANK; OPTIMUMBANK.COM; LPG CAPITAL LLC; LPG HOLDINGS LLC; MNS FUNDING LLC, D/B/A LEGAL FEES NETWORK, D/B/A THE GENESIS EQUITY GROUP; SSD INVESTMENT GROUP LLC; BRICKSTONE GROUP LTD.; WGF CAPITAL INC.; PSF 2020 INC.; PSF, LLC; SUPREME ADVANCE LLC; SLATE ADVANCE LLC; SAFE VAULT CAPITAL LLC; GOLDCREST ASSOCIATES LLC; PARKSIDE CAPITAL GROUP LLC; HYBRID ADVANCE LLC; EOM BUSINESS CAPITAL LLC; GENESIS EQUITY GROUP FUNDING LLC; EVERYDAY

**(4) TURNOVER OF ESTATE PROPERTY;**

**(5) FRAUD AND/OR CONVERSION/THEFT COMMITTED BY WORLD GLOBAL, LLC, DEMBITZER, FEIG, THE ALTER EGOS, AND THE DEMBITZER ALTER EGOS – THE FRAUDULENT ACH TRANSACTIONS;**

**(6) FRAUD AND/OR CONVERSION/THEFT COMMITTED BY WORLD GLOBAL, LLC, DEMBITZER, FEIG, THE ALTER EGOS, AND THE DEMBITZER – UNREIMBURSED FUNDS FROM THE MCA AGREEMENTS**

**(7) AIDING AND ABETTING FRAUD AND/OR CONVERSION/THEFT BY MOISHE GUBIN, OPTIMUMBANK HOLDINGS INC., OPTIMUMBANK, OPTIMUMBANK.COM;**

**(8) AIDING AND ABETTING BY MOISHE GUBIN, OPTIMUMBANK HOLDINGS INC., OPTIMUMBANK, OPTIMUMBANK.COM; AND**

**(9) CONSPIRACY TO COMMIT FRAUD**

Complaint Filed: March 10, 2025
The Honorable Scott C. Clarkson

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

GROUP LLC;  WORLD GLOBAL FUND;
WORLD GLOBAL LLC, N/K/A GLASS
MEDIA, LLC; FUNDING GATEWAY
INC.; FUNDING GATEWAY INC.;
FUNDING GATEWAY INC. D/B/A
WEINMAN AND ASSOCIATES; COAST
PROCESSING LLC; VERTEX CAPITAL
(US) FUNDING LLC; VERTEX CAPITAL
PARTNERS LLC; CRYSTAL SPRINGS
CAPITAL LLC; and WEINMAN AND
ASSOCIATES LLC,

   Defendants.

   Defendant Genesis Equity Group Funding LLC, hereby answers Plaintiff's Complaint for: (1) Avoidance, Recovery, and Preservation of 2-Year Actual Fraudulent Transfers; (2) Avoidance, Recovery, and Preservation of 2-Year Constructive Fraudulent Transfers; (3) Demand for Accounting Against World Global Fund, LLC, OptimumBank Holdings Inc., OptimumBank, and OptimumBank.com; (4) Turnover of Estate Property; (5) Fraud and/or Conversion/Theft committed by World Global, LLC, Dembitzer, Feig, The Alter Egos, and The Dembitzer – Unreimbursed Funds from the ACH Transactions; (6) Fraud and/or Conversion/Theft committed by World Global, LLC, Dembitzer, Feig, The Alter Egos, and The Dembitzer – Unreimbursed Funds from the MCA Agreements; (7) Aiding and Abetting Fraud and/or Conversion/Theft by Moishe Gubin, OptimumBank Holdings Inc., OptimumBank, and OptimumBank.com; and (9) Conspiracy to Commit Fraud" (the "Complaint") [Docket No. 1] and admit, deny, and aver as follows:

## STATEMENT OF JURISDICTION, NATURE OF PROCEEDING, AND VENUE

   1. The allegations of Paragraph 1 of the Complaint do not require an answer. To the extent an answer is required, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

   2. The allegations of Paragraph 2 of the Complaint do not require an answer. To the extent an answer is required, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

3.      Answering Paragraph 3 of the Complaint, Defendant responds that the statements are assertions of law, not allegations of fact, and do not require a response. To the extent an answer is required, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them. Further, Defendant does not consent to entry of a final order or judgment by the bankruptcy court.

4.      Answering Paragraph 4 of the Complaint, Defendant responds that the statements are assertions of law, not allegations of fact, and do not require a response. To the extent an answer is required, Defendant denies the allegations in Paragraph 4.

