RACHEL NAOR (CABN 284966)
rnnaor@londonnaor.com
MICHAEL A. LUNDHOLM (CABN 336151)
rnaor@londonnaor.com
LONDON & NAOR P.C.
1999 Harrison Street, Suite 2010
Oakland, CA 94612
Telephone:    (415) 862-8485
Facsimile:    (415) 862-8487

Attorneys for Defendant
Genesis Equity Group Funding LLC

FILED
APR 28 2025
CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:            Deputy Clerk

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor.<br><br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD GLOBAL FUND, LLC, et al.,<br><br>Defendants. | Case No. 8:23-bk-10571-SC  By Fax<br><br>Chapter 11<br><br>Adv. No. 8-25-ap-01105-SC<br><br>**PROOF OF SERVICE** |

1

PROOF OF SERVICE

| No. | ADDRESS | RECIPIENTS |
|---|---|---|
| 1 | 20 W. 47th Street, Suite 401<br>New York, NY 10016 | Brickstone Group Ltd |
| 2 | 1486 Fulton Street. Suite 401<br>Brooklyn, NY 11216 | Brickstone Group, Ltd.<br>Rabia Yaghoubazadeh |
| 3 | 7901 4th Street, Suite 5765<br>St. Petersburg, FL 33702 | Coast Processing, LLC |
| 4 | 1200 S. Pine Island Road<br>Plantation, FL 33702 | Coast Processing, LLC<br>Business Filings, Inc. |
| 5 | 1111 Brickell Avenue,<br>Suite 2725<br>Miami, FL 33131 | Crystal Springs Capital, LLC<br>c/o Mark David, Registered Agent |
| 6 | 4615 Surf Avenue<br>Brooklyn, NY 11224 | EOM Business Capital LLC<br>c/o The Limited Liability Company |
| 7 | 330 Changebridge Road, Suite 101<br>Pine Brook, NJ 07058 | Funding Gateway, Inc.<br><br>Funding Gateway, Inc.<br>c/o File Right RA Services, LLC |
| 8 | 1309 Coffeen Avenue, Suite 1200<br>Sheridan, WY 82801 | Funding Gateway, Inc. d/b/a Goldcrest<br><br>Funding Gateway, Inc. d/b/a Hybrid Advance<br><br>Funding Gateway, Inc. d/b/a Supreme Advance<br><br>Funding Gateway, Inc. d/b/a Weinman and Associates<br><br>Funding Gateway, Inc. d/b/a World Global Fund |
| 9 | 1309 Coffeen Avenue, Suite 10947<br>Sheridan, WY 82801 | Vertex Capital (US) Funding LLC |
| 10 | 1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 | Funding Gateway, Inc. d/b/a Goldcrest<br>Cloud Peak Law<br><br>Funding Gateway, Inc. d/b/a Hybrid Advance<br>Cloud Peak Law |

|    |                                              |                                                                                  |
|----|----------------------------------------------|----------------------------------------------------------------------------------|
|    |                                              | Funding Gateway, Inc. d/b/a Supreme Advance<br>Cloud Peak Law                    |
|    |                                              | Funding Gateway, Inc. d/b/a Weinman and Associates<br>Cloud Peak Law             |
|    |                                              | Funding Gateway, Inc. d/b/a World Global Fund<br>Cloud Peak Law                  |
|    |                                              | Vertex Capital (US) Funding LLC<br>Cloud Peak Law                                |
|    |                                              | Weinman and Associates, LLC<br>c/o Cloud Peak Law                                |
|    |                                              | WORLD GLOBAL FUND, LLC n/k/a Glass Media, LLC<br>Cloud Peak Law                  |
|    |                                              | WORLD GLOBAL FUND<br>Cloud Peak Law                                              |
| 11 | 1253 E. 28th Street<br>Brooklyn, NY 11210    | Goldcrest Associates, LLC                                                        |
| 12 | 9918 62nd Drive<br>Rego Park, NY 11374       | Hybrid Advance LLC<br>c/o Areil Llyabayev                                        |
| 13 | 10 Jill Lane<br>Monsey, NY 10952             | LPG Capital, LLC                                                                 |
| 14 | 30 N. Gould, Suite R<br>Sheridan, WY 82801   | LPG Holdings, LLC<br><br>LPG Holdings, LLC<br>c/o Registered Agents, Inc.<br><br>Vertex Capital Partners, LLC<br>Vertex Capital Partners, LLC<br>c/o Registered Agents, Inc.<br><br>Vertex Capital Partners, LLC<br>c/o Registered Agents, Inc.<br>30 N. Gould, Suite R |
| 15 | 5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | MNS Funding, LLC<br><br>MNS Funding, LLC<br>c/o File Right LLC                |

