# United States Bankruptcy Court
# Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

| In re:<br>The Litigation Practice Group P.C.<br><br>Debtor(s). | BANKRUPTCY CASE NO.: 8:23–bk–10571–SC<br><br>CHAPTER NO.: 11 |
|---|---|
| Richard A Marshack<br><br>Plaintiff(s)<br>Versus<br>World Global Fund LLC<br>(See Attachment A for names of additional defendants)<br>Defendant(s) | ADVERSARY NO.: 8:25–ap–01105–SC |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On <u>April 30, 2025</u>, a request was filed for the clerk to enter default against defendant(s) **Supreme Advance LLC**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: May 1, 2025

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Nickie Bolte</u>**
  **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014        **90 – 78 / NB8**

# ATTACHMENT A
## Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Richard A Marshack | World Global Fund LLC <br> WORLD GLOBAL FUND LLC <br> Shia Dembitzer <br> Solomon Feig <br> Moishe Gubin <br> Optimum Bank Holdings, Inc. <br> Optimumbank <br> Optimumbank.com <br> LPG Capital LLC <br> LPG Holdings LLC <br> MNS Funding LLC <br> SSD Investment Group, LLC <br> SSD Investment Group, LLC <br> SSD Investment Group, LLC <br> Brickstone Group LTD <br> WGF Capital Inc. <br> PSF 2020 Inc. <br> PSF LLC <br> Supreme Advance LLC <br> Slate Advance LLC <br> Safe Vault Capital LLC <br> Goldcrest Associates LLC <br> Parkside Capital Group LLC <br> Hybrid Advance LLC <br> EOM Business Capital LLC <br> Genesis Equity Group Funding LLC <br> Everyday Group LLC <br> Glass media <br> Funding Gateway, Inc. <br> Funding Gateway, Inc. <br> Funding Gateway, Inc. <br> Coast Processing LLC <br> Vertex Capital (US) Funding LLC <br> Vertex Capital Partners LLC <br> Crystal Springs Capital LLC <br> Weinman and Associates, LLC <br> World Global Fund LLC <br> Prime Funding Group <br> Coast Processing LLC <br> TOT Capital <br> Hybrid Advance <br> Gateway Funding <br> Dorcy and Whitney <br> W.B.Fund <br> Brickstone Group <br> Branfman and Associates <br> Slate Advance <br> FD Fund <br> PSF <br> Greentree Advance <br> Crystal Springs <br> Kingdom Capital <br> Parkside Capital <br> Goldcrest <br> Rapid Cap <br> Weinman and Associates <br> WGF Capital Inc. <br> Everyday Group <br> Vulcan Consulting Group <br> Supreme Funding <br> Vertex Capital <br> Kingcash <br> MNS Funding |

|  | LPG<br>AY Funding<br>Safe Vault<br>Legal Fees Network<br>The Genesis Equity Group<br>WORLD GLOBAL<br>Weinman and Associates |
|---|---|

(Form van192–nched VAN–192) Rev. 12/2014

# ATTACHMENT A