United States Bankruptcy Court
Central District of California

Marshack,
    Plaintiff

Adv. Proc. No. 25-01105-SC

World Global Fund LLC,
    Defendant

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 1 of 3 |
| Date Rcvd: May 06, 2025 | Form ID: van192 | Total Noticed: 38 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 08, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Brickstone Group LTD, 20 West 47th St Ste 401, New York, NY 10036-3455 |
| dft | + | Coast Processing LLC, 7901 4th St N Ste 5765, St. Petersburg, FL 33702-4305 |
| dft | + | Crystal Springs Capital LLC, c/o Mark David, 1111 Brickell Ave Ste 2725, Miami, FL 33131-3128 |
| dft | + | EOM Business Capital LLC, c/o The Limited Liability Company, 4615 Surf Ave, Brooklyn, NY 11224-1047 |
| dft | + | Everyday Group LLC, c/o The LLC, 63 Flushing Unit 148, Brooklyn, NY 11205-1070 |
| dft | + | Funding Gateway, Inc., c/o File Right RA Services LLC, 330 Changebridge Rd Ste 101, Pine Brook, NJ 07058-9839 |
| dft | + | Funding Gateway, Inc., c/o The Corp., 5314 16th Ave Ste 139, Brooklyn, NY 11204-1425 |
| dft | + | Funding Gateway, Inc., c/o Cloud Peak Law LLC, 1095 Sugar View Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Genesis Equity Group Funding LLC, 5308 13th Ave Ste 422, Brooklyn, NY 11219-5198 |
| dft | + | Glass media, 1095 Sugar View Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Goldcrest Associates LLC, c/o the LLC, 1253 E. 28th St, Brooklyn, NY 11210-4626 |
| dft | + | Hybrid Advance LLC, c/o Ariel Ilyabayev, 9918 62nd Dr, Rego Park, NY 11374-1938 |
| dft | + | LPG Capital LLC, 10 Jill Ln, Monsey, NY 10952-2619 |
| dft | + | LPG Holdings LLC, c/o Registered Agents, Inc., 30 N. Gould St Ste R, Sheridan, WY 82801-6317 |
| dft | + | MNS Funding LLC, 5314 16th Ave Ste 139, Brooklyn, NY 11204-1425 |
| dft | | Moishe Gubin, 1230 Ridgedale Rd, South Bend, In 46614-2108 |
| dft | + | Optimum Bank Holdings, Inc., c/o Avi Zwelling, 2929 E. Commercial Blvd Ste 303, Ft. Lauderdale, Fl 33308-4219 |
| dft | + | Optimumbank, 2929 E. Commercial Blvd Ste 303, Ft. Lauderdale, Fl 33308-4219 |
| dft | + | Optimumbank.com, Attn: Mary Franco, 2929 E. Commercial Blvd Ste 101, Ft. Lauderdale, Fl 33308-4217 |
| dft | + | PSF 2020 Inc., c/o The Corporation, 3921 14th Ave, Brooklyn, NY 11218-3619 |
| dft | + | PSF LLC, Attn: Rich Palma, 520 8th Ave Ste 1001, New York, NY 10018-6569 |
| dft | + | Parkside Capital Group LLC, c/o USACORP, 325 Division Ave Ste 201, Brooklyn, NY 11211-7348 |
| dft | + | SSD Investment Group, LLC, c/o Shia Dembitzer, 7901 4th St N Ste 5765, St. Petersburg, FL 33702-4305 |
| dft | + | SSD Investment Group, LLC, 14400 Bear Valley Rd Sp 527, Victorville, CA 92392-5410 |
| dft | + | SSD Investment Group, LLC, c/o Natesh Singh Dole, 13745 Holt Ct, Victorville, Ca 92394-7539 |
| dft | + | Safe Vault Capital LLC, c/o The Company, 12 Bayview Ave Ste 321, Lawrence, NY 11559-4014 |
| dft | | Shia Dembitzer, 202 Foster Ave Apt 5, Brooklyn, NY 11230-2129 |
| dft | + | Slate Advance LLC, c/o The LLC, 15 America Ave Ste 3, Lakewood, NJ 08701-4584 |
| dft | + | Solomon Feig, 4518 18th Ave, Brooklyn, NY 11204-1204 |
| dft | + | Supreme Advance LLC, c/o File Right LLC, 5314 16th Ave Ste 139, Brooklyn, NY 11204-1425 |
| dft | + | Vertex Capital (US) Funding LLC, c/o Cloud Peak Law LLC, 1095 Sugar View Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Vertex Capital Partners LLC, c/o Registered Agents Inc., 30 N. Gould St Ste R, Sheridan, WY 82801-6317 |
| dft | + | WGF Capital Inc., c/o Joshua Feig, 1846 50th St, Brooklyn, NY 11204-1252 |
| dft | + | WORLD GLOBAL FUND LLC, 5314 16th Ave Ste 139, Brooklyn, NY 11204-1425 |
| dft | + | Weinman and Associates, LLC, c/o Cloud Peak Law LLC, 1095 Sugar View Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | World Global Fund LLC, c/o File Right, LLC, 5314 16th Ave Ste 139, Brooklyn, NY 11204-1425 |
| dft | + | World Global Fund LLC, c/o Funding Gateway Inc., 1309 Coffeen Ave Ste 1200, Sheridan, WY 82801-5777 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | | |
| | | May 07 2025 01:11:00 | Richard A Marshack, 870 Roosevelt Ave, Irvine, CA 92620 |

