| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| GREGORY M. SALVATO (SBN 126285)<br>　Gsalvato@salvatoboufadel.com<br>JOSEPH BOUFADEL (SBN 267312)<br>　Jboufadel@salvatoboufadel.com<br>SALVATO BOUFADEL LLP<br>9110 Irvine Center Drive<br>Irvine, California 92618<br>Telephone: (213) 484-8400<br><br>☐ Individual *appearing without an attorney*<br>☒ *Attorney for:* DEFENDANT SLATE ADVANCE LLC | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – <u>SANTA ANA</u> DIVISION**

| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>　　　　　Debtor. | CASE NO.: 8:23-bk-10571-SC<br><br>CHAPTER: 11<br><br>ADV. PROC. NO. 8:25-ap-01105-SC |
|---|---|
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>WORLD GLOBAL FUND, LLC, *et al*.,<br><br>　　　　　Defendants.<br><br><br>　　　　　　　　　　　　　　　　　Debtor(s) | **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE RE:** (*title of motion*[1]):<br><br><u>Second Stipulation for Order Extending the Deadline for Defendant Slate Advance LLC to Respond to the Trustee's Complaint to May 14, 2025</u> |

PLEASE TAKE NOTE that the order titled "<u>Order Approving Stipulation for Order Extending the Deadline for Defendant Slate Advance LLC to Respond to the Trustee's Complaint to May 14, 2025</u>" was lodged on (*date*) <u>05/09/2025</u> and is attached.  This order relates to the motion which is docket number <u>119</u>.

---

[1] Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*　　　　　　　　　　　　　Page 1　　　　　　　　　　　　**F 9021-1.2.BK.NOTICE.LODGMENT**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Salvato Boufadel, LLP, 9110 Irvine Center Drive, Irvine, California 92618

A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER IN BANKRUPTCY CASE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **05/09/2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Joseph Boufadel**    jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Christopher Ghio**    Christopher.Ghio@dinsmore.com, angelica.urena@dinsmore.com
- **Karen Hockstad**    karen.hockstad@dinsmore.com, kim.beavin@dinsmore.com
- **Ira David Kharasch**    ikharasch@pszjlaw.com
- **Michael Lundholm**    mlundholm@londonstoutlaw.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Victoria Newmark**    vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com
- **Brian A Paino**    bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com
- **Matthew Sommer**    matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/09/2025 | Joseph Boufadel | /s/ Joseph Boufadel |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*    Page 2    **F 9021-1.2.BK.NOTICE.LODGMENT**

# EXHIBIT A

# EXHIBIT A

GREGORY M. SALVATO (SBN 126285)
  Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
  Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
9110 Irvine Center Drive
Irvine, California 92618
Telephone:    (213) 484-8400

Attorneys / Local Counsel for Defendant
SLATE ADVANCE LLC

SHANNA M. KAMINSKI (P74013)
  *To be Admitted Pro Hac Vice*
KAMINSKI LAW, PLLC
PO Box 247
Grass Lake, Michigan 49240-0247
Telephone: (247) 462-7111
skaminski@kaminskilawpllc.com

Attorneys for Defendant
SLATE ADVANCE LLC

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | Case No. 8:23-bk-10571 SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| | Adv. Proc. No. 8:25-ap-01105-SC |
| Debtor. | |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust, | **Order Approving Stipulation for Order Extending the Deadline for Defendant Slate Advance LLC to Respond to the Trustee's Complaint to May 14, 2025** |
| Plaintiff, | |
| v. | [No Hearing Required] |
| WORLD GLOBAL FUND, LLC, *et al.,* | |
| Defendants. | |

Order Approving Stipulation to Extend Deadline
to Respond to Complaint to May 14, 2025
-1-
*Richard A. Marshack v. World Global Fund, LLC*
Adv. Proc. No. 8:25-ap-01105-SC

Salvato Boufadel LLP

1  The Bankruptcy Court, having considered the "Second Stipulation for Order Extending the Deadline for Defendant Slate Advance LLC to Respond to the Trustee's Complaint to May 14, 2025" (the "**Stipulation**") between Plaintiff Richard A. Marshack, as Trustee of the LPG Liquidation Trust ("**Plaintiff**") and Defendant Slate Advance LLC ("**Defendant**") filed on May 9, 2025 [Dkt. No. 119], and for good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is **APPROVED**.

2. Defendant Slate Advance LLC shall have through and including **May 14, 2025**, to file a responsive pleading to Plaintiff's complaint [Dkt. No. 1].

3. This extension is without prejudice to Defendant's right to seek further timely extensions of the deadline to respond to Plaintiff's complaint.

###

Salvato Boufadel
LLP