GREGORY M. SALVATO (SBN 126285)
   Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
   Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
9110 Irvine Center Drive
Irvine, California 92618
Telephone:   (213) 484-8400

Attorneys / Local Counsel for Defendant
SLATE ADVANCE LLC

SHANNA M. KAMINSKI (P74013)
   *Pro hac vice application forthcoming*
KAMINSKI LAW, PLLC
PO Box 247
Grass Lake, Michigan 49240-0247
Telephone: (247) 462-7111
skaminski@kaminskilawpllc.com

Attorneys for Defendant
SLATE ADVANCE LLC

**FILED & ENTERED**

MAY 13 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY **bolte**    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>    Debtor.<br><br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>    Plaintiff,<br><br>v.<br><br>WORLD GLOBAL FUND, LLC, *et al.,*<br><br>    Defendants. | Case No.  8:23-bk-10571 SC<br><br>Chapter 11<br><br>Adv. Proc. No. 8:25-ap-01105-SC<br><br>**Order Approving Stipulation for Order Extending the Deadline for Defendant Slate Advance LLC to Respond to the Trustee's Complaint**<br><br>[No Hearing Required] |

1. The Bankruptcy Court, having considered the "Stipulation for Order Extending the Deadline for Defendant Slate Advance LLC to Respond to the Trustee's Complaint" (the "**Stipulation**") between Plaintiff Richard A. Marshack, as Trustee of the LPG Liquidation Trust ("**Plaintiff**") and Defendant Slate Advance LLC ("**Defendant**") filed on May 5, 2025 [Dkt. No. 113], and for good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is **APPROVED**.

2. Defendant Slate Advance LLC shall have through and including **May 9, 2025**, to file a responsive pleading to Plaintiff's adversary complaint [Dkt. No. 1].

3. This extension is without prejudice to Defendant's right to seek further timely extensions of the deadline to respond to Plaintiff's complaint.

###

Date: May 13, 2025

Scott C. Clarkson
United States Bankruptcy Judge

Salvato Boufadel LLP