| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| CHRISTOPHER CELENTINO (131688)<br>christopher.celentino@dinsmore.com<br>CHRISTOPHER B. GHIO (259094)<br>christopher.ghio@dinsmore.com<br>YOSINA M. LISSEBECK (201654)<br>yosina.lissebeck@dinsmore.com<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Tele: 619.400.0500; Fax:  619.400.0500<br><br>KAREN S. HOCKSTAD (OH 61408) (Admitted pro hac vice)<br>karen.hockstad@dinsmore.com<br>MATTHEW H. SOMMER (OH 101721; NC 51004) (Admitted pro hac vice)<br>matthew.sommer@dinsmore.com<br>DINSMORE & SHOHL LLP<br>191 W. Nationwide Blvd, Suite 200<br>Columbus, OH 43215<br>Tele: 614.628.6930; Fax: 614.628.6890<br>Attorneys to Richard A. Marshack, Trustee of the LPG Liquidation Trust | |

☐ *Debtor(s) appearing without an attorney*
☒ *Attorney for:* Richard A. Marshack, Trustee of the LPG Liquidation Trust

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br>The Litigation Practice Group P.C.,<br><br>Debtor. | CASE NO. | 8:23-bk-10571-SC |
|---|---|---|
| | ADV. NO. | 8:25-ap-01105-SC |
| | CHAPTER: | 11 |

| Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>World Global Fund, LLC et. al.,<br><br>Defendant(s). | **NOTICE OF MOTION FOR ORDER WITHOUT A HEARING**<br><br>**[LBR 9013-1(p) or (q)]** |
|---|---|
| | [No hearing required] |

**TO THE U.S. TRUSTEE AND ALL PARTIES ENTITLED TO NOTICE, PLEASE TAKE NOTICE THAT:**

1.  Movant(s) <u>Richard A. Marshack, Trustee of the LPG Liquidation Trust</u>,
    filed a motion or application (Motion) entitled <u>Request for Clerk to Enter Default Under LBR 7055-1(a) against</u>
    <u>Funding Gateway Inc., a New Jersey Corporation, c/o File Right RA Services, LLC</u>.

2.  Movant(s) requests that the court grant the motion without a hearing as provided for in:

    ☒ LBR 9013-1(p), which, in addition to notice via Notice of Electronic Filing, requires the motion to be served on additional parties as specified in LBR <u>7055-1(a)</u> ; or

    ☐ LBR 9013-1(q), which requires service of the motion only on parties via Notice of Electronic Filing.

3.  The motion is based upon the legal and factual grounds set forth in the motion.  (*Check appropriate box below*):

    ☒ The full motion is attached to this notice; or

    ☐ The full motion was filed with the court as docket entry # ___, and a detailed description of the relief sought is attached to this notice.

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                          Page 1                          **F 9013-1.2.NO.HEARING.NOTICE**

4.  Movant will promptly lodge an order that the court may use to rule on the motion, as the court may rule on the motion without a hearing and without an opportunity for any party to file a request for a hearing,.

Respectfully submitted,

Date:  05/15/2025

/s/ Karen S. Hockstad
Signature of Movant or attorney for Movant

 Karen S. Hockstad
Printed name of Movant or attorney for Movant

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                      Page 2                        F 9013-1.2.NO.HEARING.NOTICE

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
191 W. Nationwide Blvd, Suite 200, Columbus, OH 43215

A true and correct copy of the foregoing document entitled: **NOTICE OF MOTION FOR ORDER WITHOUT HEARING PURSUANT TO LBR 9013-1(p) or (q)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (date)
05/15/2025  , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
Christopher.Ghio@dinsmore.com; angelica.urena@dinsmore.com; karen.hockstad@dinsmore.com; kim.beavin@dinsmore.com; matthew.sommer@dinsmore.com;
carrie.davis@dinsmore.com; Yosina.Lissebeck@Dinsmore.com; caron.burke@dinsmore.com; ayrton.celentino@dinsmore.com; hwinograd@pszjlaw.com;
ikharasch@pszjlaw.com; vnewmark@pszjlaw.com; hdaniels@pszjlaw.com; bdassa@pszjlaw.com; ecf.alert+Marshack@titlexi.com; pkraus@marshackhays.com;
hmosothoane@hinshawlaw.com; crico@hinshawlaw.com; bpaino@hinshawlaw.com; United States Trustee ustpregion16.sa.ecf@usdoj.gov; jboufadel@salvatoboufadel.com,
gsalvato@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com; ikharasch@pszjlaw.com; mlundholm@londonstoutlaw.com; vnewmark@pszjlaw.com; hdaniels@pszjlaw.com;
bdassa@pszjlaw.com; hwinograd@pszjlaw.com; bpaino@hinshawlaw.com; hmosothoane@hinshawlaw.com; crico@hinshawlaw.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (date) 05/15/2025  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE'S COPY: The Honorable Scott C. Clarkson | United States Bankruptcy Court, Ronald Reagan Federal Building and Courthouse 411 West Fourth Street, Suite 5130 / Courtroom 5C | Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 05/15/2025 | Karen S. Hockstad | /s/ Karen S. Hockstad |
|---|---|---|
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Funding Gateway, Inc.
c/o The Corporation
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

Funding Gateway, Inc.
c/o File Right RA Services, LLC
330 Changebridge Road, Suite 101
Pine Brook, NJ 07058

LPG Capital, LLC
10 Jill Lane
Monsey, NY 10952

Shia Dembitzer
202 Foster Avenue, Apt. 5
Brooklyn, NY 11230

MNS Funding, LLC
and each of its assumed names
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

SSD Investment Group, LLC
c/o Natesh Singh Dole
13745 Holt Ct.
Victorville, CA 92394

SSD Investment Group, LLC
14400 Bear Valley Rd., Space 527
Victorville, CA 92394

SSD Investment Group, LLC
Attn: Shia Dembitzer
7901 4th Street N., Suite 5765
St. Petersburg, FL 33702

World Global Fund, LLC
and each of its assumed names
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

Weinman and Associates, LLC
c/o Cloud Peak Law
1095 Sugar View Drive, Suite 500
Sheridan, WY 82801

WORLD GLOBAL FUND, LLC n/k/a Glass Media, LLC
c/o Cloud Peak Law
1095 Sugar View Drive, Suite 500
Sheridan, WY 82801

