GREGORY M. SALVATO (SBN 126285)
  Gsalvato@salvatoboufadel.com
JOSEPH BOUFADEL (SBN 267312)
  Jboufadel@salvatoboufadel.com
SALVATO BOUFADEL LLP
9110 Irvine Center Drive
Irvine, California 92618
Telephone:   (213) 484-8400

Attorneys / Local Counsel for Defendant
SLATE ADVANCE LLC

SHANNA M. KAMINSKI (P74013)
  *To be Admitted Pro Hac Vice*
KAMINSKI LAW, PLLC
PO Box 247
Grass Lake, Michigan 49240-0247
Telephone: (247) 462-7111
skaminski@kaminskilawpllc.com

Attorneys for Defendant
SLATE ADVANCE LLC

**FILED & ENTERED**

**MAY 16 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte     DEPUTY CLERK**

**CHANGES MADE BY COURT**

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>       Debtor.<br><hr>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>       Plaintiff,<br><br>   v.<br><br>WORLD GLOBAL FUND, LLC, *et al.,*<br><br>       Defendants. | Case No.  8:23-bk-10571 SC<br><br>Chapter 11<br><br>Adv. Proc. No. 8:25-ap-01105-SC<br><br>**ORDER APPROVING STIPULATION FOR ORDER EXTENDING THE DEADLINE FOR DEFENDANT SLATE ADVANCE LLC TO RESPOND TO THE TRUSTEE'S COMPLAINT TO MAY 14, 2025**<br><br>[No Hearing Required] |

Order Approving Stipulation to Extend Deadline
to Respond to Complaint to May 14, 2025      -1-      *Richard A. Marshack v. World Global Fund, LLC*
Adv. Proc. No. 8:25-ap-01105-SC

Salvato Boufadel LLP

1   The Bankruptcy Court, having considered the "Second Stipulation for Order Extending the Deadline for Defendant Slate Advance LLC to Respond to the Trustee's Complaint to May 14, 2025" (the "**Stipulation**") between Plaintiff Richard A. Marshack, as Trustee of the LPG Liquidation Trust ("**Plaintiff**") and Defendant Slate Advance LLC ("**Defendant**") filed on May 9, 2025 [Dkt. No. 119], and for good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is **APPROVED**.

2. Defendant Slate Advance LLC shall have through and including **May 14, 2025**, to file a responsive pleading to Plaintiff's complaint [Dkt. No. 1].

3. This extension is without prejudice to Defendant's right to seek further timely extensions of the deadline to respond to Plaintiff's complaint, upon a showing of good cause.

###

Date: May 16, 2025

Scott C. Clarkson
United States Bankruptcy Judge

Salvato Boufadel LLP

Order Approving Stipulation to Extend Deadline
to Respond to Complaint to May 14, 2025     -2-     *Richard A. Marshack v. World Global Fund, LLC*
Adv. Proc. No. 8:25-ap-01105-SC