CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
YOSINA M. LISSEBECK (201654)
yosina.lissebeck@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tele: 619.400.0500
Fax: 619.400.0501

KAREN S. HOCKSTAD (OH 61308) (Admitted pro hac vice)
karen.hockstad@dinsmore.com
MATTHEW H. SOMMER (OH 101721; NC 51004) (Admitted pro hac vice)
matthew.sommer@dinsmore.com
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd., Suite 200
Columbus, OH 43215
Tele: 614-628-6930
Fax: 614-628-6890

*Attorneys for Richard A. Marshack, Trustee of the LPG Liquidation Trust*

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor.<br><br>———————————————<br><br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>WORLD GLOBAL FUND, LLC, *et al.*,<br><br>Defendants. | Chapter 11<br><br>Bankr. Case No. 8:23-bk-10571 SC<br><br>Adv. Proc. No.: 8:25-ap-01105-SC<br><br>**Stipulation Between Defendant Slate Advance, LLC and Plaintiff Richard A. Marshack to Continue Hearing on Slate Advance LLC's Motion to Dismiss Trustee's Adversary Complaint from July 3, 2025, to July 24, 2025**<br><br>Judge: Hon. Scott C. Clarkson<br>Place: Courtroom 5C<br>    411 W Fourth Street<br>    Santa Ana, CA 92701 |

1

The Parties to the Stipulation are Plaintiff, RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust ("Plaintiff"), and Defendant Slate Advance LLC ("Defendant").

## **RECITALS**

A. On March 10, 2025, Plaintiff commenced the above-captioned adversary proceeding. (Doc. No. 1).

B. On March 13, 2025, the Clerk of Court issued a Summons, (Doc. No. 6), setting forth the deadline of April 14, 2025, to file and serve a written response to the adversary proceeding.

C. On May 5, 2025, the Parties entered into and filed a stipulation to extend the deadline for Defendant to file a responsive pleading to May 9, 2025. (Doc. No. 113).

D. On May 9, 2025, the Parties entered into and filed a second stipulation to extend the deadline for Defendant to file a responsive pleading to May 14, 2025. (Doc. No. 119).

E. On May 12, 2025, Defendant filed its Motion to Dismiss Trustee's Adversary Complaint; Memorandum of Points and Authorities; Declaration of Phillip Klein in Support. (Doc. No. 121).

F. On May 13, 2025, the Court issued a Notice setting Hearing on Defendant's Motion to Dismiss Trustee's Adversary Complaint for July 3, 2025, at 1:30 PM in Courtroom 5C, 411 W Fourth Street, Santa Ana, CA 92701.

G. Counsel for Plaintiff is unavailable to attend the hearing on July 3, 2025, due to previously scheduled conflicts.

H. On May 14, 2025, counsel for Defendant has agreed, and Plaintiff requests, that the Hearing on Defendant's Motion to Dismiss be rescheduled for July 24, 2025, at 1:30 PM in Courtroom 5C, 411 W Fourth Street, Santa Ana, CA 92701.

///

///

**NOW THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS (SUBJECT TO COURT APPROVAL):**

1. The Recitals set forth above are hereby incorporated in full by this reference.

2. The hearing on Defendant's Motion to Dismiss Trustee's Adversary Complaint is set for July 24, 2025, at 1:30 PM in Courtroom 5C, 411 W Fourth Street, Santa Ana, CA 92701.

Respectfully submitted,

**DINSMORE & SHOHL LLP**

By: /s/Karen S. Hockstad                                    Dated: 05/19/2025
    Karen S. Hockstad

*Attorneys for Richard A. Marshack, Trustee of the*

*LPG Liquidation Trust*

**Slate Advance, LLC**

By: _____                                 Dated: 05/19/2025
    Joseph Boufadel

*Attorney for Slate Advance LLC*

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
**191 W. Nationwide Blvd., Suite 200, Columbus, Ohio 43215**

A true and correct copy of the foregoing documents: **(1) Stipulation Between Defendant Slate Advance, LLC and Plaintiff Richard A. Marshack to Continue Hearing on Slate Advance LLC's Motion to Dismiss Trustee's Adversary Complaint from July 3, 2025 to July 24, 2025. (2) Proposed Order** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5055-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 20, 2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

christopher.Ghio@dinsmore.com; angelica.urena@dinsmore.com; karen.hockstad@dinsmore.com; kim.beavin@dinsmore.com; matthew.sommer@dinsmore.com; carrie.davis@dinsmore.com; Yosina.Lissebeck@Dinsmore.com; caron.burke@dinsmore.com; ayrton.celentino@dinsmore.com; hwinograd@pszjlaw.com; ikharasch@pszjlaw.com; vnewmark@pszjlaw.com; hdaniels@pszjlaw.com; bdassa@pszjlaw.com; Richard A. Marshack (TR) ecf.alert+Marshack@titlexi.com; pkraus@marshackhays.com; hmosothoane@hinshawlaw.com; crico@hinshawlaw.com; bpaino@hinshawlaw.com; United States Trustee ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May 20, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott C. Clarkson
U.S. Bankruptcy Court, Central District California
411 N. Fourth Street, Ctrm 5C
Santa Ana, CA 92701

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 20, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 20, 2025 | Karen S. Hockstad | /s/ Karen S. Hockstad |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012    **F 9013-3.1.PROOF OF SERVICE.**

| | |
|---|---|
| Funding Gateway, Inc.<br>Mark Fuchs c/o The Corporation<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Funding Gateway, Inc.<br>Mark Fuchs c/o File Right RA Services, LLC<br>330 Changebridge Road, Suite 101<br>Pine Brook, NJ 07058 |
| LPG Capital, LLC<br>10 Jill Lane<br>Monsey, NY 10952 | Shia Dembitzer<br>202 Foster Avenue, Apt. 5<br>Brooklyn, NY 11230 |
| MNS Funding, LLC<br>and each of its assumed names<br>Mark Fuchs c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | SSD Investment Group, LLC<br>c/o Natesh Singh Dole<br>13745 Holt Ct.<br>Victorville, CA 92394 |
| SSD Investment Group, LLC<br>14400 Bear Valley Rd., Space 527<br>Victorville, CA 92394 | SSD Investment Group, LLC<br>Attn:  Shia Dembitzer<br>7901 4th Street N., Suite 5765<br>St. Petersburg, FL 33702 |
| World Global Fund, LLC<br>and each of its assumed names<br>Mark Fuchs c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Weinman and Associates, LLC<br>Andrew Pierce<br>c/o Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 |
| WORLD GLOBAL FUND, LLC n/k/a Glass Media, LLC<br>Andrew Pierce<br>c/o Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 | WORLD GLOBAL FUND<br>Andrew Pierce<br>c/o Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 |