United States Bankruptcy Court
Central District of California

Marshack,
    Plaintiff

Adv. Proc. No. 25-01105-SC

World Global Fund LLC,
    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-8      User: admin      Page 1 of 3
Date Rcvd: May 19, 2025      Form ID: pdf031      Total Noticed: 38

The following symbols are used throughout this certificate:
**Symbol      Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 21, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| dft | + | Brickstone Group LTD, 20 West 47th St Ste 401, New York, NY 10036-3455 |
| dft | + | Coast Processing LLC, 7901 4th St N Ste 5765, St. Petersburg, FL 33702-4305 |
| dft | + | Crystal Springs Capital LLC, c/o Mark David, 1111 Brickell Ave Ste 2725, Miami, FL 33131-3128 |
| dft | + | EOM Business Capital LLC, c/o The Limited Liability Company, 4615 Surf Ave, Brooklyn, NY 11224-1047 |
| dft | + | Everyday Group LLC, c/o The LLC, 63 Flushing Unit 148, Brooklyn, NY 11205-1070 |
| dft | + | Funding Gateway, Inc., c/o Cloud Peak Law LLC, 1095 Sugar View Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Funding Gateway, Inc., c/o File Right RA Services LLC, 330 Changebridge Rd Ste 101, Pine Brook, NJ 07058-9839 |
| dft | + | Funding Gateway, Inc., c/o The Corp., 5314 16th Ave Ste 139, Brooklyn, NY 11204-1425 |
| dft | + | Genesis Equity Group Funding LLC, 5308 13th Ave Ste 422, Brooklyn, NY 11219-5198 |
| dft | + | Glass media, 1095 Sugar View Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Goldcrest Associates LLC, c/o the LLC, 1253 E. 28th St, Brooklyn, NY 11210-4626 |
| dft | + | Hybrid Advance LLC, c/o Ariel Ilyabayev, 9918 62nd Dr, Rego Park, NY 11374-1938 |
| dft | + | LPG Capital LLC, 10 Jill Ln, Monsey, NY 10952-2619 |
| dft | + | LPG Holdings LLC, c/o Registered Agents, Inc., 30 N. Gould St Ste R, Sheridan, WY 82801-6317 |
| dft | + | MNS Funding LLC, 5314 16th Ave Ste 139, Brooklyn, NY 11204-1425 |
| dft |   | Moishe Gubin, 1230 Ridgedale Rd, South Bend, In 46614-2108 |
| dft | + | Optimum Bank Holdings, Inc., c/o Avi Zwelling, 2929 E. Commercial Blvd Ste 303, Ft. Lauderdale, Fl 33308-4219 |
| dft | + | Optimumbank, 2929 E. Commercial Blvd Ste 303, Ft. Lauderdale, Fl 33308-4219 |
| dft | + | Optimumbank.com, Attn: Mary Franco, 2929 E. Commercial Blvd Ste 101, Ft. Lauderdale, Fl 33308-4217 |
| dft | + | PSF 2020 Inc., c/o The Corporation, 3921 14th Ave, Brooklyn, NY 11218-3619 |
| dft | + | PSF LLC, Attn: Rich Palma, 520 8th Ave Ste 1001, New York, NY 10018-6569 |
| dft | + | Parkside Capital Group LLC, c/o USACORP, 325 Division Ave Ste 201, Brooklyn, NY 11211-7348 |
| dft | + | SSD Investment Group, LLC, 14400 Bear Valley Rd Sp 527, Victorville, CA 92392-5410 |
| dft | + | SSD Investment Group, LLC, c/o Natesh Singh Dole, 13745 Holt Ct, Victorville, Ca 92394-7539 |
| dft | + | SSD Investment Group, LLC, c/o Shia Dembitzer, 7901 4th St N Ste 5765, St. Petersburg, FL 33702-4305 |
| dft | + | Safe Vault Capital LLC, c/o The Company, 12 Bayview Ave Ste 321, Lawrence, NY 11559-4014 |
| dft |   | Shia Dembitzer, 202 Foster Ave Apt 5, Brooklyn, NY 11230-2129 |
| dft | + | Slate Advance LLC, c/o The LLC, 15 America Ave Ste 3, Lakewood, NJ 08701-4584 |
| dft | + | Solomon Feig, 4518 18th Ave, Brooklyn, NY 11204-1204 |
| dft | + | Supreme Advance LLC, c/o File Right LLC, 5314 16th Ave Ste 139, Brooklyn, NY 11204-1425 |
| dft | + | Vertex Capital (US) Funding LLC, c/o Cloud Peak Law LLC, 1095 Sugar View Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | Vertex Capital Partners LLC, c/o Registered Agents Inc., 30 N. Gould St Ste R, Sheridan, WY 82801-6317 |
| dft | + | WGF Capital Inc., c/o Joshua Feig, 1846 50th St, Brooklyn, NY 11204-1252 |
| dft | + | WORLD GLOBAL FUND LLC, 5314 16th Ave Ste 139, Brooklyn, NY 11204-1425 |
| dft | + | Weinman and Associates, LLC, c/o Cloud Peak Law LLC, 1095 Sugar View Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | + | World Global Fund LLC, c/o File Right, LLC, 5314 16th Ave Ste 139, Brooklyn, NY 11204-1425 |
| dft | + | World Global Fund LLC, c/o Funding Gateway Inc., 1309 Coffeen Ave Ste 1200, Sheridan, WY 82801-5777 |

