CHRISTOPHER CELENTINO (131688)
Christopher.celentino@dinsmore.com
CHRISTOPHER B. GHIO (259094)
Christopher.ghio@dinsmore.com
YOSINA M. LISSEBECK (201654)
Yosina.lissebeck@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tele: 619.400.0500
Fax: 619.400.0501

KAREN S. HOCKSTAD (OH 61308) (Admitted pro hac vice)
Karen.hockstad@dinsmore.com
MATTHEW H. SOMMER (OH 101721; NC 51004) (Admitted pro hac vice)
Matthew.sommer@dinsmore.com
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd., Suite 200
Columbus, OH 43215
Tele: 614.628.6880
Fax: 614.628.6890

Attorneys for Richard A. Marshack, Trustee of the LPG Liquidation Trust

In re:

The Litigation Practice Group P.C.,

Debtor.

Richard A. Marshack,
Trustee of the LPG Liquidation Trust,

Plaintiff,

v.

World Global Fund, LLC, et al.

Defendants.

Chapter 11

Case No.: 8:23-bk-10571-SC

Adv. Proc. No.: 8:25-ap-01105-SC

**Stipulated Request Between Plaintiff, Richard Marshack and World Global Fund, LLC, MNS Funding, LLC and SSD Investment Group, LLC to Temporarily Stay Proceedings and Continue all Associated Dates as related to Defendants World Global Fund, LLC, MNS Funding, LLC and SSD Investment Group, LLC**

Judge: Hon. Scott C. Clarkson
Place:  Courtroom 5C
        411 West Fourth Street
        Santa Ana, CA 92701

1

The parties to the stipulation are Plaintiff, RICHARD A. MARSHACK in his capacity as the duly appointed Chapter 11 Trustee For The Bankruptcy Estate Of The Litigation Practice Group P.C. and Liquidating Trustee of the LPG Liquidation Trust ("Trustee"), and Defendants World Global Fund, LLC (a New York limited liability company), SSD Investment Group, LLC and MNS Funding, LLC, by and through their authorized representative, Shia Dembitzer.

## RECITALS

A. The principal of World Global Fund, LLC, SSD Investment Group, LLC and MNS Funding, LLC is Shia Dembitzer.

B. An answer to the Trustee's adversary proceeding complaint was due on April 14, 2025. In this complaint, the Trustee asserted that World Global Fund, LLC, SSD Investment Group, LLC, and MNS Funding, LLC, were all part of a Ponzi scheme which resulted in them receiving a portion of monies belonging to the Debtor up to approximately $20,000,000.00.

C. On or about April 11, 2025, Mr. Dembitzer requested a stay of the case against World Global Fund, LLC and MNS Funding, LLC. Between that date and the date of this filing, attorneys for the Trustee verified that Mr. Dembitzer had authority to enter into this Stay on behalf of those entities. The Trustee has agreed to stay this proceeding against World Global Fund, LLC and MNS Funding, LLC to allow for the exchange of documents and information that may assist the Trustee's recovery of the fraudulent transfers as alleged in the adversary proceeding complaint that arose from the assistance and participation in the Debtor's fraud by these entities.

D. The Trustee also determined that a stay of SSD Investment Group, LLC was appropriate because Mr. Dembitzer is the authorized representative of SSD Investment Group, LLC and that entity possesses information likely to assist in providing meaningful resolution of claims made in the adversary proceeding

Complaint against it, as well. The Trustee will also require acknowledgement by Mr. Dembitzer, on behalf of World Global Fund, LLC, SSD Investment Group, LLC, and MNS Funding, LLC that the period that any stay is in effect will not be used as an opportunity to transfer or otherwise dissipate assets of the entities (the "Entity Assets").

**NOW THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS (SUBJECT TO COURT APPROVAL):**

1. The deadline for World Global Fund, LLC, SSD Investment Group, LLC and MNS Funding, LLC to file an answer to Trustee's adversary proceeding complaint shall be stayed until October 14, 2025.

