Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, CA 90067
Telephone: 310/277-6910
Facsimile:  310/201-0760
E-mail:   ikharasch@pszjlaw.com
              vnewmark@pszjlaw.com

Attorneys for Genesis Equity Group Funding LLC

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor.<br><br>RICHARD A. MARSHACK, solely in his capacity as chapter 11 trustee,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD GLOBAL FUND, LLC, et al.,<br><br>Defendants. | Case No. 8:23-bk-10571-SC<br>Chapter 11<br><br>Adv. No. 25-01105<br><br>**NOTICE OF APPEARANCE AND REQUEST FOR SPECIAL NOTICE AND SERVICE OF PAPERS, AND REQUEST FOR INCLUSION ON MASTER MAILING LIST** |

Defendant Genesis Equity Group Funding LLC, through its undersigned counsel, requests that all notices given or required to be given and all papers served or required to be served by U.S. Mail and by email in the above-captioned case be given to and served upon:

> Ira D. Kharasch
> Victoria A. Newmark
> Pachulski Stang Ziehl & Jones LLP
> 10100 Santa Monica Blvd., 13th Floor
> Los Angeles, CA 90067

4926-9807-2147.1 15344.001

ikharasch@pszjlaw.com
vnewmark@pszjlaw.com
hwinograd@pszjlaw.com

This request encompasses all notices, copies and pleadings referred to in section 1109(b) of Title 11, United States Code or in rules 2002, 3017, or 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), including, without limitation, any and all notices of any orders, motions, demands, complaints, petitions, pleadings, plans of reorganization, disclosure statements, requests, or applications, and any other documents brought before this Court in these cases, whether formal or informal, written or oral, or transmitted or conveyed by mail, hand delivery, delivery service, email, telephone, fax, telex, or otherwise which affect or seek to affect these cases.

This Notice of Appearance and Request for Notices is not, and shall not be deemed or construed to be, a waiver of any of Genesis Equity Group Funding LLC's substantive or procedural rights, including without limitation, Genesis Equity Group Funding LLC's rights: (i) to have final orders in noncore matters entered only after de novo review by a United States district judge; (ii) to trial by jury in any proceedings so triable in these cases or in any case, controversy, or proceeding related to these cases; (iii) to have a District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; (iv) to contest jurisdiction or venue in these cases or in any case, controversy, or proceeding related to these cases; (v) to have documents served in accordance with Bankruptcy Rule 7004 and Rule 4 of the Federal Rules of Civil Procedure; or (vi) to any rights, claims, actions, defenses, setoffs, or recoupments to which Genesis Equity Group Funding LLC is or may be entitled, under any agreements, in law, in equity, or otherwise, all of which rights, claims, actions, defenses, setoffs, and recoupments are expressly reserved.

Dated: July 10, 2025                    **PACHULSKI STANG ZIEHL & JONES LLP**

*/s/ Ira D. Kharasch*
Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)

10100 Santa Monica Boulevard, 13th Floor
Los Angeles, CA 90067
Tel: (310) 277-6910
Fax: (310) 201-0760
Email:  ikharasch@pszjlaw.com
         vnewmark@pszjlaw.com

*Counsel for Genesis Equity Group Funding LLC*