CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
YOSINA M. LISSEBECK (201654)
yosina.lissebeck@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tele: 619.400.0500
Fax: 619.400.0501

KAREN S. HOCKSTAD (OH 61308) (Admitted pro hac vice)
karen.hockstad@dinsmore.com
MATTHEW H. SOMMER (OH 101721; NC 51004) (Admitted pro hac vice)
matthew.sommer@dinsmore.com
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd., Suite 200
Columbus, OH 43215
Tele: 614-628-6930
Fax: 614-628-6890

*Attorneys for Richard A. Marshack, Trustee of the LPG Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor.<br><br>RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>WORLD GLOBAL FUND, LLC, *et al.*,<br><br>Defendants. | Chapter 11<br><br>Bankr. Case No. 8:23-bk-10571 SC<br><br>Adv. Proc. No.: 8:25-ap-01105-SC<br><br>**LIQUIDATING TRUSTEE'S STATUS REPORT**<br><br><u>Status Conference</u>:<br>Date: August 7, 2025<br>Time: 1:30 p.m.<br>Judge: Hon. Scott C. Clarkson<br>Place: 411 West Fourth Street,<br>Santa Ana, CA 92701<br>Courtroom 5C |

///

1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE UNITED STATES TRUSTEE AND ALL DEFENDANTS:**

**PLEASE TAKE NOTICE** that, on July 24, 2025, Richard A. Marshack, Plaintiff, through his undersigned counsel, hereby files this Status Report pursuant to this Court's Order Re: Early Meeting of Counsel, Status Conference Instructions, and General Procedures entered in each of the adversary cases.

On March 10, 2025, Trustee filed this Adversary Proceeding against Defendants World Global Fund, LLC and others [Adv. Dkt. No. 1]. Some Defendants filed answers, some defaulted, and Slate Advance, LLC filed a Partial Motion to Dismiss [Adv. Dkt. 121], which Motion is set for hearing on August 7, 2025. Plaintiff and answering Defendants filed a Joint Status Report on May 14, 2025. [Adv. Dkt. No. 130]. Since that time, Plaintiff has entered into Stipulations for extension of time to respond to the Complaint until October 14, 2025 with Defendants Dembitzer [Adv. Dkt. No. 11] and World Global Fund, LLC, MNS Funding, LLC and SSD Investment Group, LLC [Adv. Dkt. No. 156].

Plaintiff's counsel sought input for a new Joint Status Report but no response was provided by any counsel for any answering defendant as of the date and time of this filing. The dates set forth in the May 14, 2025 Joint Status Report remain the same.

Respectfully submitted,

Dated: July 24, 2025         DINSMORE & SHOHL LLP


By: */s/ Karen S. Hockstad*
 Karen S. Hockstad
 Attorneys for Richard A. Marshack,
 Trustee of the LPG Liquidation Trust

1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
191 W. Nationwide Blvd., Ste. 200
Columbus, OH 43215

A true and correct copy of the foregoing document entitled: Liquidating Trustee's Status Report    will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/24/2025, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

Joseph Boufadel-jboufadel@salvatoboufadel.com; gsalvato@salvatoboufadel.com; gsalvato@ecf.inforuptcy.com;
Ira David Kharasch-ikharasch@pszjlaw.com; Richard A. Marshack (TR)-pkraus@marshackhays.com; ecf.alert
+marshack@titlexi.com; Victoria Newmark-vnewmark@pszjlaw.com; Brian A. Piano-bpiano@hinshawlaw.com;
Hmosothoane@hinshawlaw.com

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 07/24/2025, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

Hon. Scott C. Clarkson
U.S. Bankruptcy Court, Central District California
411 N. Fourth Street, Ctrm. 5C
Santa Ana, CA 92701

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/24/2025 | Karen S. Hockstad | /s/ Karen S. Hockstad |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 5    **F 7016-1.STATUS.REPORT**

| | |
|---|---|
| Funding Gateway, Inc.<br>Mark Fuchs c/o The Corporation<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Funding Gateway, Inc.<br>Mark Fuchs c/o File Right RA Services, LLC<br>330 Changebridge Road, Suite 101<br>Pine Brook, NJ 07058 |
| MNS Funding, LLC<br>and each of its assumed names<br>Mark Fuchs c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | Shia Dembitzer<br>202 Foster Avenue, Apt. 5<br>Brooklyn, NY 11230 |
| SSD Investment Group, LLC<br>14400 Bear Valley Rd., Space 527<br>Victorville, CA 92394 | SSD Investment Group, LLC<br>c/o Natesh Singh Dole<br>13745 Holt Ct.<br>Victorville, CA 92394 |
| World Global Fund, LLC<br>and each of its assumed names<br>c/o File Right LLC<br>5314 16th Avenue, Suite 139<br>Brooklyn, NY 11204 | SSD Investment Group, LLC<br>Attn: Shia Dembitzer<br>7901 4th Street N., Suite 5765<br>St. Petersburg, FL 33702 |
| WORLD GLOBAL FUND, LLC n/k/a Glass Media, LLC<br>Andrew Pierce<br>c/o Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 | WORLD GLOBAL FUND<br>Andrew Pierce<br>c/o Cloud Peak Law<br>1095 Sugar View Drive, Suite 500<br>Sheridan, WY 82801 |