## THE PARTIES

5.      Answering Paragraph 5 of the Complaint, Defendant admits that Richard A. Marshack is the duly appointed, qualified, and acting chapter 11 trustee for the estate of the debtor and the current liquidating trustee of the LPG liquidating trust. Defendant lacks sufficient information to admit or deny the remaining allegations in this paragraph and, on that basis, denies them.

6.      Answering Paragraph 6 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

7.      Answering Paragraph 7 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

8.      Answering Paragraph 8 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

9.      Answering Paragraph 9 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

10.     Answering Paragraph 10 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

11.     Answering Paragraph 11 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

12.     Answering Paragraph 12 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

13.     Answering Paragraph 13 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

14.     Answering Paragraph 14 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

15.     Answering Paragraph 15 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

16.     Answering Paragraph 16 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

17.     Answering Paragraph 17 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

18.     Answering Paragraph 18 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

19.     Answering Paragraph 19 of the Complaint, Defendant denies authorizing MNS Funding LLC to operate under its name or otherwise being associated with the operations of MNS Funding LLC, and otherwise lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

20.     Answering Paragraph 20 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

21.     Answering Paragraph 21 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

22.     Answering Paragraph 22 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

23.     Answering Paragraph 23 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

24.     Answering Paragraph 24 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

25.     Answering Paragraph 25 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

26.     Answering Paragraph 26 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

27.     Answering Paragraph 27 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

28.     Answering Paragraph 28 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

29.     Answering Paragraph 29 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

30.     Answering Paragraph 30 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

31.     Answering Paragraph 31 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

32.     Answering Paragraph 32 of the Complaint, Defendant admits the allegations contained therein.

33.     Answering Paragraph 33 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

34.     Answering Paragraph 34 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

35.     Answering Paragraph 35 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

36.     Answering Paragraph 36 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

37.     Answering Paragraph 37 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

38.     Answering Paragraph 38 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

39.     Answering Paragraph 39 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

40. Answering Paragraph 40 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

41. Answering Paragraph 41 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

42. Answering Paragraph 42 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

43. Answering Paragraph 43 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

## RELEVANT DEFENDANT NAMED IN 1046 ACTION

44. Answering Paragraph 44 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

## GENERAL ALLEGATIONS

**A.    LPG'S BANKRUPTCY CASE**

45. Answering Paragraph 45 of the Complaint, Defendant admits that Debtor filed a voluntary petition for relief under Chapter 11 of the Bankruptcy Code, commencing the Bankruptcy Case. Defendant lacks sufficient information to admit or deny the remaining allegations in this paragraph and, on that basis, denies them.

46. Answering Paragraph 46 of the Complaint, Defendant admits the allegations contained therein.

47. Answering Paragraph 47 of the Complaint, Defendant admits the allegations contained therein.

48. Answering Paragraph 48 of the Complaint, Defendant admits the allegations contained therein.

49. Answering Paragraph 49 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

50. Answering Paragraph 50 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

///

7

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

**B.     LPG**

51.     Answering Paragraph 51 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

52.     Answering Paragraph 52 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

53.     Answering Paragraph 53 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

54.     Answering Paragraph 54 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

55.     Answering Paragraph 55 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

56.     Answering Paragraph 56 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

57.     Answering Paragraph 57 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

58.     Answering Paragraph 58 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

59.     Answering Paragraph 59 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

60.     Answering Paragraph 60 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

61.     Answering Paragraph 61 of the Complaint, Defendant denies the allegations that "money [] flowed from Debtor . . . to Defendants," and that "Debtor [] made deposits into these entities' bank accounts," to the extent that Defendant is included in that allegations, and otherwise lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

///

///

8

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

C.    **WORLD GLOBAL'S MCA AGREEMENTS**

62.    Answering Paragraph 62 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

63.    Answering Paragraph 63 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

64.    Answering Paragraph 64 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

65.    Answering Paragraph 65 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

66.    Answering Paragraph 66 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

67.    Answering Paragraph 67 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

68.    Answering Paragraph 68 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

69.    Answering Paragraph 69 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

70.    Answering Paragraph 70 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

71.    Answering Paragraph 71 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

72.    Answering Paragraph 72 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

73.    Answering Paragraph 73 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

a.    **Terms of Defendants' MCA Agreements with LPG**

74.    Answering Paragraph 74 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

1      75.     Answering Paragraph 75 of the Complaint, Defendant lacks sufficient information to
2  admit or deny the allegations in this paragraph and, on that basis, denies them.