MNS Funding, LLC d/b/a Genesis Equity Group
c/o The LLC

MNS Funding, LLC d/b/a Legal Fees Network
c/o The LLC

Supreme Advance, LLC
c/o File Right, LLC

World Global Fund, LLC
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a AY Funding
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a Braufman and Associates
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a Brickstone Group
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a Coast Processing
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a Crystal Springs
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a Dorcy & Whitney
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a Everyday Group, LLC
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a FD Fund
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a Gateway Funding
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a Goldcrest
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a Greentree
Advance
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a Hybrid
Advance
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a Kingcash
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a Kingdom
Capital
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a LPG
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a MNS Funding
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a PSF
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a Slate Advance
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a Supreme
Funding
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a Tot Capital
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a Vertex Capital
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a Vulcan
Consulting Group
c/o File Right LLC

WORLD GLOBAL FUND, LLC d/b/a W.B. Fund

| | | |
|---|---|---|
| | | c/o File Right LLC<br><br>WORLD GLOBAL FUND, LLC d/b/a Weinman and Associates<br>c/o File Right LLC<br><br>WORLD GLOBAL FUND, LLC d/b/a WGF Capital<br>c/o File Right LLC |
| 16 | 1230 Ridgedale Road<br>South Bend, IN 46614 | Moishe Gubin |
| 17 | 325 Division Avenue, Suite 201<br>Brooklyn, NY 11211 | Parkside Capital Group, LLC<br>c/o USA Corp, Inc. |
| 18 | 3921 14th Avenue<br>Brooklyn, NY 11218 | PSF 2020, Inc.<br>c/o The Corporation |
| 19 | 520 8th Avenue, Suite 1001<br>New York, NY 10008 | PSF, LLC<br>Attn: Rich Palma |
| 20 | 12 Bayview Avenue, Suite 321<br>Lawrence, NY 11599 | Safe Vault Capital, LLC<br>c/o The Company |
| 21 | 202 Foster Avenue, Apt. 5<br>Brooklyn, NY 11230 | Shia Dembitzer |
| 22 | 15 America Avenue, Suite 3<br>Lakewood, NY 08701 | Slate Advance, LLC<br>c/o The LLC |
| 23 | 14400 Bear Valley Rd., Space 527<br>Victorville, CA 92394 | SSD Investment Group, LLC |
| 24 | 13745 Holt Ct.<br>Victorville, CA 92394 | SSD Investment Group, LLC<br>c/o Natesh Singh Dole |
| 25 | 7901 4th Street N., Suite 5765<br>St. Petersburg, FL 33702 | SSD Investment Group, LLC<br>Attn: Shia Dembitzer |
| 26 | 1846 50th Street<br>Brooklyn, NY 11204 | WGF Capital (US) Inc.<br>c/o Joshua Feig<br><br>WGF Capital (US) Inc.<br>c/o Joshua Feig |
| 27 | 2929 E. Commercial Blvd., Suite 101 | OptimumBank |

| | **Ft. Lauderdale, FL 33308** | OptimumBank<br>c/o Timothy Terry, President & CEO<br><br>OptimumBank.com<br>c/o Mary Franco<br><br>OptimumBank.com<br>c/o Mary Franco, Vice President |
|---|---|---|
| 28 | **2929 E. Commercial Blvd., Suite 303<br>Ft. Lauderdale, FL 33308** | OptimumBank Holdings, Inc.<br>c/o Zwelling, AVI<br><br>OptimumBank Holdings, Inc.<br>c/o Albert Finch, President |

## PROOF OF SERVICE

I am over 18 years of age and not a party to this action. My business address is 1999 Harrison Street, Suite 2010, Oakland, CA 94612. My electronic service address is mlundholm@londonnaor.com.

On April 28, 2025, I served true copies of the following document[s]:

**DEFENDANT GENESIS EQUITY GROUP FUNDING LLC'S ANSWER TO TRUSTEE'S COMPLAINT**

The documents were served by the following means:

☒ **BY U.S. MAIL.** By placing a sealed envelope with the above referenced document(s) in in the United States mail, first class, postage prepaid and addressed as follows.

Honorable Scott C. Clarkson
U.S. Bankruptcy Court
Central District California
411 West Fourth Street, Suite 5130
Santa Ana, CA 92701-4593