| | | |
|---|---|---|
| District/off: 0973-8 | User: admin | Page 2 of 3 |
| Date Rcvd: May 06, 2025 | Form ID: van192 | Total Noticed: 38 |
| TOTAL: 1 | | |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 08, 2025                    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 6, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian A Paino | on behalf of Defendant Optimumbank bpaino@hinshawlaw.com  hmosothoane@hinshawlaw.com;crico@hinshawlaw.com |
| Brian A Paino | on behalf of Defendant Moishe Gubin bpaino@hinshawlaw.com  hmosothoane@hinshawlaw.com;crico@hinshawlaw.com |
| Brian A Paino | on behalf of Defendant Optimumbank.com bpaino@hinshawlaw.com  hmosothoane@hinshawlaw.com;crico@hinshawlaw.com |
| Brian A Paino | on behalf of Defendant Optimum Bank Holdings  Inc. bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com |
| Christopher Ghio | on behalf of Plaintiff Richard A Marshack Christopher.Ghio@dinsmore.com  angelica.urena@dinsmore.com |
| Ira David Kharasch | on behalf of Defendant Solomon Feig ikharasch@pszjlaw.com |
| Joseph Boufadel | on behalf of Defendant Slate Advance LLC jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Joseph Boufadel | on behalf of Interested Party Courtesy NEF jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Karen Hockstad | on behalf of Trustee Richard A Marshack (TR) karen.hockstad@dinsmore.com  kim.beavin@dinsmore.com |
| Karen Hockstad | on behalf of Plaintiff Richard A Marshack karen.hockstad@dinsmore.com  kim.beavin@dinsmore.com |
| Matthew Sommer | on behalf of Plaintiff Richard A Marshack matthew.sommer@dinsmore.com  carrie.davis@dinsmore.com |
| Matthew Sommer | on behalf of Trustee Richard A Marshack (TR) matthew.sommer@dinsmore.com  carrie.davis@dinsmore.com |
| Michael Lundholm | on behalf of Defendant Genesis Equity Group Funding LLC mlundholm@londonstoutlaw.com |
| Richard A Marshack (TR) | pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com |
| United States Trustee (SA) | |