WORLD GLOBAL FUND
c/o Cloud Peak Law
1095 Sugar View Drive, Suite 500
Sheridan, WY 82801

| | |
|---|---|
| CHRISTOPHER CELENTINO (131688)<br>christopher.celentino@dinsmore.com<br>CHRISTOPHER B. GHIO (259004)<br>christopher.ghio@dinsmore.com<br>YOSINA M. LISSEBECK (201654)<br>yosina.lissebeck@dinsmore.com<br>DINSMORE & SHOHL LLP<br>655 West Broadway, Suite 800<br>San Diego, CA 92101<br>Tele: 619.400.0500; Fax: 619.400.0500<br><br>KAREN S. HOCKSTAD (OH 61408) (Admitted pro hac vice)<br>karen.hockstad@dinsmore.com<br>MATTHEW H. SOMMER (OH 101721; NC 51004) (Admitted pro hac vice)<br>matthew.sommer@dinsmore.com<br>DINSMORE & SHOHL LLP<br>191 W. Nationwide Blvd, Suite 200<br>Columbus, OH 43215<br>Tele: 614.628.6930; Fax: 614.628.6890<br><br>Attorneys for Richard A. Marshack, Trustee of the LPG Liquidation Trust | FOR COURT USE ONLY |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor(s).<br><br>RICHARD A. MARSHACK,<br>Trustee of the LPG Liquidation Trust<br><br>Plaintiff(s),<br><br>vs.<br><br>WORLD GLOBAL FUND, LLC et. al.<br><br>Defendant(s). | CASE NO.: 8:23-bk-10571-SC<br>CHAPTER: 11<br>ADVERSARY NO.: 8:25-ap-01105-SC<br><br>**REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)**<br><br>[No Hearing Required] |

TO THE DEFENDANT, DEFENDANT'S ATTORNEY AND OTHER INTERESTED PARTIES:

1.  Name of Defendant against whom default is sought (*specify name*): Funding Gateway, Inc., a New Jersey Corp

2.  Plaintiff filed the complaint in this adversary proceeding on (*specify date*): 03/10/2025

3.  The summons and complaint were served on Defendant by ☐ Personal Service ☒ Mail Service
    on the following date (*specify date*): 03/18/2025

4.  A conformed copy of the executed service of summons form is attached hereto as Exhibit A.

5.  The time for filing an answer or other responsive pleading expired on (*specify date*): 04/14/2025

6.  No answer or other responsive pleading has been filed or served by Defendant.

WHEREFORE, Plaintiff requests that the clerk of the court enter a default against this Defendant.

Date: 05/15/2025

/s/ Karen S. Hockstad
Signature

Karen S. Hockstad
*Printed name of Plaintiff or attorney for Plaintiff*

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 1                    **F 7055-1.1.REQ.ENTER.DEFAULT**

# EXHIBIT A

Case 8:25-ap-01105-SC   Doc 132   Filed 05/15/25   Entered 05/15/25 14:13:11   Desc
Case 8:25-ap-01105-SC   Main Document   Page 1 of 19   Entered 03/19/25 10:51:56   Desc
Main Document   Page 1 of 19

Case 8:25-ap-01105-SC   Doc 6   Filed 03/13/25   Entered 03/13/25 10:50:38   Desc
AP-Summons   Page 1 of 5

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Karen Hockstad<br>Dinsmore & Shohl, LLP<br>191 W. Nationwide Blvd Ste 200<br>Columbus, OH 43215<br><br>(614) 628-6930<br><br><br><br><br>*Plaintiff or Attorney for Plaintiff* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA**

| In re:<br><br>The Litigation Practice Group P.C.<br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571-SC<br><br>CHAPTER: 11<br><br>ADVERSARY NUMBER: 8:25-ap-01105-SC |
|---|---|
| Richard A Marshack<br><br>                                  Plaintiff(s)<br>Versus<br>World Global Fund LLC<br><br>(See Attachment A for names of additional defendants)<br>                                  Defendant(s) | **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004–1]** |

TO THE DEFENDANT(S): A Complaint has been filed by the Plaintiff against you. If you wish to defend against the Complaint, you must file with the court a written pleading in response to the Complaint. You must also serve a copy of your written response on the party shown in the upper left–hand corner of this page. The deadline to file and serve a written response is <u>04/14/2025.</u> If you do not timely file and serve the response, the court may enter a judgment by default against you for the relief demanded in the Complaint.

A status conference in the adversary proceeding commenced by the Complaint has been set for:

| | |
|---|---|
| Date: | May 28, 2025 |
| Time: | 01:30 PM |
| Hearing Judge: | Scott C Clarkson |
| Location: | 411 W Fourth St., Crtrm 5C, Santa Ana, CA 92701 |

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Case 8:25-ap-01105-SC   Doc 132   Filed 05/15/25   Entered 05/15/25 14:13:11   Desc
Case 8:25-ap-01105-SC   Main Document   Page 2 of 19
Main Document   Page 2 of 19

Case 8:25-ap-01105-SC   Doc 6   Filed 03/13/25   Entered 03/13/25 10:50:38   Desc
AP-Summons   Page 2 of 5

You must comply with **LBR 7016-1**, which requires you to file a joint status report and to appear at a status conference. All parties must read and comply with the rule, even if you are representing yourself. You must cooperate with the other parties in the case and file a joint status report with the court and serve it on the appropriate parties at least 14 days before a status conference. A court-approved joint status report form is available on the court's website (LBR form F 7016-1.STATUS.REPORT) with an attachment for additional parties if necessary (LBR form F 7016-1.STATUS.REPORT.ATTACH). If the other parties do not cooperate in filing a joint status report, you still must file with the court a unilateral status report and the accompanying required declaration instead of a joint status report 7 days before the status conference. **The court may fine you or impose other sanctions if you do not file a status report. The court may also fine you or impose other sanctions if you fail to appear at a status conference.**

KATHLEEN J. CAMPBELL
CLERK OF COURT

Date of Issuance of Summons and Notice of Status Conference in Adversary Proceeding: March 13, 2025

By: _____ "s/" Nickie Bolte _____

Deputy Clerk



This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Case 8:25-ap-01105-SC    Doc 132    Filed 05/15/25    Entered 05/15/25 14:13:11    Desc
Case 8:25-ap-01105-SC    Main Document/19/Page 3 of 38 03/19/25 10:51:56    Desc
                        Main Document    Page 3 of 19

Case 8:25-ap-01105-SC    Doc 6    Filed 03/13/25    Entered 03/13/25 10:50:38    Desc
                        AP-Summons    Page 3 of 5

## ATTACHMENT A
Names of plaintiffs and defendants

| Plaintiff(s): | Defendant(s): |
|---|---|
| Richard A Marshack | World Global Fund LLC |
| | WORLD GLOBAL FUND LLC |
| | Shia Dembitzer |
| | Solomon Feig |
| | Moishe Gubin |
| | Optimum Bank Holdings, Inc. |
| | Optimumbank |
| | Optimumbank.com |
| | LPG Capital LLC |
| | LPG Holdings LLC |
| | MNS Funding LLC |
| | SSD Investment Group, LLC |
| | SSD Investment Group, LLC |
| | SSD Investment Group, LLC |
| | Brickstone Group LTD |
| | WGF Capital LLC |
| | PSF 2020 Inc. |
| | PSF LLC |
| | Supreme Advance LLC |
| | Slate Advance LLC |
| | Safe Vault Capital LLC |
| | Goldcrest Associates LLC |
| | Parkside Capital Group LLC |
| | Hybrid Advance LLC |
| | EOM Business Capital LLC |
| | Genesis Equity Group Funding LLC |
| | Everyday Group LLC |
| | Glass media |
| | Funding Gateway, Inc. |
| | Funding Gateway, Inc. |
| | Funding Gateway, Inc. |
| | Coast Processing LLC |
| | Vertex Capital (US) Funding LLC |
| | Vertex Capital Partners LLC |
| | Crystal Springs Capital LLC |
| | Weinman and Associates, LLC |
| | World Global Fund LLC |
| | Prime Funding Group |
| | Coast Processing LLC |
| | TOT Capital |
| | Hybrid Advance |
| | Gateway Funding |
| | Dorcy and Whitney |
| | W.B.Fund |
| | Brickstone Group |
| | Branfman and Associates |
| | Slate Advance |
| | FD Fund |
| | PSF |
| | Greentree Advance |
| | Crystal Springs |
| | Kingdom Capital |
| | Parkside Capital |
| | Goldcrest |
| | Rapid Cap |
| | Weinman and Associates |
| | WGF Capital Inc. |
| | Everyday Group |
| | Vulcan Consulting Group |
| | Supreme Funding |
| | Vertex Capital |
| | Kingcash |
| | MNS Funding |