TOTAL: 37

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| pla | Email/Text: richard.marshack@txitrustee.com | May 20 2025 01:12:00 | Richard A Marshack, 870 Roosevelt Ave, Irvine, CA 92620 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 21, 2025              Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 16, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Brian A Paino | on behalf of Defendant Optimumbank bpaino@hinshawlaw.com hmosothoane@hinshawlaw.com;crico@hinshawlaw.com |
| Brian A Paino | on behalf of Defendant Moishe Gubin bpaino@hinshawlaw.com hmosothoane@hinshawlaw.com;crico@hinshawlaw.com |
| Brian A Paino | on behalf of Defendant Optimumbank.com bpaino@hinshawlaw.com hmosothoane@hinshawlaw.com;crico@hinshawlaw.com |
| Brian A Paino | on behalf of Defendant Optimum Bank Holdings  Inc. bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com |
| Christopher Ghio | on behalf of Plaintiff Richard A Marshack Christopher.Ghio@dinsmore.com angelica.urena@dinsmore.com |
| Ira David Kharasch | on behalf of Defendant Solomon Feig ikharasch@pszjlaw.com |
| Joseph Boufadel | on behalf of Defendant Slate Advance LLC jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Joseph Boufadel | on behalf of Interested Party Courtesy NEF jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Karen Hockstad | on behalf of Trustee Richard A Marshack (TR) karen.hockstad@dinsmore.com kim.beavin@dinsmore.com |
| Karen Hockstad | on behalf of Plaintiff Richard A Marshack karen.hockstad@dinsmore.com kim.beavin@dinsmore.com |
| Matthew Sommer | on behalf of Plaintiff Richard A Marshack matthew.sommer@dinsmore.com carrie.davis@dinsmore.com |
| Matthew Sommer | on behalf of Trustee Richard A Marshack (TR) matthew.sommer@dinsmore.com carrie.davis@dinsmore.com |
| Michael Lundholm | on behalf of Defendant Genesis Equity Group Funding LLC mlundholm@londonstoutlaw.com |

District/off: 0973-8 User: admin Page 3 of 3
Date Rcvd: May 19, 2025 Form ID: pdf031 Total Noticed: 38

Richard A Marshack (TR)
    pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

United States Trustee (SA)
    ustpregion16.sa.ecf@usdoj.gov

Victoria Newmark
    on behalf of Defendant Solomon Feig vnewmark@pszjlaw.com
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Yosina M Lissebeck
    on behalf of Plaintiff Richard A Marshack Yosina.Lissebeck@Dinsmore.com
    caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com

TOTAL: 17

|   |   |
|---|---|
| GREGORY M. SALVATO (SBN 126285)<br>   Gsalvato@salvatoboufadel.com<br>JOSEPH BOUFADEL (SBN 267312)<br>   Jboufadel@salvatoboufadel.com<br>SALVATO BOUFADEL LLP<br>9110 Irvine Center Drive<br>Irvine, California 92618<br>Telephone:   (213) 484-8400<br><br>Attorneys / Local Counsel for Defendant<br>SLATE ADVANCE LLC<br><br>SHANNA M. KAMINSKI (P74013)<br>   *To be Admitted Pro Hac Vice*<br>KAMINSKI LAW, PLLC<br>PO Box 247<br>Grass Lake, Michigan 49240-0247<br>Telephone: (247) 462-7111<br>skaminski@kaminskilawpllc.com<br><br>Attorneys for Defendant<br>SLATE ADVANCE LLC | **FILED & ENTERED**<br><br>MAY 16 2025<br><br>CLERK U.S. BANKRUPTCY COURT<br>Central District of California<br>BY bolte       DEPUTY CLERK<br><br>**CHANGES MADE BY COURT** |

### UNITED STATES BANKRUPTCY COURT

### CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>            Debtor.<br><br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>            Plaintiff,<br><br>   v.<br><br>WORLD GLOBAL FUND, LLC, *et al.,*<br><br>            Defendants. | Case No.  8:23-bk-10571 SC<br><br>Chapter 11<br><br>Adv. Proc. No. 8:25-ap-01105-SC<br><br>**ORDER APPROVING STIPULATION FOR ORDER EXTENDING THE DEADLINE FOR DEFENDANT SLATE ADVANCE LLC TO RESPOND TO THE TRUSTEE'S COMPLAINT TO MAY 14, 2025**<br><br>[No Hearing Required] |

Order Approving Stipulation to Extend Deadline to Respond to Complaint to May 14, 2025        -1-        *Richard A. Marshack v. World Global Fund, LLC*
Adv. Proc. No. 8:25-ap-01105-SC

Salvato Boufadel LLP

The Bankruptcy Court, having considered the "Second Stipulation for Order Extending the Deadline for Defendant Slate Advance LLC to Respond to the Trustee's Complaint to May 14, 2025" (the "**Stipulation**") between Plaintiff Richard A. Marshack, as Trustee of the LPG Liquidation Trust ("**Plaintiff**") and Defendant Slate Advance LLC ("**Defendant**") filed on May 9, 2025 [Dkt. No. 119], and for good cause appearing,

**IT IS HEREBY ORDERED THAT**:

1. The Stipulation is **APPROVED**.

2. Defendant Slate Advance LLC shall have through and including **May 14, 2025**, to file a responsive pleading to Plaintiff's complaint [Dkt. No. 1].

3. This extension is without prejudice to Defendant's right to seek further timely extensions of the deadline to respond to Plaintiff's complaint, upon a showing of good cause.

###

Date: May 16, 2025

Scott C. Clarkson
United States Bankruptcy Judge

Salvato Boufadel LLP

Order Approving Stipulation to Extend Deadline
to Respond to Complaint to May 14, 2025    -2-    *Richard A. Marshack v. World Global Fund, LLC*
Adv. Proc. No. 8:25-ap-01105-SC