2. Dembitzer agrees that there will be no transfers of Entity Assets or any other kind of dissipation of Entity Assets. To the extent these entities are still operating, this Stay is conditioned upon the entities acting in good faith and acting in the ordinary course of business. For clarity, funds required for the ordinary course of business means the entities may use Entity Assets (including cash collateral) in the ordinary course of business, but expenditure of Entity Assets beyond 10% will require the consent of Trustee. Additionally, these entities will not sell, transfer, or dissipate shares of assets in other entities where they respectively maintain less than a controlling interest. Should an entity in which one of these entities has less than a controlling interest sell, transfer, or dissipate the respective share of assets, the entity which financially benefits from such sale, transfer or dissipation will, within five business days of such transaction, notify the Trustee through counsel of such transaction.

Respectfully submitted,

DINSMORE & SHOHL LLP

By: /s/ Karen S. Hockstad	Dated: 05/30/2025
    Karen S. Hockstad

Attorneys for Richard A. Marshack, Trustee of the LPG Liquidation Trust

**World Global Fund, LLC**

By: _____	Dated: 05/21/2025
    Shia Dembitzer, its authorized representative

**SSD Investment Group, LLC**

By: _____	Dated: 05/21/2025
    Shia Dembitzer, its authorized representative

**MNS Funding, LLC**

By: _____	Dated: 05/21/2025
    Shia Dembitzer, its authorized representative

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**191 W. Nationwide Blvd., Suite 200, Columbus, Ohio 43215**

A true and correct copy of the foregoing documents: (1) **Stipulated Request Between Plaintiff, Richard Marshack and World Global Fund, LLC, MNS Funding, LLC and SSD Investment Group, LLC to Temporarily Stay Proceedings and Continue all Associated Dates as related to Defendants World Global Fund, LLC, MNS Funding, LLC and SSD Investment Group, LLC (a)** will be served or was served on the judge in chambers in the form and manner required by LBR 5055-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On May 30, 2025 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
christopher.Ghio@dinsmore.com; angelica.urena@dinsmore.com; karen.hockstad@dinsmore.com; kim.beavin@dinsmore.com; matthew.sommer@dinsmore.com; carrie.davis@dinsmore.com; Yosina.Lissebeck@Dinsmore.com; caron.burke@dinsmore.com; ayrton.celentino@dinsmore.com; hwinograd@pszjlaw.com; ikharasch@pszjlaw.com; vnewmark@pszjlaw.com; hdaniels@pszjlaw.com; bdassa@pszjlaw.com; Richard A. Marshack (TR) ecf.alert+Marshack@titlexi.com; pkraus@marshackhays.com; hmosothoane@hinshawlaw.com; crico@hinshawlaw.com; bpaino@hinshawlaw.com; United States Trustee ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On May 30, 2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott C. Clarkson
U.S. Bankruptcy Court, Central District California
411 N. Fourth Street, Ctrm 5C
Santa Ana, CA 92701

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on May 30, 2025, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| May 30, 2025 | Karen S. Hockstad | /s/ Karen S. Hockstad |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

June 2012                                                                                                            **F 9013-3.1.PROOF OF SERVICE**.

| | |
|---|---|
| Funding Gateway, Inc.<br>Mark Fuchs c/o The Corporation<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Funding Gateway, Inc.<br>Mark Fuchs c/o File Right RA Services, LLC<br>330 Changebridge Road, Suite 101<br>Pine Brook, NJ 07058 |
| LPG Capital, LLC<br>c/o Mendy Lipschitt<br>10 Jill Lane<br>Monsey, NY 10952 | Shia Dembitzer<br>202 Foster Avenue, Apt. 5<br>Brooklyn, NY 11230 |
| MNS Funding, LLC<br>and each of its assumed names<br>Mark Fuchs c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | SSD Investment Group, LLC<br>c/o Natesh Singh Dole<br>13745 Holt Ct.<br>Victorville, CA 92394 |
| SSD Investment Group, LLC<br>14400 Bear Valley Rd., Space 527<br>Victorville, CA 92394 | SSD Investment Group, LLC<br>Attn: Shia Dembitzer<br>7901 4th Street N., Suite 5765<br>St. Petersburg, FL 33702 |
| World Global Fund, LLC<br>and each of its assumed names<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Weinman and Associates, LLC<br>Andrew Pierce<br>c/o Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 |
| WORLD GLOBAL FUND, LLC n/k/a Glass Media, LLC<br>Andrew Pierce<br>c/o Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 | WORLD GLOBAL FUND<br>Andrew Pierce<br>c/o Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 |