3      76.     Answering Paragraph 76 of the Complaint. Defendant lacks sufficient information to
4  admit or deny the allegations in this paragraph and, on that basis, denies them.

5      77.     Answering Paragraph 77 of the Complaint, Defendant lacks sufficient information to
6  admit or deny the allegations in this paragraph and, on that basis, denies them.

7      78.     Answering Paragraph 78 of the Complaint, Defendant lacks sufficient information to
8  admit or deny the allegations in this paragraph and, on that basis, denies them.

9      79.     Answering Paragraph 79 of the Complaint, Defendant lacks sufficient information to
10  admit or deny the allegations in this paragraph and, on that basis, denies them.

11      80.     Answering Paragraph 80 of the Complaint, Defendant lacks sufficient information to
12  admit or deny the allegations in this paragraph and, on that basis, denies them.

13      81.     Answering Paragraph 81 of the Complaint, Defendant lacks sufficient information to
14  admit or deny the allegations in this paragraph and, on that basis, denies them.

15      82.     Answering Paragraph 82 of the Complaint, Defendant lacks sufficient information to
16  admit or deny the allegations in this paragraph and, on that basis, denies them.

17      83.     Answering Paragraph 83 of the Complaint, Defendant lacks sufficient information to
18  admit or deny the allegations in this paragraph and, on that basis, denies them.

19      84.     Answering Paragraph 84 of the Complaint, Defendant lacks sufficient information to
20  admit or deny the allegations in this paragraph and, on that basis, denies them.

21      85.     Answering Paragraph 85 of the Complaint, Defendant lacks sufficient information to
22  admit or deny the allegations in this paragraph and, on that basis, denies them.

23      86.     Answering Paragraph 86 of the Complaint, Defendant lacks sufficient information to
24  admit or deny the allegations in this paragraph and, on that basis, denies them.

25      87.     Answering Paragraph 87 of the Complaint, Defendant lacks sufficient information to
26  admit or deny the allegations in this paragraph and, on that basis, denies them.

27
28

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

      b.     **Transfers to World Global Pursuant to MCA Agreements**

88.     Answering Paragraph 88 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

89.     Answering Paragraph 89 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

90.     Answering Paragraph 90 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

91.     Answering Paragraph 91 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

92.     Answering Paragraph 92 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

**D.     WORLD GLOBAL AS ACH PAYMENT PROCESSOR**

93.     Answering Paragraph 93 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

94.     Answering Paragraph 94 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

95.     Answering Paragraph 95 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

96.     Answering Paragraph 96 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

97.     Answering Paragraph 97 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

98.     Answering Paragraph 98 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

99.     Answering Paragraph 99 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

100.   Answering Paragraph 100 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

101.    Answering Paragraph 101 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

102.    Answering Paragraph 102 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

103.    Answering Paragraph 103 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

104.    Answering Paragraph 104 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

105.    Answering Paragraph 105 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

106.    Answering Paragraph 106 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

107.    Answering Paragraph 107 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

108.    Answering Paragraph 108 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

109.    Answering Paragraph 109 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

110.    Answering Paragraph 110 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

111.    Answering Paragraph 111 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

112.    Answering Paragraph 112 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

113.    Answering Paragraph 113 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

114.    Answering Paragraph 114 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

115.   Answering Paragraph 115 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

116.   Answering Paragraph 116 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

117.   Answering Paragraph 117 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

118.   Answering Paragraph 118 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

119.   Answering Paragraph 119 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

120.   Answering Paragraph 120 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

121.   Answering Paragraph 121 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

**E.    DEMBITZER AND FEIG'S PERSONAL INVOLVEMENT**

122.   Answering Paragraph 122 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

123.   Answering Paragraph 123 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

124.   Answering Paragraph 124 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

125.   Answering Paragraph 125 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

126.   Answering Paragraph 126 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

127.   Answering Paragraph 127 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

128. Answering Paragraph 128 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

129. Answering Paragraph 129 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

130. Answering Paragraph 130 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

131. Answering Paragraph 131 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

132. Answering Paragraph 132 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

133. Answering Paragraph 133 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

134. Answering Paragraph 134 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

135. Answering Paragraph 135 of the Complaint, Defendant denies that it is an alter ego of Dembitzer and World Global. Defendant further denies that it received, holds, or otherwise benefitted from monies that allegedly were wrongfully taken by Dembitzer, Feig, and World Global as part of the alleged Ponzi scheme. Defendant lacks sufficient information to admit or deny the remaining allegations in this paragraph and, on that basis, denies them.