| | |
|---|---|
| Brickstone Group, Ltd.<br>20 W. 47th Street, Suite 401<br>New York, NY 10016 | Brickstone Group, Ltd.<br>Rabia Yaghoubazadeh<br>1486 Fulton Street. Suite 401<br>Brooklyn, NY 11216 |
| Coast Processing, LLC<br>7901 4th Street, Suite 5765<br>St. Petersburg, FL 33702 | Coast Processing, LLC<br>Business Filings, Inc.<br>1200 S. Pine Island Road<br>Plantation, FL 33702 |
| Crystal Springs Capital, LLC<br>c/o Mark David, Registered Agent<br>1111 Brickell Avenue,<br>Suite 2725<br>Miami, FL 33131 | Crystal Springs Capital LLC<br>c/o SKD Holdings LLC<br>4034 Willow Grove Road<br>Camden, DE 19934 |
| EOM Business Capital LLC<br>c/o The Limited Liability Company<br>4615 Surf Avenue<br>Brooklyn, NY 11224 | Everyday Group, LLC<br>c/o The LLC<br>63 Flushing Avenue, Unit 148<br>Brooklyn, NY 11205 |
| Funding Gateway, Inc.<br>330 Changebridge Road, Suite 101<br>Pine Brook, NJ 07058 | Funding Gateway, Inc.<br>c/o File Right RA Services, LLC<br>330 Changebridge Road, Suite 101<br>Pine Brook, NJ 07058 |
| Funding Gateway, Inc. d/b/a Goldcrest | Funding Gateway, Inc. d/b/a Goldcrest |

2

| | |
|---|---|
| 1309 Coffeen Avenue, Suite 1200<br>Sheridan, WY 82801 | Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 |
| Funding Gateway, Inc. d/b/a Hybrid Advance<br>1309 Coffeen Avenue, Suite 1200<br>Sheridan, WY 82801 | Funding Gateway, Inc. d/b/a Hybrid Advance<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 |
| Funding Gateway, Inc. d/b/a Supreme Advance<br>1309 Coffeen Avenue, Suite 1200<br>Sheridan, WY 82801 | Funding Gateway, Inc. d/b/a Supreme Advance<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 |
| Funding Gateway, Inc. d/b/a Weinman and Associates<br>1309 Coffeen Avenue, Suite 1200<br>Sheridan, WY 82801 | Funding Gateway, Inc. d/b/a Weinman and Associates<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 |
| Funding Gateway, Inc. d/b/a World Global Fund<br>1309 Coffeen Avenue, Suite 1200<br>Sheridan, WY 82801 | Funding Gateway, Inc. d/b/a World Global Fund<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 |
| Goldcrest Associates, LLC<br>c/o The LLC<br>1253 E. 28th Street<br>Brooklyn, NY 11210 | Hybrid Advance LLC<br>c/o Areil Llyabayev<br>9918 62nd Drive<br>Rego Park, NY 11374 |
| LPG Capital, LLC<br>10 Jill Lane<br>Monsey, NY 10952 | LPG Holdings, LLC<br>30 N. Gould, Suite R<br>Sheridan, WY 82801 |
| LPG Holdings, LLC<br>c/o Registered Agents, Inc.<br>30 N. Gould, Suite R<br>Sheridan, WY 82801 | MNS Funding, LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| MNS Funding, LLC<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | MNS Funding, LLC d/b/a Genesis Equity Group<br>c/o The LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |

| | |
|---|---|
| MNS Funding, LLC d/b/a Legal Fees Network<br>c/o The LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Moishe Gubin<br>1230 Ridgedale Road<br>South Bend, IN 46614 |
| Parkside Capital Group, LLC<br>c/o USA Corp, Inc.<br>325 Division Avenue, Suite 201<br>Brooklyn, NY 11211 | PSF 2020, Inc.<br>c/o The Corporation<br>3921 14th Avenue<br>Brooklyn, NY 11218 |
| PSF, LLC<br>Attn: Rich Palma<br>520 8th Avenue, Suite 1001<br>New York, NY 10008 | Safe Vault Capital, LLC<br>c/o The Company<br>12 Bayview Avenue, Suite 321<br>Lawrence, NY 11599 |
| Shia Dembitzer<br>202 Foster Avenue, Apt. 5<br>Brooklyn, NY 11230 | Slate Advance, LLC<br>c/o The LLC<br>15 America Avenue, Suite 3<br>Lakewood, NY 08701 |
| Solomon Feig<br>4518 18th Avenue<br>Brooklyn, NY 11204 | Christopher B. Harwood, Esq.<br>Morvillo Abramowitz Grand Iason & Anello, P.C.<br>565 Fifth Avenue<br>New York, NY 10017 |
| SSD Investment Group, LLC<br>14400 Bear Valley Rd., Space 527<br>Victorville, CA 92394 | SSD Investment Group, LLC<br>c/o Natesh Singh Dole<br>13745 Holt Ct.<br>Victorville, CA 92394 |
| SSD Investment Group, LLC<br>Attn: Shia Dembitzer<br>7901 4th Street N., Suite 5765<br>St. Petersburg, FL 33702 | Supreme Advance, LLC<br>c/o File Right, LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| Supreme Advance, LLC<br>c/o File Right, LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Vertex Capital (US) Funding LLC<br>1309 Coffeen Avenue, Suite 10947<br>Sheridan, WY 82801 |
| Vertex Capital (US) Funding LLC<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 | Vertex Capital Partners, LLC<br>Vertex Capital Partners, LLC<br>c/o Registered Agents, Inc.<br>30 N. Gould, Suite R<br>Sheridan, WY 82801 |
| Vertex Capital Partners, LLC | Weinman and Associates, LLC |