District/off: 0973-8                                    User: admin                                    Page 3 of 3
Date Rcvd: May 06, 2025                        Form ID: van192                             Total Noticed: 38

        ustpregion16.sa.ecf@usdoj.gov

Victoria Newmark
        on behalf of Defendant Solomon Feig vnewmark@pszjlaw.com
        hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

TOTAL: 16

# United States Bankruptcy Court
## Central District of California

**411 West Fourth Street, Suite 2030, Santa Ana, CA 92701–4593**

| In re:<br>The Litigation Practice Group P.C.<br><br><div align="right">Debtor(s).</div> | BANKRUPTCY CASE NO.: 8:23–bk–10571–SC<br>CHAPTER NO.: 11 |
|---|---|
| Richard A Marshack<br><br><div align="right">Plaintiff(s)</div><div align="center">Versus</div>World Global Fund LLC<br><br>**(See Attachment A for names of additional defendants)**<div align="right">Defendant(s)</div> | ADVERSARY NO.: 8:25–ap–01105–SC |

## NOTICE THAT CLERK HAS ENTERED DEFAULT AGAINST DEFENDANT(S) UNDER LOCAL BANKRUPTCY RULE 7055–1(a)

On <u>May 5, 2025</u>, a request was filed for the clerk to enter default against defendant(s) **<u>WGF Capital Inc.</u>**.

Having reviewed the request, the clerk hereby enters default as requested.

Dated: May 6, 2025

For the Court,

**KATHLEEN J. CAMPBELL, CLERK OF COURT**

**By: <u>Nickie Bolte</u>**
    **Deputy Clerk**

(Form van192–nched VAN–192) Rev. 12/2014          **115 – 112 / NB8**

# ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Richard A Marshack | World Global Fund LLC |
| | WORLD GLOBAL FUND LLC |
| | Shia Dembitzer |
| | Solomon Feig |
| | Moishe Gubin |
| | Optimum Bank Holdings, Inc. |
| | Optimumbank |
| | Optimumbank.com |
| | LPG Capital LLC |
| | LPG Holdings LLC |
| | MNS Funding LLC |
| | SSD Investment Group, LLC |
| | SSD Investment Group, LLC |
| | SSD Investment Group, LLC |
| | Brickstone Group LTD |
| | WGF Capital Inc. |
| | PSF 2020 Inc. |
| | PSF LLC |
| | Supreme Advance LLC |
| | Slate Advance LLC |
| | Safe Vault Capital LLC |
| | Goldcrest Associates LLC |
| | Parkside Capital Group LLC |
| | Hybrid Advance LLC |
| | EOM Business Capital LLC |
| | Genesis Equity Group Funding LLC |
| | Everyday Group LLC |
| | Glass media |
| | Funding Gateway, Inc. |
| | Funding Gateway, Inc. |
| | Funding Gateway, Inc. |
| | Coast Processing LLC |
| | Vertex Capital (US) Funding LLC |
| | Vertex Capital Partners LLC |
| | Crystal Springs Capital LLC |
| | Weinman and Associates, LLC |
| | World Global Fund LLC |
| | Prime Funding Group |
| | Coast Processing LLC |
| | TOT Capital |
| | Hybrid Advance |
| | Gateway Funding |
| | Dorcy and Whitney |
| | W.B.Fund |
| | Brickstone Group |
| | Branfman and Associates |
| | Slate Advance |
| | FD Fund |
| | PSF |
| | Greentree Advance |
| | Crystal Springs |
| | Kingdom Capital |
| | Parkside Capital |
| | Goldcrest |
| | Rapid Cap |
| | Weinman and Associates |
| | WGF Capital Inc. |
| | Everyday Group |
| | Vulcan Consulting Group |
| | Supreme Funding |
| | Vertex Capital |
| | Kingcash |
| | MNS Funding |

LPG
AY Funding
Safe Vault
Legal Fees Network
The Genesis Equity Group
WORLD GLOBAL
Weinman and Associates

(Form van192–nched VAN–192) Rev. 12/2014

**ATTACHMENT A**