Case 8:25-ap-01105-SC   Doc 132   Filed 05/15/25   Entered 05/15/25 14:13:11   Desc
Case 8:25-ap-01105-SC   Main Document   Page 10 of 38 Entered 03/19/25 10:51:56   Desc
Main Document     Page 4 of 19

Case 8:25-ap-01105-SC   Doc 6   Filed 03/13/25   Entered 03/13/25 10:50:38   Desc
AP-Summons     Page 4 of 5

LPG
AY Funding
Safe Vault
Legal Fees Network
The Genesis Equity Group
WORLD GLOBAL
Weinman and Associates

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

## ATTACHMENT A

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:    **191 W. Nationwide Blvd., Suite 200, Columbus, Ohio 43215**

A true and correct copy of the foregoing documents: (1) **SUMMONS AND NOTICE OF STATUS CONFERENCE IN ADVERSARY PROCEEDING [LBR 7004-1]** and (2) the accompanying pleading(s) entitled: **TRUSTEE'S COMPLAINT FOR:  (1) AVOIDANCE, RECOVERY, AND PRESERVATION OF 2-YEAR ACTUAL FRAUDULENT TRANSFERS; (2) AVOIDANCE, RECOVERY, AND PRESERVATION OF 2-YEAR CONSTRUCTIVE FRAUDULENT TRANSFERS;  (3)  DEMAND FOR ACCOUNTING AGAINST WORLD GLOBAL FUND, LLC, OPTIMUMBANK HOLDINGS, INC., OPTIMUMBANK, AND OTPIMUMBANK.COM;  (4) TURNOVER OF ESTATE PROPERTY;  (5) FRAUD AND/OR CONVERSION/THEFT COMMITTED BY WORLD GLOBAL, LLC, DEMBITZER, FEIG, THE ALTER EGOS, AND THE DEMBITZER ALTER EGOS – THE FRAUDULENT ACH TRANSACTIONS; (6) FRAUD AND/OR CONVERSION/THEFT COMMITTED BY WORLD GLOBAL, LLC, DEMBITZER, FEIG, THE ALTER EGOS AND THE DEMBITZER ALTER EGOS – UNREIMBURSED FUNDS FROM THE MCA AGREEMENTS; (7) AIDING AND ABETTING FRAUD AND/OR CONVERSION/THEFT BY MOISHE GUBIN, OPTIMUMBANK HOLDINGS, INC., OPTIMUMBANK, AND OPTIMUMBANK.COM; (8) AIDING AND ABETTING BY MOISHE GUBIN, OPTIMUMBANK HOLDINGS, INC., OPTIMUMBANK, OPTIMUMBANK.COM; AND (9) CONSPIRACY TO COMMIT FRAUD**

**Order re: EARLY MEETING OF COUNSEL, STATUS CONFERENCE INSTRUCTIONS, AND GENERAL PROCEDURES and**

**NOTICE OF REQUIRED COMPLIANCE WITH RULE 7026 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE AND RULE 7026-1 OF THE LOCAL BANKRUPTCY RULES**

will be served or was served (a) on the judge in chambers in the form and manner required by LBR 5005-2(d); and (b) in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐    Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On <u>March 18, 2025</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒    Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state** method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on <u>March 18, 2025</u>, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐    Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

_March 18, 2025_          Karen S. Hockstad
Date                      Printed Name                              Signature

Service by U.S. Mail

| 1. | DEFENDANT<br>Brickstone Group, Ltd.<br>20 W. 47th Street, Suite 401<br>New York, NY 10016 | Agent for Service of Process:<br>Brickstone Group, Ltd.<br>New York Secretary of State-<br>as agent for service of process<br>One Commerce Plaza,<br>99 Washington Avenue<br>Albany, NY 10036 | Agent for Service of Process<br>Brickstone Group, Ltd.<br>Rabia Yaghoubazadeh<br>1486 Fulton Street. Suite 401<br>Brooklyn, NY 11216 |
|---|---|---|---|
| 2. | DEFENDANT<br>Coast Processing, LLC<br>7901 4th Street, Suite 5765<br>St. Petersburg, FL 33702 | Agent for Service of Process<br>Coast Processing, LLC<br>Business Filings, Inc.<br>1200 S. Pine Island Road<br>Plantation, FL 33702 | |
| 3. | DEFENDANT<br>Crystal Springs Capital LLC | Agent for Service of Process<br>Crystal Springs Capital, LLC<br>c/o Mark David, Registered Agent<br>1111 Brickell Avenue, Suite 2725<br>Miami, FL 33131 | Agent for Service of Process<br>Crystal Springs Capital LLC<br>c/o SKD Holdings LLC<br>4034 Willow Grove Road<br>Camden, DE 19934 |
| 4. | DEFENDANT<br>EOM Business Capital LLC<br>c/o The Limited Liability Company<br>4615 Surf Avenue<br>Brooklyn, NY 11224 | Agent for Service of Process<br>EOM Business Capital LLC<br>New York Secretary of State-<br>as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 12231 | |
| 5. | DEFENDANT<br>Everyday Group, LLC<br>c/o The LLC<br>63 Flushing Avenue, Unit 148<br>Brooklyn, NY 11205 | Agent for Service of Process<br>Everyday Group, LLC<br>New York Secretary of State-<br>as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 12231 | |
| 6. | DEFENDANT<br>Funding Gateway, Inc.<br>c/o The Corporation<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>Funding Gateway, Inc.<br>New York Secretary of State-<br>as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 12231 | |