136. Answering Paragraph 136 of the Complaint, Defendant denies that it is an alter ego of Dembitzer or World Global. Defendant denies that it is a shell entity set up by Dembitzer to escape creditors. Defendant lacks sufficient information to admit or deny the remaining allegations in this paragraph and, on that basis, denies them.

137. Answering Paragraph 137 of the Complaint, Defendant denies that it is an alter ego of Dembitzer or World Global. Defendant denies it received monies transferred by World Global. Defendant lacks sufficient information to admit or deny the remaining allegations in this paragraph and, on that basis, denies them

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

1    138.    Answering Paragraph 138 of the Complaint, Defendant lacks sufficient information to

2    admit or deny the allegations in this paragraph and, on that basis, denies them.

3    139.    Answering Paragraph 139 of the Complaint, Defendant lacks sufficient information to

4    admit or deny the allegations in this paragraph and, on that basis, denies them.

5    140.    Answering Paragraph 140 of the Complaint, Defendant lacks sufficient information to

6    admit or deny the allegations in this paragraph and, on that basis, denies them.

7    141.    Answering Paragraph 141 of the Complaint, Defendant lacks sufficient information to

8    admit or deny the allegations in this paragraph and, on that basis, denies them.

9    **F.    GUBIN AND OPTIMUM'S PARTICIPATION**

10    142.    Answering Paragraph 142 of the Complaint, Defendant denies that Dembitzer owns

11    it. Defendant lacks sufficient information to admit or deny the remaining allegations in this paragraph

12    and, on that basis, denies them.

13    143.    Answering Paragraph 143 of the Complaint, Defendant lacks sufficient information to

14    admit or deny the allegations in this paragraph and, on that basis, denies them.

15    144.    Answering Paragraph 144 of the Complaint, Defendant lacks sufficient information to

16    admit or deny the allegations in this paragraph and, on that basis, denies them.

17    145.    Answering Paragraph 145 of the Complaint, Defendant lacks sufficient information to

18    admit or deny the allegations in this paragraph and, on that basis, denies them.

19    146.    Answering Paragraph 146 of the Complaint, Defendant lacks sufficient information to

20    admit or deny the allegations in this paragraph and, on that basis, denies them.

21    147.    Answering Paragraph 147 of the Complaint, Defendant lacks sufficient information to

22    admit or deny the allegations in this paragraph and, on that basis, denies them.

23    148.    Answering Paragraph 148 of the Complaint, Defendant lacks sufficient information to

24    admit or deny the allegations in this paragraph and, on that basis, denies them.

25    149.    Answering Paragraph 149 of the Complaint, Defendant lacks sufficient information to

26    admit or deny the allegations in this paragraph and, on that basis, denies them.

27    150.    Answering Paragraph 150 of the Complaint, Defendant denies that it is an alter ego of

28    Dembitzer or World Global. Defendant further denies that it is a shell company. Defendant lacks

sufficient information to admit or deny the remaining allegations in this paragraph and, on that basis,

denies them.

151.   Answering Paragraph 151 of the Complaint, Defendant denies that it engaged in any

fraudulent activities, and otherwise lacks sufficient information to admit or deny the allegations in

this paragraph and, on that basis, denies them.

152.   Answering Paragraph 152 of the Complaint, Defendant lacks sufficient information to

admit or deny the allegations in this paragraph and, on that basis, denies them.

153.   Answering Paragraph 153 of the Complaint, Defendant lacks sufficient information to

admit or deny the allegations in this paragraph and, on that basis, denies them.

154.   Answering Paragraph 154 of the Complaint, Defendant lacks sufficient information to

admit or deny the allegations in this paragraph and, on that basis, denies them.

155.   Answering Paragraph 155 of the Complaint, Defendant lacks sufficient information to

admit or deny the allegations in this paragraph and, on that basis, denies them.

156.   Answering Paragraph 156 of the Complaint, Defendant denies that it is an alter ego of

Dembitzer or World Global, or that it was involved in the opening of accounts by World Global,

Dembitzer, or Feig. Defendant lacks sufficient information to admit or deny the remaining

allegations in this paragraph and, on that basis, denies them

157.   Answering Paragraph 157 of the Complaint, Defendant lacks sufficient information to

admit or deny the allegations in this paragraph and, on that basis, denies them.