| | |
|---|---|
| c/o Registered Agents, Inc.<br>30 N. Gould, Suite R<br>Sheridan, WY 82801 | c/o Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 |
| WGF Capital (US) Inc.<br>c/o Joshua Feig<br>1846 50th Street<br>Brooklyn, NY 11204 | WGF Capital (US) Inc.<br>c/o Joshua Feig<br>1846 50th Street<br>Brooklyn, NY 11204 |
| World Global Fund, LLC<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | WORLD GLOBAL FUND, LLC d/b/a AY Funding<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| WORLD GLOBAL FUND, LLC d/b/a Braufman and Associates<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | WORLD GLOBAL FUND, LLC d/b/a Brickstone Group<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| WORLD GLOBAL FUND, LLC d/b/a Coast Processing<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | WORLD GLOBAL FUND, LLC d/b/a Crystal Springs<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| WORLD GLOBAL FUND, LLC d/b/a Dorcy & Whitney<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | WORLD GLOBAL FUND, LLC d/b/a Everyday Group, LLC<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| WORLD GLOBAL FUND, LLC d/b/a FD Fund<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | WORLD GLOBAL FUND, LLC d/b/a Gateway Funding<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| WORLD GLOBAL FUND, LLC d/b/a Goldcrest<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | WORLD GLOBAL FUND, LLC d/b/a Greentree Advance<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| WORLD GLOBAL FUND, LLC d/b/a Hybrid Advance | WORLD GLOBAL FUND, LLC d/b/a Kingcash |

| | | |
|---|---|---|
| 1 | c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| 2 | | |
| 3 | | |
| 4 | WORLD GLOBAL FUND, LLC d/b/a Kingdom Capital<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | WORLD GLOBAL FUND, LLC d/b/a LPG<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| 5 | | |
| 6 | | |
| 7 | WORLD GLOBAL FUND, LLC d/b/a MNS Funding<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | WORLD GLOBAL FUND, LLC d/b/a Parkside Capital<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | WORLD GLOBAL FUND, LLC d/b/a Prime Funding Group<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | WORLD GLOBAL FUND, LLC d/b/a PSF<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| 12 | | |
| 13 | | |
| 14 | WORLD GLOBAL FUND, LLC d/b/a Rapid Cap<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | WORLD GLOBAL FUND, LLC d/b/a Safe Vault<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| 15 | | |
| 16 | | |
| 17 | WORLD GLOBAL FUND, LLC d/b/a Slate Advance<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | WORLD GLOBAL FUND, LLC d/b/a Supreme Funding<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| 18 | | |
| 19 | | |
| 20 | WORLD GLOBAL FUND, LLC d/b/a Tot Capital<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | WORLD GLOBAL FUND, LLC d/b/a Vertex Capital<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| 21 | | |
| 22 | | |
| 23 | | |
| 24 | WORLD GLOBAL FUND, LLC d/b/a Vulcan Consulting Group<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | WORLD GLOBAL FUND, LLC d/b/a W.B. Fund<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| 25 | | |
| 26 | | |
| 27 | WORLD GLOBAL FUND, LLC d/b/a Weinman and Associates | WORLD GLOBAL FUND, LLC d/b/a WGF Capital |
| 28 | | |

| | |
|---|---|
| c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 |
| WORLD GLOBAL FUND, LLC n/k/a<br>Glass Media, LLC<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 | WORLD GLOBAL FUND<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 |
| OptimumBank<br>2929 E. Commercial Blvd., Suite 101<br>Ft. Lauderdale, FL 33308 | OptimumBank<br>c/o Timothy Terry, President & CEO<br>2929 E. Commercial Blvd., Suite 101<br>Ft. Lauderdale, FL 33308 |
| OptimumBank Holdings, Inc.<br>c/o Zwelling, AVI<br>2929 E. Commercial Blvd., Suite 303<br>Ft. Lauderdale, FL 33308 | OptimumBank Holdings, Inc.<br>c/o Albert Finch, President<br>2929 E. Commercial Blvd., Suite 303<br>Ft. Lauderdale, FL 33308 |
| OptimumBank.com<br>c/o Mary Franco<br>2929 E. Commercial Blvd., Suite 101<br>Ft. Lauderdale, FL 33308 | OptimumBank.com<br>c/o Mary Franco, Vice President<br>2929 E. Commercial Blvd., Suite 101<br>Ft. Lauderdale, FL 33308 |

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on April 28, 2025 at Oakland, California.

/s/ Michael Lundholm
Michael Lundholm