Service by U.S. Mail

| 7. | DEFENDANT<br>Funding Gateway, Inc.<br>330 Changebridge Road,<br>Suite 101<br>Pine Brook, NJ 07058 | Agent for Service of Process<br>Funding Gateway, Inc.<br>c/o File Right RA Services,<br>LLC<br>330 Changebridge Road,<br>Suite 101<br>Pine Brook, NJ 07058 | |
| --- | --- | --- | --- |
| 8. | DEFENDANT<br>Funding Gateway, Inc.<br>1309 Coffeen Avenue,<br>Suite 1200<br>Sheridan, WY 82801 | Agent for Service of Process<br>Funding Gateway, Inc.<br>Wyoming Secretary of State-<br>as agent for service of process<br>122 West 25th Street, Suite<br>101<br>Cheyenne, WY 82002 | Agent for Service of Process<br>Funding Gateway, Inc.<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite<br>500<br>Sheridan, WY 82801 |
| 9. | DEFENDANT<br>Funding Gateway, Inc.<br>d/b/a Goldcrest<br>1309 Coffeen Avenue,<br>Suite 1200<br>Sheridan, WY 82801 | Agent for Service of Process<br>Funding Gateway, Inc. d/b/a<br>Goldcrest<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite<br>500<br>Sheridan, WY 82801 | Agent for Service of Process<br>Funding Gateway, Inc. d/b/a<br>Goldcrest<br>Wyoming Secretary of State-as<br>agent for service of process<br>122 West 25th Street, Suite 101<br>Cheyenne, WY 82002 |
| 10. | DEFENDANT<br>Funding Gateway, Inc.<br>d/b/a Hybrid Advance<br>1309 Coffeen Avenue,<br>Suite 1200<br>Sheridan, WY 82801 | Agent for Service of Process<br>Funding Gateway, Inc. d/b/a<br>Hybrid Advance<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite<br>500<br>Sheridan, WY 82801 | Agent for Service of Process<br>Funding Gateway, Inc. d/b/a<br>Hybrid Advance<br>Wyoming Secretary of State-as<br>agent for service of process<br>122 West 25th Street, Suite 101<br>Cheyenne, WY 82002 |
| 11. | DEFENDANT<br>Funding Gateway, Inc.<br>d/b/a Supreme Advance<br>1309 Coffeen Avenue,<br>Suite 1200<br>Sheridan, WY 82801 | Agent for Service of Process<br>Funding Gateway, Inc. d/b/a<br>Supreme Advance<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite<br>500<br>Sheridan, WY 82801 | Agent for Service of Process<br>Funding Gateway, Inc. d/b/a<br>Supreme Advance<br>Wyoming Secretary of State-as<br>agent for service of process<br>122 West 25th Street, Suite 101<br>Cheyenne, WY 82002 |
| 12. | DEFENDANT<br>Funding Gateway, Inc.<br>d/b/a Weinman and<br>Associates<br>1309 Coffeen Avenue,<br>Suite 1200<br>Sheridan, WY 82801 | Agent for Service of Process<br>Funding Gateway, Inc. d/b/a<br>Weinman and Associates<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite<br>500<br>Sheridan, WY 82801 | Agent for Service of Process<br>Funding Gateway, Inc. d/b/a<br>Weinman and Associates<br>Wyoming Secretary of State-as<br>agent for service of process<br>122 West 25th Street, Suite 101<br>Cheyenne, WY 82002 |

Service by U.S. Mail

| | | | |
|---|---|---|---|
| 13. | DEFENDANT<br>Funding Gateway, Inc.<br>d/b/a World Global Fund<br>1309 Coffeen Avenue,<br>Suite 1200<br>Sheridan, WY 82801 | Agent for Service of Process<br>Funding Gateway, Inc. d/b/a<br>World Global Fund<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite<br>500<br>Sheridan, WY 82801 | Agent for Service of Process<br>Funding Gateway, Inc. d/b/a<br>World Global Fund<br>Wyoming Secretary of State-as<br>agent for service of process<br>122 West 25th Street, Suite 101<br>Cheyenne, WY 82002 |
| 14. | DEFENDANT<br>Genesis Equity Group<br>Funding, LLC<br>5308 13th Avenue, Suite<br>422<br>Brooklyn, NY 11219 | Agent for Service of Process<br>Genesis Equity Group<br>Funding, LLC<br>New York Secretary of State-<br>as agent for service of process<br>One Commerce Plaza, 99<br>Washington Avenue<br>Albany, NY 11231 | |
| 15. | DEFENDANT<br>Goldcrest Associates,<br>LLC<br>c/o The LLC<br>1253 E. 28th Street<br>Brooklyn, NY 11210 | Agent for Service of Process<br>Goldcrest Associates, LLC<br>New York Secretary of State-<br>as agent for service of process<br>One Commerce Plaza, 99<br>Washington Avenue<br>Albany, NY 11231 | |
| 16. | DEFENDANT<br>Hybrid Advance LLC | Agent for Service of Process<br>Hybrid Advance LLC<br>c/o Areil Llyabayev<br>9918 62nd Drive<br>Rego Park, NY 11374 | Agent for Service of Process<br>Hybrid Advance, LLC<br>New York Secretary of State-as<br>agent for service of process<br>One Commerce Plaza, 99<br>Washington Avenue<br>Albany, NY 11231 |
| 17. | DEFENDANT<br>LPG Capital, LLC<br>10 Jill Lane<br>Monsey, NY 10952 | Agent for Service of Process<br>LPG Capital, LLC<br>New York Secretary of State-<br>as agent for service of process<br>One Commerce Plaza, 99<br>Washington Avenue<br>Albany, NY 11231 | |
| 18. | DEFENDANT<br>LPG Holdings, LLC<br>30 N. Gould, Suite R<br>Sheridan, WY 82801 | Agent for Service of Process<br>LPG Holdings, LLC<br>Wyoming Secretary of State-<br>as agent for service of process<br>122 West 25th Street, Suite<br>101<br>Cheyenne, WY 82002 | Agent for Service of Process<br>LPG Holdings, LLC<br>c/o Registered Agents, Inc.<br>30 N. Gould, Suite R<br>Sheridan, WY 82801 |

Service by U.S. Mail

| 19. | DEFENDANT<br>MNS Funding, LLC | Agent for Service of Process<br>MNS Funding, LLC<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>MNS Funding, LLC<br>New York Secretary of State-as<br>agent for service of process<br>One Commerce Plaza, 99<br>Washington Avenue<br>Albany, NY 11231 |
|---|---|---|---|
| 20. | DEFENDANT<br>MNS Funding, LLC d/b/a<br>Genesis Equity Group<br>c/o The LLC<br>5314 16th Avenue, Suite<br>139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>MNS Funding, LLC d/b/a<br>Genesis Equity Group<br>New York Secretary of State-<br>as agent for service of process<br>One Commerce Plaza, 99<br>Washington Avenue<br>Albany, NY 11231 | |
| 21. | DEFENDANT<br>MNS Funding, LLC d/b/a<br>Legal Fees Network<br>c/o The LLC<br>5314 16th Avenue, Suite<br>139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>MNS Funding, LLC d/b/a<br>Legal Fees Network<br>New York Secretary of State-<br>as agent for service of process<br>One Commerce Plaza, 99<br>Washington Avenue<br>Albany, NY 11231 | |
| 22. | DEFENDANT<br>Moishe Gubin<br>1230 Ridgedale Road<br>South Bend, IN 46614 | | |
| 23. | DEFENDANT<br>Parkside Capital Group,<br>LLC | Agent for Service of Process<br>Parkside Capital Group, LLC<br>c/o USA Corp, Inc.<br>325 Division Avenue, Suite<br>201<br>Brooklyn, NY 11211 | Agent for Service of Process<br>Parkside Capital Group, LLC<br>New York Secretary of State-as<br>agent for service of process<br>One Commerce Plaza, 99<br>Washington Avenue<br>Albany, NY 11231 |
| 24. | DEFENDANT<br>PSF 2020, Inc.<br>c/o The Corporation<br>3921 14th Avenue<br>Brooklyn, NY 11218 | Agent<br>PSF 2020, Inc.<br>New York Secretary of State-<br>as agent for service of process<br>One Commerce Plaza, 99<br>Washington Avenue<br>Albany, NY 11231 | |