158.   Answering Paragraph 158 of the Complaint, Defendant lacks sufficient information to

admit or deny the allegations in this paragraph and, on that basis, denies them.

159.   Answering Paragraph 159 of the Complaint, Defendant lacks sufficient information to

admit or deny the allegations in this paragraph and, on that basis, denies them.

160.   Answering Paragraph 160 of the Complaint, Defendant denies that it engaged in any

fraudulent activity, and otherwise lacks sufficient information to admit or deny the allegations in this

paragraph and, on that basis, denies them.

161.   Answering Paragraph 161 of the Complaint, Defendant lacks sufficient information to

admit or deny the allegations in this paragraph and, on that basis, denies them.

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

162.    Answering Paragraph 162 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

163.    Answering Paragraph 163 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

164.    Answering Paragraph 164 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

165.    Answering Paragraph 165 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

166.    Answering Paragraph 166 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

167.    Answering Paragraph 167 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

168.    Answering Paragraph 168 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

169.    Answering Paragraph 169 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

170.    Answering Paragraph 170 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

171.    Answering Paragraph 171 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

G.    DEFENDANT'S PONZI SCHEME

172.    Answering Paragraph 172 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

173.    Answering Paragraph 173 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

174.    Answering Paragraph 174 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

175.    Answering Paragraph 175 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

176.    Answering Paragraph 176 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

177.    Answering Paragraph 177 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

**H.    LPG'S PREPETITION CREDITORS**

178.    Answering Paragraph 178 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

179.    Answering Paragraph 179 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

180.    Answering Paragraph 180 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

181.    Answering Paragraph 181 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

182.    Answering Paragraph 182 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

183.    Answering Paragraph 183 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

184.    Answering Paragraph 184 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

**FIRST CLAIM FOR RELIEF**

**Avoidance, Recovery, and Preservation of Two-Year Actual Fraudulent Transfers**

**[11 U.S.C. §§ 548(a)(1)(A), 550, and 551]**

185.    The allegations of Paragraph 185 of the Complaint do not require an answer.

186.    Answering Paragraph 186 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

187.    Answering Paragraph 187 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

188.    Answering Paragraph 188 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

189.    Answering Paragraph 189 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

190.    Answering Paragraph 190 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

191.    Answering Paragraph 191 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

192.    Answering Paragraph 192 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

193.    Answering Paragraph 193 of the Complaint, Defendant denies that it is an alter ego of Dembitzer or World Global. Defendant further denies that it was transferred LPG monies. Defendant lacks sufficient information to admit or deny the remaining allegations in this paragraph and, on that basis, denies them.

## SECOND CLAIM FOR RELIEF

### Avoidance, Recovery, and Preservation of Two Year Constructive Fraudulent Transfers

### [11 U.S.C. §§ 548(a)(1)(B), 550, and 551]

194.    The allegations of paragraph 194 of the Complaint do not require an answer.

195.    Answering Paragraph 195 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

196.    Answering Paragraph 196 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

197.    Answering Paragraph 197 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

198.    Answering Paragraph 198 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

199.   Answering Paragraph 199 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

200.   Answering Paragraph 200 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

201.   Answering Paragraph 201 of the Complaint, Defendant denies that it is an alter ego of Dembitzer or World Global.   Defendant further denies that it was transferred LPG monies. Defendant lacks sufficient information to admit or deny the remaining allegations in this paragraph and, on that basis, denies them.

202.   Answering Paragraph 202 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

## THIRD CLAIM FOR RELIEF

### Demand for Accounting

203.   The allegations of Paragraph 203 of the Complaint do not require an answer.

204.   Answering Paragraph 204 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

205.   Answering Paragraph 205 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

206.   Answering Paragraph 206 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

207.   Answering Paragraph 207 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

208.   Answering Paragraph 208 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

209.   Answering Paragraph 209 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

210.   Answering Paragraph 210 of the Complaint, Defendant denies that any basis exists for the relief sought in this paragraph as to it, and otherwise lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

## FOURTH CLAIM FOR RELIEF

### Turnover of Estate Property

### [11 U.S.C. § 542]

211. The allegations of Paragraph 211 of the Complaint do not require an answer.

212. Answering Paragraph 212 of the Complaint, Defendant denies the allegations in this paragraph to the extent they pertain to it, and otherwise lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

213. Answering Paragraph 213 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

214. Answering Paragraph 214 of the Complaint, Defendant denies that it is an alter ego of Dembitzer or World Global. Defendant further denies that it was set up to escape collection by LPG and its creditors. Defendant lacks sufficient information to admit or deny the remaining allegations in this paragraph and, on that basis, denies them.