Case 8:25-ap-01105-SC   Doc 132   Filed 05/15/25   Entered 05/15/25 14:13:11   Desc
Case 8:25-ap-01105-SC   Main Document 03/19/25   Page 17 of 38 03/19/25 10:51:56   Desc
Service by U.S. Mail          Main Document      Page 11 of 19

| 25. | DEFENDANT<br>Safe Vault Capital, LLC<br>c/o The Company<br>12 Bayview Avenue, Suite 321<br>Lawrence, NY 11599 | Agent for Service of Process<br>Safe Vault Capital, LLC<br>New York Secretary of State-as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 11231 | |
| 26. | DEFENDANT<br>Shia Dembitzer<br>202 Foster Avenue, Apt. 5<br>Brooklyn, NY 11230 | | |
| 27. | DEFENDANT<br>Slate Advance, LLC<br>c/o The LLC<br>15 America Avenue, Suite 3<br>Lakewood, NY 08701 | Agent for Service of Process<br>Slate Advance, LLC<br>New York Secretary of State-as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 11231 | |
| 28. | DEFENDANT<br>Solomon Feig<br>4518 18th Avenue<br>Brooklyn, NY 11204 | | |
| 29. | DEFENDANT<br>SSD Investment Group, LLC<br>14400 Bear Valley Rd., Space 527<br>Victorville, CA 92394 | Agent for Service of Process<br>SSD Investment Group, LLC<br>c/o Natesh Singh Dole<br>13745 Holt Ct.<br>Victorville, CA 92394 | Agent for Service of Process<br>SSD Investment Group, LLC<br>Attn:  Shia Dembitzer<br>7901 4th Street N., Suite 5765<br>St. Petersburg, FL 33702 |
| 30. | DEFENDANT<br>Supreme Advance, LLC | Agent for Service of Process<br>Supreme Advance, LLC<br>c/o File Right, LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>Supreme Advance, LLC<br>New York Secretary of State-as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 11231 |
| 31. | DEFENDANT<br>Vertex Capital (US) Funding LLC<br>1309 Coffeen Avenue, Suite 10947<br>Sheridan, WY 82801 | Agent for Service of Process<br>Vertex Capital (US) Funding LLC<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 | Agent for Service of Process<br>Vertex Capital (US) Funding LLC<br>Wyoming Secretary of State-as agent for service of process<br>122 West 25th Street, Suite 101<br>Cheyenne, WY 82002 |

Service by U.S. Mail

| 32. | DEFENDANT<br>Vertex Capital Partners, LLC | Agent for Service of Process<br>Vertex Capital Partners, LLC<br>c/o Registered Agents, Inc.<br>30 N. Gould, Suite R<br>Sheridan, WY 82801 | Agent for Service of Process<br>Vertex Capital Partners, LLC<br>Wyoming Secretary of State-as agent for service of process<br>122 West 25th Street, Suite 101<br>Cheyenne, WY 82002 |
|---|---|---|---|
| 33. | DEFENDANT<br>Weinman and Associates, LLC | Agent for Service of Process<br>Weinman and Associates, LLC<br>c/o Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 | Agent for Service of Process<br>Weinman and Associates, LLC<br>Wyoming Secretary of State-as agent for service of process<br>122 West 25th Street, Suite 101<br>Cheyenne, WY 82002 |
| 34. | DEFENDANT<br>WGF Capital (US) Inc. | Agent for Service of Process<br>WGF Capital (US) Inc.<br>c/o Joshua Feig<br>1846 50th Street<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WGF Capital (US) Inc.<br>New York Secretary of State-as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 11231 |
| 35. | DEFENDANT<br>World Global Fund, LLC | Agent<br>World Global Fund, LLC<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>World Global Fund, LLC<br>New York Secretary of State-as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 11231 |
| 36. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a AY Funding | Agent<br>WORLD GLOBAL FUND, LLC d/b/a AY Funding<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a AY Funding<br>New York Secretary of State-as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 11231 |
| 37. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Braufman and Associates | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Braufman and Associates<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a Braufman and Associates<br>New York Secretary of State-as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 11231 |

Service by U.S. Mail

| 38. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Brickstone Group | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Brickstone Group c/o File Right LLC 5314 16th Avenue, Suite 139 Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a Brickstone Group New York Secretary of State-as agent for service of process One Commerce Plaza, 99 Washington Avenue Albany, NY 11231 |
|---|---|---|---|
| 39. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Coast Processing | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Coast Processing c/o File Right LLC 5314 16th Avenue, Suite 139 Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a Coast Processing New York Secretary of State-as agent for service of process One Commerce Plaza, 99 Washington Avenue Albany, NY 11231 |
| 40. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Crystal Springs | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Crystal Springs c/o File Right LLC 5314 16th Avenue, Suite 139 Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a Crystal Springs New York Secretary of State-as agent for service of process One Commerce Plaza, 99 Washington Avenue Albany, NY 11231 |
| 41. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Dorcy & Whitney | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Dorcy & Whitney c/o File Right LLC 5314 16th Avenue, Suite 139 Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a Dorcy & Whitney New York Secretary of State-as agent for service of process One Commerce Plaza, 99 Washington Avenue Albany, NY 11231 |
| 42. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Everyday Group | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Everyday Group c/o File Right LLC 5314 16th Avenue, Suite 139 Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a Everyday Group New York Secretary of State-as agent for service of process One Commerce Plaza, 99 Washington Avenue Albany, NY 11231 |

Service by U.S. Mail

| | | | |
|---|---|---|---|
| 43. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a FD Fund | Agent<br>WORLD GLOBAL FUND, LLC d/b/a FD Fund<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a FD Fund<br>New York Secretary of State-as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 11231 |
| 44. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Gateway Funding | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Gateway Funding<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a Gateway Funding<br>New York Secretary of State-as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 11231 |
| 45. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Goldcrest | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Goldcrest<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a Goldcrest<br>New York Secretary of State-as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 11231 |
| 46. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Greentree Advance | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Greentree Advance<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a Greentree Advance<br>New York Secretary of State-as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 11231 |
| 47. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Hybrid Advance | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Hybrid Advance<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a Hybrid Advance<br>New York Secretary of State-as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 11231 |