215. Answering Paragraph 215 of the Complaint, Defendant denies that it is an alter ego of Dembitzer or World Global. Defendant further denies that it has ever shared offices with World Global, or that it has any relationship to any supposed Genesis entity in Wyoming. Defendant lacks sufficient information to admit or deny the remaining allegations in this paragraph and, on that basis, denies them.

216. Answering Paragraph 216 of the Complaint, Defendant denies that it is an alter ego of Dembitzer or World Global. Defendant further denies that it received funds from Dembitzer, Feig, or the alleged Dembitzer Alter Egos. Defendant lacks sufficient information to admit or deny the remaining allegations in this paragraph and, on that basis, denies them.

217. Answering Paragraph 217 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

218. Answering Paragraph 218 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

219. Answering Paragraph 219 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

## FIFTH CLAIM FOR RELIEF

### Fraud and/or Conversion/Theft Committed by World Global, Dembitzer, Feig, the

### Alter Egos, the Dembitzer Alter Egos – the Fraudulent ACH Transactions

220.    The allegations of Paragraph 220 of the Complaint do not require an answer.

221.    Answering Paragraph 221 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

222.    Answering Paragraph 222 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

223.    Answering Paragraph 223 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

224.    Answering Paragraph 224 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

225.    Answering Paragraph 225 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

226.    Answering Paragraph 226 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

227.    Answering Paragraph 227 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

228.    Answering Paragraph 228 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

229.    Answering Paragraph 229 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

230.    Answering Paragraph 230 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

231.    Answering Paragraph 231 of the Complaint, Defendant denies that it is an alter ego of Dembitzer or World Global, or that it is liable to LPG for any purported fraudulent transactions or conversion of funds. Defendant lacks sufficient information to admit or deny the remaining allegations in this paragraph and, on that basis, denies them.

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

## SIXTH CLAIM FOR RELIEF

**Fraud and/or Conversion/Theft Committed by World Global, Dembitzer, Feig, the Alter Egos and the Dembitzer Alter Egos – Unreimbursed Funds from the MCA Agreements and ACH Agreement**

232.   The allegations of Paragraph 232 of the Complaint do not require an answer.

233.   Answering Paragraph 233 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

234.   Answering Paragraph 234 of the Complaint, Defendant denies that it is an alter ego of Dembitzer or World Global. Defendant denies that it received payments meant for LPG or "launder[ed] assets stripped from LPG." Defendant lacks sufficient information to admit or deny the remaining allegations in this paragraph and, on that basis, denies them.

## SEVENTH CLAIM FOR RELIEF

**Aiding and Abetting Fraud and/or Conversion/Theft by Optimum and Gubin**

235.   The allegations of Paragraph 235 of the Complaint do not require an answer

236.   Answering Paragraph 236 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

237.   Answering Paragraph 237 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

238.   Answering Paragraph 238 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

239.   Answering Paragraph 239 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

240.   Answering Paragraph 240 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

241.   Answering Paragraph 241 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

242.   Answering Paragraph 242 of the Complaint, Defendant lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

1  243.   Answering Paragraph 243 of the Complaint, Defendant lacks sufficient information to

2  admit or deny the allegations in this paragraph and, on that basis, denies them.

3  ### EIGHTH CLAIM FOR RELIEF

4  **Aiding and Abetting by Defendants Optimum and Gubin**

5  **[Cal. Civ. Code § 3439, et seq.]**

6  244.   The allegations of Paragraph 244 of the Complaint do not require an answer.

7  245.   Answering Paragraph 245 of the Complaint, Defendant lacks sufficient information to

8  admit or deny the allegations in this paragraph and, on that basis, denies them.

9  246.   Answering Paragraph 246 of the Complaint, Defendant lacks sufficient information to

10  admit or deny the allegations in this paragraph and, on that basis, denies them.

11  247.   Answering Paragraph 247 of the Complaint, Defendant lacks sufficient information to

12  admit or deny the allegations in this paragraph and, on that basis, denies them.

13  248.   Answering Paragraph 248 of the Complaint, Defendant lacks sufficient information to

14  admit or deny the allegations in this paragraph and, on that basis, denies them.

15  249.   Answering Paragraph 249 of the Complaint, Defendant lacks sufficient information to

16  admit or deny the allegations in this paragraph and, on that basis, denies them.