Service by U.S. Mail

| 48. | DEFENDANT<br>WORLD GLOBAL<br>FUND, LLC d/b/a<br>Kingcash | Agent<br>WORLD GLOBAL FUND,<br>LLC d/b/a Kingcash<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND,<br>LLC d/b/a Kingcash<br>New York Secretary of State-as<br>agent for service of process<br>One Commerce Plaza, 99<br>Washington Avenue<br>Albany, NY 11231 |
|---|---|---|---|
| 49. | DEFENDANT<br>WORLD GLOBAL<br>FUND, LLC d/b/a<br>Kingdom Capital | Agent<br>WORLD GLOBAL FUND,<br>LLC d/b/a Kingdom Capital<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND,<br>LLC d/b/a Kingdom Capital<br>New York Secretary of State-as<br>agent for service of process<br>One Commerce Plaza, 99<br>Washington Avenue<br>Albany, NY 11231 |
| 50. | DEFENDANT<br>WORLD GLOBAL<br>FUND, LLC d/b/a LPG | Agent<br>WORLD GLOBAL FUND,<br>LLC d/b/a LPG<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND,<br>LLC d/b/a LPG<br>New York Secretary of State-as<br>agent for service of process<br>One Commerce Plaza, 99<br>Washington Avenue<br>Albany, NY 11231 |
| 51. | DEFENDANT<br>WORLD GLOBAL<br>FUND, LLC d/b/a MNS<br>Funding | Agent<br>WORLD GLOBAL FUND,<br>LLC d/b/a MNS Funding<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND,<br>LLC d/b/a MNS Funding<br>New York Secretary of State-as<br>agent for service of process<br>One Commerce Plaza, 99<br>Washington Avenue<br>Albany, NY 11231 |
| 52. | DEFENDANT<br>WORLD GLOBAL<br>FUND, LLC d/b/a<br>Parkside Capital | Agent<br>WORLD GLOBAL FUND,<br>LLC d/b/a Parkside Capital<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND,<br>LLC d/b/a Parkside Capital<br>New York Secretary of State-as<br>agent for service of process<br>One Commerce Plaza, 99<br>Washington Avenue<br>Albany, NY 11231 |

Service by U.S. Mail

| 53. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Prime Funding Group | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Prime Funding Group<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a Prime Funding Group<br>New York Secretary of State-as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 11231 |
|---|---|---|---|
| 54. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a PSF | Agent<br>WORLD GLOBAL FUND, LLC d/b/a PSF<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a PSF<br>New York Secretary of State-as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 11231 |
| 55. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Rapid Cap | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Rapid Cap<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a Rapid Cap<br>New York Secretary of State-as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 11231 |
| 56. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Safe Vault | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Safe Vault<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a Safe Vault<br>New York Secretary of State-as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 11231 |
| 57. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Slate Advance | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Slate Advance<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a Slate Advance<br>New York Secretary of State-as agent for service of process<br>One Commerce Plaza, 99 Washington Avenue<br>Albany, NY 11231 |

Service by U.S. Mail

| 58. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Supreme Funding | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Supreme Funding c/o File Right LLC 5314 16th Avenue, Suite 139 Brooklyn, NY 11204 | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Supreme Funding New York Secretary of State-as agent for service of process One Commerce Plaza, 99 Washington Avenue Albany, NY 11231 |
|---|---|---|---|
| 59. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Tot Capital | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Tot Capital c/o File Right LLC 5314 16th Avenue, Suite 139 Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a Tot Capital New York Secretary of State-as agent for service of process One Commerce Plaza, 99 Washington Avenue Albany, NY 11231 |
| 60. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Vertex Capital | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Vertex Capital c/o File Right LLC 5314 16th Avenue, Suite 139 Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a Vertex Capital New York Secretary of State-as agent for service of process One Commerce Plaza, 99 Washington Avenue Albany, NY 11231 |
| 61. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a Vulcan Consulting Group | Agent<br>WORLD GLOBAL FUND, LLC d/b/a Vulcan Consulting Group c/o File Right LLC 5314 16th Avenue, Suite 139 Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a Vulcan Consulting Group New York Secretary of State-as agent for service of process One Commerce Plaza, 99 Washington Avenue Albany, NY 11231 |
| 62. | DEFENDANT<br>WORLD GLOBAL FUND, LLC d/b/a W.B. Fund | Agent<br>WORLD GLOBAL FUND, LLC d/b/a W.B. Fund c/o File Right LLC 5314 16th Avenue, Suite 139 Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND, LLC d/b/a W.B. Fund New York Secretary of State-as agent for service of process One Commerce Plaza, 99 Washington Avenue Albany, NY 11231\ |

Case 8:25-ap-01105-SC    Doc 132    Filed 05/15/25    Entered 05/15/25 14:13:11    Desc
Case 8:25-ap-01105-SC    Main Document    Page 24 of 38 03/19/25 10:51:56    Desc
Service by U.S. Mail          Main Document          Page 18 of 19

| 63. | DEFENDANT<br>WORLD GLOBAL<br>FUND, LLC d/b/a<br>Weinman and Associates | Agent<br>WORLD GLOBAL FUND,<br>LLC d/b/a Weinman and<br>Associates<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND,<br>LLC d/b/a Weinman and<br>Associates<br>New York Secretary of State-as<br>agent for service of process<br>One Commerce Plaza, 99<br>Washington Avenue<br>Albany, NY 11231 |
| --- | --- | --- | --- |
| 64. | DEFENDANT<br>WORLD GLOBAL<br>FUND, LLC d/b/a WGF<br>Capital | Agent<br>WORLD GLOBAL FUND,<br>LLC d/b/a WGF Capital<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Agent for Service of Process<br>WORLD GLOBAL FUND,<br>LLC d/b/a WGF Capital<br>New York Secretary of State-as<br>agent for service of process<br>One Commerce Plaza, 99<br>Washington Avenue<br>Albany, NY 11231 |
| 65. | DEFENDANT<br>WORLD GLOBAL<br>FUND, LLC n/k/a Glass<br>Media, LLC | Agent for Service of Process<br>WORLD GLOBAL FUND,<br>LLC n/k/a Glass Media, LLC<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite<br>500<br>Sheridan, WY 82801 | Agent for Service of Process<br>WORLD GLOBAL FUND,<br>LLC n/k/a Glass Media, LLC<br>Wyoming Secretary of State-as<br>agent for service of process<br>122 West 25th Street, Suite 101<br>Cheyenne, WY 82002 |
| 66. | DEFENDANT<br>WORLD GLOBAL<br>FUND | Agent for Service of Process<br>WORLD GLOBAL FUND<br>Cloud Peak Law<br>1095 Sugar View Drive, Suite<br>500<br>Sheridan, WY 82801 | Agent for Service of Process<br>WORLD GLOBAL FUND<br>Wyoming Secretary of State-as<br>agent for service of process<br>122 West 25th Street, Suite 101<br>Cheyenne, WY 82002 |

VIA CERTIFIED MAIL:

| | | | |
|---|---|---|---|
| 1. | <u>DEFENDANT</u><br>OptimumBank<br>2929 E. Commercial Blvd.,<br>Suite 101<br>Ft. Lauderdale, FL 33308 | <u>Agent for Service of</u><br><u>Process and Officer</u><br>OptimumBank<br>c/o Timothy Terry,<br>President & CEO<br>2929 E. Commercial Blvd.,<br>Suite 101<br>Ft. Lauderdale, FL 33308 | |
| 2. | <u>DEFENDANT</u><br>OptimumBank Holdings,<br>Inc. | <u>Agent for Service of</u><br><u>Process</u><br>OptimumBank Holdings,<br>Inc.<br>c/o Zwelling, AVI<br>2929 E. Commercial Blvd.,<br>Suite 303<br>Ft. Lauderdale, FL 33308 | <u>Officer</u><br>OptimumBank Holdings, Inc.<br>c/o Albert Finch, President<br>2929 E. Commercial Blvd., Suite<br>303<br>Ft. Lauderdale, FL 33308 |
| 3. | <u>DEFENDANT</u><br>OptimumBank.com | <u>Agent for Service of</u><br><u>Process</u><br>OptimumBank.com<br>c/o Mary Franco<br>2929 E. Commercial Blvd.,<br>Suite 101<br>Ft. Lauderdale, FL 33308 | <u>Officer</u><br>OptimumBank.com<br>c/o Mary Franco, Vice President<br>2929 E. Commercial Blvd., Suite<br>101<br>Ft. Lauderdale, FL 33308 |