17  250.   Answering Paragraph 250 of the Complaint, Defendant denies engaging in any

18  fraudulent conduct, and otherwise lacks sufficient information to admit or deny the allegations in

19  this paragraph and, on that basis, denies them.

20  ### NINTH CLAIM FOR RELIEF

21  **Conspiracy to Commit Fraud**

22  251.   The allegations of Paragraph 251 of the Complaint do not require an answer.

23  252.   Answering Paragraph 252 of the Complaint, Defendant denies engaging in or

24  conspiring with others to engage in any misconduct, and otherwise lacks sufficient information to

25  admit or deny the allegations in this paragraph and, on that basis, denies them.

26  253.   Answering Paragraph 253 of the Complaint, Defendant denies engaging in or

27  conspiring with others to engage in any misconduct, and otherwise lacks sufficient information to

28  admit or deny the allegations in this paragraph and, on that basis, denies them.

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

254.  Answering Paragraph 254 of the Complaint, Defendant denies engaging in or conspiring with others to engage in any misconduct, and otherwise lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

255.  Answering Paragraph 255 of the Complaint, Defendant denies engaging in or conspiring with others to engage in any misconduct, and otherwise lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

256.  Answering Paragraph 256 of the Complaint, Defendant denies engaging in or conspiring with others to engage in any misconduct, and otherwise lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

257.  Answering Paragraph 257 of the Complaint, Defendant denies engaging in or conspiring with others to engage in any misconduct, and otherwise lacks sufficient information to admit or deny the allegations in this paragraph and, on that basis, denies them.

## RESERVATION OF RIGHTS AND PRAYER FOR RELIEF

258.  The remainder of the Complaint contains a "Reservation of Rights" and "Prayer for Relief" to which no response is required. However, to the extent a response is, in fact, required, Defendant denies that Plaintiff has any viable claims or causes of action against it (whether asserted or unasserted) or that Plaintiff is entitled to any relief against it (whether included in the "Prayer for Relief" or otherwise).

## FIRST AFFIRMATIVE DEFENSE

### (Bad Faith)

259.  For a separate and first affirmative defense to the Complaint, and to each and every purported claim for relief against Defendant contained therein, Defendant alleges that Plaintiff failed to conduct adequate investigation in naming Defendant as a party, and commenced this action in bad faith against Defendant.

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

### SECOND AFFIRMATIVE DEFENSE

**(Lack of Personal Jurisdiction)**

260.    For a separate and second affirmative defense to the Complaint, and to each and every purported claim for relief against Defendant contained therein, Defendant alleges that the Court lacks personal jurisdiction over Defendant.

### THIRD AFFIRMATIVE DEFENSE

**(Improper Venue)**

261.    For a separate and third affirmative defense to the Complaint, and to each and every purported claim for relief against Defendant contained therein, Defendant alleges that venue is improper as to Defendant.

### FOURTH AFFIRMATIVE DEFENSE

**(Failure to State a Claim)**

262.    For a separate and fourth affirmative defense to the Complaint, and to each and every purported claim for relief against Defendant contained therein, Defendant alleges that the Complaint fails to state a claim upon which relief can be granted against Defendant.

### FIFTH AFFIRMATIVE DEFENSE

**(Estoppel)**

263.    For a separate and fifth affirmative defense to the Complaint, and to each and every purported claim for relief against Defendant contained therein, Defendant alleges that Plaintiff's claims are barred by the doctrine of estoppel.

### SIXTH AFFIRMATIVE DEFENSE

**(Laches)**

264.    For a separate and sixth affirmative defense to the Complaint, and to each and every purported claim for relief against Defendant contained therein, Defendant alleges that Plaintiff's claims are barred by the doctrine of laches.

### SEVENTH AFFIRMATIVE DEFENSE

**(Waiver)**

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

265.   For a separate and seventh affirmative defense to the Complaint, and to each and every purported claim for relief against Defendant contained therein, Defendant alleges that Plaintiff's claims are barred by the doctrine of waiver.

## EIGHTH AFFIRMATIVE DEFENSE

### (Unclean Hands)

266.   For a separate and eighth affirmative defense to the Complaint, and to each and every purported claim for relief against Defendant contained therein, Defendant alleges that Plaintiff's claims are barred by the doctrine of unclean hands.

## NINTH AFFIRMATIVE DEFENSE

### (Unconscionability)

267.   For a separate and ninth affirmative defense to the Complaint, and to each and every purported claim for relief against Defendant contained therein, Defendant alleges that Plaintiff's claims are barred by the doctrine of unconscionability.