**EXHIBIT B**

CHRISTOPHER CELENTINO (131688)
Christopher.Celentino@dinsmore.com
CHRISTOPHER B. GHIO (259094)
Christopher.Ghio@dinsmore.com
YOSINA M. LISSEBECK (201654)
Yosina.Lissebeck@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Ste 800
San Diego, CA 92101
Tele: (619) 400-0500
Fax: (619) 400-0501

KAREN S. HOCKSTAD (OH 61308)
Karen.Hockstad@dinsmore.com
MATTHEW H. SOMMER (OH 101721; NC 51004)
Matthew.Sommer@dinsmore.com
**DINSMORE & SHOHL LLP**
191 W. Nationwide Blvd., Ste 200
Columbus, OH 43215
Tele: (614) 628-6880
Fax: (614) 628-6890
(Admitted pro hac vice)

Special Counsel to Richard A. Marshack,
Trustee of the LPG Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SANTA ANA DIVISION

| | |
|---|---|
| In re: | Case No. 8:23-bk-10571-SC |
| THE LITIGATION PRACTICE GROUP P.C., | Chapter 11 |
| Debtor. | Adv. Proc. No. 8:25-ap-01105-SC |
| | **DECLARATION OF KAREN S. HOCKSTAD IN SUPPORT OF PLAINTIFF'S REQUEST FOR ENTRY OF DEFAULT UNDER LBR 7055-1** |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust, | |
| Plaintiff, | |
| v. | Judge: Honorable Scott C. Clarkson |
| World Global Fund, LLC, et al., | Place: 411 West Fourth Street<br>Courtroom 5C<br>Santa Ana, CA 92701 |
| Defendants. | |

1

1

2        I, KAREN S. HOCKSTAD, declare as follows:

3        1.      I am an attorney duly licensed to practice law and admitted to practice before this

4    Court *pro hac vice*. I am a partner with the law firm Dinsmore & Shohl LLP, and counsel of record

5    for Richard A. Marshack, Trustee ("Trustee" or "Plaintiff") of the LPG Liquidation Trust. As such,

6    except as expressly stated otherwise, I have personal knowledge of the facts as set forth below and

7    could and would competently testify under oath thereto if requested to do so.

8        2.      I make this declaration in support of the Request for Entry of Default ("Request for

9    Entry") submitted concurrently herewith pursuant to Local Bankruptcy Rule 7055-1(a).

10       3.      On March 10, 2025, on behalf of Plaintiff, my office filed a Complaint in the above-

11   titled action.

12       4.      On March 18, 2025, our office served the Complaint along with the Summons,

13   Notice of Required Compliance with Rule 7026 of the Federal Rules of Bankruptcy Procedure and

14   Rule 7026-1 of the Local Bankruptcy Rules, and Order Re Early Meeting of Counsel, Status

15   Conference Instructions, and General Procedures ("Summons") on Defendant, Funding Gateway,

16   Inc., ("Defendant") by mail service at the following address:

17
         Funding Gateway Inc.
18       c/o File Right RA Services LLC
         330 Changebridge Rd., Ste 101
19       Pine Brook, New Jersey 07058

20

21       5.      A true and correct copy of a screenshot taken from the New Jersey Secretary of

22   States' website displaying the current Registered Agent for Defendant is attached hereto as <u>Exhibit</u>

23   <u>1</u>.

24       6.      A conformed copy of the completed Summons showing service of the Summons and

25   Complaint is attached to the Request for Default as Exhibit A.

26       7.      Defendant's response to the Complaint was due on April 14, 2025.

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

8.      As of the date of this Declaration, I have not received any responsive pleading to the Complaint from the Defendant. I have also reviewed the docket on Pacer for this action and did not see any responsive pleading filed by the Defendant.

9.      As such, I request that default be entered against the Defendant in this adversary case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 15th day of May, 2025 at Columbus, Ohio.

/s/ Karen S. Hockstad
KAREN S. HOCKSTAD

# EXHIBIT B - 1

*STATE OF NEW JERSEY*
*DEPARTMENT OF THE TREASURY*
*DIVISION OF REVENUE AND ENTERPRISE SERVICES*
*CHANGE OF REGISTERED AGENT CERTIFICATE*

*FUNDING GATEWAY INC*
*0451043857*

The Division of Revenue and Enterprise Services hereby affirms
that the following change was submitted on 01/03/2024 for FUNDING
GATEWAY INC.

**Previous Registered Agent and Office**

BUSINESS FILINGS INCORPORATED OF DE
820 BEAR TAVERN ROAD
WEST TRENTON, NJ 08628

**New Registered Agent and Office**

File Right RA Services, LLC
330 Changebridge Rd., Ste. 101
Pine Brook, NJ 07058

*IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
my Official Seal, this
3rd day of January, 2024*

*Elizabeth Maher Muoio*
*State Treasurer*

Certificate Number : 2772955515
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

### STATE OF NEW JERSEY
### DEPARTMENT OF THE TREASURY
### DIVISION OF REVENUE AND ENTERPRISE SERVICES
### CHANGE OF REGISTERED AGENT CERTIFICATE

### FUNDING GATEWAY INC
*0451043857*

The Division of Revenue and Enterprise Services hereby affirms
that the following change was submitted on 01/03/2024 for FUNDING
GATEWAY INC.

**Previous Registered Agent and Office**

BUSINESS FILINGS INCORPORATED OF DE
820 BEAR TAVERN ROAD
WEST TRENTON, NJ 08628

**New Registered Agent and Office**

File Right RA Services, LLC
330 Changebridge Rd., Ste. 101
Pine Brook, NJ 07058

*IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed
my Official Seal, this
3rd day of January, 2024*

*Elizabeth Maher Muoio*
*State Treasurer*

Certificate Number : 2772955515
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

### *STATE OF NEW JERSEY*
### *DEPARTMENT OF THE TREASURY*
### *DIVISION OF REVENUE AND ENTERPRISE SERVICES*
### *CHANGE OF REGISTERED AGENT CERTIFICATE*

### *FUNDING GATEWAY INC*
*0451043857*

The Division of Revenue and Enterprise Services hereby affirms
that the following change was submitted on 01/03/2024 for FUNDING
GATEWAY INC.