## TENTH AFFIRMATIVE DEFENSE

### (Equity)

268.   For a separate and tenth affirmative defense to the Complaint, and to each and every purported claim for relief against Defendant contained therein, Defendant alleges that Plaintiff's claims are barred by common law and/or principles of equity.

## ELEVENTH AFFIRMATIVE DEFENSE

### (Debtor's Own Conduct)

269.   For a separate and eleventh affirmative defense to the Complaint, and to each and every purported claim for relief against Defendant contained therein, Defendant alleges that Plaintiff's damages, if any, were the direct and proximate result of the debtor's own conduct.

## TWELFTH AFFIRMATIVE DEFENSE

### (Unrelated, Pre-Existing, or Subsequent Conditions

### Unrelated to Defendant's Conduct)

270.   For a separate and twelfth affirmative defense to the Complaint, and to each and every purported claim for relief against Defendant contained therein, Defendant alleges that Plaintiff's

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

1    damages, if any, were the result of unrelated, pre-existing, or subsequent events unrelated to

2    Defendant's conduct.

3                        **THIRTEENTH AFFIRMATIVE DEFENSE**

4                            **(Failure to Mitigate Damages)**

5           271.   For a separate and thirteenth affirmative defense to the Complaint, and to each and

6    every purported claim for relief against Defendant contained therein, Defendant alleges that

7    Plaintiff's damages, if any, were the result of the debtor's failure to mitigate damages.

8                        **FOURTEENTH AFFIRMATIVE DEFENSE**

9                             **(Accord and Satisfaction)**

10          272.   For a separate and fourteenth affirmative defense to the Complaint, and to each and

11   every purported claim for relief against Defendant contained therein, Defendant alleges that

12   Plaintiff's damages, if any, must be reduced by the amount of any payments made to Plaintiff and/or

13   the debtor by any collateral sources, including to the extent the debtor has released, settled, entered

14   into an accord and satisfaction, or otherwise compromised its claims by any means.

15                       **FIFTEENTH AFFIRMATIVE DEFENSE**

16                           **(Adequate Remedy At Law)**

17          273.   For a separate and fifteenth affirmative defense to the Complaint, and to each and

18   every purported claim for relief against Defendant contained therein based in equity, Defendant

19   alleges that Plaintiff has an adequate remedy at law.

20                        **SIXTEENTH AFFIRMATIVE DEFENSE**

21                            **(Statutory Compliance)**

22          274.   For a separate and sixteenth affirmative defense to the Complaint, and to each and

23   every purported claim for relief against Defendant contained therein, Defendant alleges that, at all

24   times mentioned in the Complaint, Defendant acted in strict compliance with applicable state and

25   federal law.

26                       **SEVENTEENTH AFFIRMATIVE DEFENSE**

27                            **(Good Faith of Defendants)**

28

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT

1  275.  For a separate and seventeenth affirmative defense to the Complaint, and to each and

2  every purported claim for relief against Defendant contained therein, Defendant alleges that, at all

3  times mentioned in the Complaint, it acted in good faith and without knowledge of the voidability

4  of the transfers and in compliance with title 11 of the United States Code including, without

5  limitation, 11 U.S.C. § 550 and applicable state law.

6  ### EIGHTEENTH AFFIRMATIVE DEFENSE

7  **(Right to Assert Affirmative Defenses)**

8  276.  For a separate and eighteenth affirmative defense to the Complaint, and to each and

9  every purported claim for relief against Defendant contained therein, Defendant reserves the right to

10  assert additional affirmative defenses based upon further investigation and discovery.

11  ### DEMAND FOR JURY TRIAL

12  Defendant hereby demands a trial by jury on all issues triable by a jury and does not consent

13  to jury trial conducted by the bankruptcy court.

14  **WHEREFORE**, Defendant prays for judgment as follows:

15  1.  That Plaintiff take nothing by the Complaint;

16  2.  That Plaintiff be denied all relief sought;

17  3.  For costs of suit herein; and

18  4.  For such other and further relief as this Court deems just and proper.

19
20  Dated: April 28, 2025                LONDON & NAOR P.C.

21
22  By: _____
         MICHAEL A. LUNDHOLM

23                                       Attorneys for Defendant
                                         GENESIS EQUITY GROUP
24                                       FUNDING LLC

25

26

27

28

DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO COMPLAINT