**Previous Registered Agent and Office**

BUSINESS FILINGS INCORPORATED OF DE
820 BEAR TAVERN ROAD
WEST TRENTON, NJ 08628

**New Registered Agent and Office**

File Right RA Services, LLC
330 Changebridge Rd., Ste. 101
Pine Brook, NJ 07058

*IN TESTIMONY WHEREOF, I have*
*hereunto set my hand and affixed*
*my Official Seal, this*
*3rd day of January, 2024*

*Certificate Number : 2772955515*
*Verify this certificate online at*
*https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp*

*Elizabeth Maher Muoio*
*State Treasurer*

# NEW JERSEY DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE AND ENTERPRISE SERVICES

### CERTIFICATE OF AUTHORITY

### FUNDING GATEWAY INC
### 0451043857

The above-named FOREIGN FOR-PROFIT CORPORATION was duly filed in accordance with New Jersey State Law on 11/03/2023 and was assigned identification number 0451043857. Following are the articles that constitute its original certificate.

1. **Name:**
   FUNDING GATEWAY INC

2. **Registered Agent:**
   BUSINESS FILINGS INCORPORATED OF DE

3. **Registered Office:**
   820 BEAR TAVERN ROAD
   WEST TRENTON, NEW JERSEY 08628

4. **Business Purpose:**
   ANY LAWFUL PURPOSE

5. **Incorporated Under the Laws of:**
   WYOMING ON 03/12/2022

6. **Effective Date of this filing is:**
   11/03/2023

7. **Main Business Address:**
   1600 NJ-70
   LAKEWOOD, NEW JERSEY 08701

   **Signatures:**
   SHIA DEMBITZER
   PRESIDENT

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal 3rd day of November, 2023*

*Elizabeth Maher Muoio*
*State Treasurer*

Certificate Number : 4224725836
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

NEW JERSEY DEPARTMENT OF THE TREASURY
DIVISION OF REVENUE AND ENTERPRISE SERVICES

## CERTIFICATE OF AUTHORITY

### FUNDING GATEWAY INC
### 0451043857

---

## STATE OF WYOMING
## Office of the Secretary of State

I, CHUCK GRAY, Secretary of State of the State of Wyoming, do hereby certify that according to the records of this office,

**Funding Gateway Inc**

is a

**Profit Corporation**

formed or qualified under the laws of Wyoming did on **March 12, 2022**, comply with all applicable requirements of this office. Its period of duration is Perpetual. This entity has been assigned entity identification number **2022-001090678**.

This entity is in existence and in good standing in this office and has filed all annual reports and paid all annual license taxes to date, or is not yet required to file such annual reports; and has not filed Articles of Dissolution.

I have affixed hereto the Great Seal of the State of Wyoming and duly generated, executed, authenticated, issued, delivered and communicated this official certificate at Cheyenne, Wyoming on this 2nd day of November, 2023 at 12:14 PM. This certificate is assigned ID Number 066626825.



_____
Secretary of State

Notice: A certificate issued electronically from the Wyoming Secretary of State's web site is immediately valid and effective. The validity of a certificate may be established by viewing the Certificate Confirmation screen of the Secretary of State's website https://wyobiz.wyo.gov and following the instructions displayed under Validate Certificate.

---

# STATE OF NEW JERSEY
## DEPARTMENT OF THE TREASURY
## DIVISION OF REVENUE AND ENTERPRISE SERVICES
## CHANGE OF REGISTERED AGENT CERTIFICATE

### FUNDING GATEWAY INC
#### 0451043857

The Division of Revenue and Enterprise Services hereby affirms that the following change was submitted on 01/03/2024 for FUNDING GATEWAY INC.

**Previous Registered Agent and Office**

BUSINESS FILINGS INCORPORATED OF DE
820 BEAR TAVERN ROAD
WEST TRENTON, NJ 08628

**New Registered Agent and Office**

File Right RA Services, LLC
330 Changebridge Rd., Ste. 101
Pine Brook, NJ 07058

*IN TESTIMONY WHEREOF, I have hereunto set my hand and affixed my Official Seal, this 3rd day of January, 2024*

*Elizabeth Maher Muoio*
*State Treasurer*

Certificate Number : 2772955515
Verify this certificate online at
https://www1.state.nj.us/TYTR_StandingCert/JSP/Verify_Cert.jsp

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

191 W. Nationwide Blvd. Suite 200; Columbus, OH 43215

A true and correct copy of the foregoing document entitled: **REQUEST FOR CLERK TO ENTER DEFAULT UNDER LBR 7055-1(a)** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 05/15/2025 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Christopher.Ghio@dinsmore.com; angelica.urena@dinsmore.com; karen.hockstad@dinsmore.com; kim.beavin@dinsmore.com; matthew.sommer@dinsmore.com;
carrie.davis@dinsmore.com; Yosina.Lissebeck@Dinsmore.com; caron.burke@dinsmore.com; ayrton.celentino@dinsmore.com; hwinograd@pszjlaw.com;
ikharasch@pszjlaw.com; vnewmark@pszjlaw.com; hdaniels@pszjlaw.com; bdassa@pszjlaw.com; ecf.alert+Marshack@titlexi.com; pkraus@marshackhays.com;
hmosothoane@hinshawlaw.com; crico@hinshawlaw.com; bpaino@hinshawlaw.com; United States Trustee ustpregion16.sa.ecf@usdoj.gov; jboufadel@salvatoboufadel.com,
gsalvato@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com; ikharasch@pszjlaw.com; mlundholm@londonstoutlaw.com; hwinograd@pszjlaw.com; hdaniels@pszjlaw.com;
bdassa@pszjlaw.com; hwinograd@pszjlaw.com; bpaino@hinshawlaw.com; hmosothoane@hinshawlaw.com; crico@hinshawlaw.com

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On (*date*) 05/15/2025 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

JUDGE'S COPY: The Honorable Scott C. Clarkson | United States Bankruptcy Court, Ronald Reagan Federal Building and Courthouse 411 West Fourth Street, Suite 5130 / Courtroom 5C | Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 05/15/2025 | Karen S. Hockstad | /s/ Karen S. Hockstad |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

Funding Gateway, Inc.
c/o The Corporation
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

Funding Gateway, Inc.
c/o File Right RA Services, LLC
330 Changebridge Road, Suite 101
Pine Brook, NJ 07058

LPG Capital, LLC
10 Jill Lane
Monsey, NY 10952

Shia Dembitzer
202 Foster Avenue, Apt. 5
Brooklyn, NY 11230

MNS Funding, LLC
and each of its assumed names
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

SSD Investment Group, LLC
c/o Natesh Singh Dole
13745 Holt Ct.
Victorville, CA 92394

SSD Investment Group, LLC
14400 Bear Valley Rd., Space 527
Victorville, CA 92394

SSD Investment Group, LLC
Attn:  Shia Dembitzer
7901 4th Street N., Suite 5765
St. Petersburg, FL 33702

World Global Fund, LLC
and each of its assumed names
c/o File Right LLC
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

Weinman and Associates, LLC
c/o Cloud Peak Law
1095 Sugar View Drive, Suite 500
Sheridan, WY 82801

WORLD GLOBAL FUND, LLC n/k/a Glass Media, LLC
c/o Cloud Peak Law
1095 Sugar View Drive, Suite 500
Sheridan, WY 82801

WORLD GLOBAL FUND
c/o Cloud Peak Law
1095 Sugar View Drive, Suite 500
Sheridan, WY 82801