# EXHIBIT 4

Exhibit 4
1 of 2



**STATE OF CALIFORNIA**
*Office of the Secretary of State*
**UCC FINANCING STATEMENT (UCC 1)**
California Secretary of State
1500 11th Street
Sacramento, California 95814
(916) 653-3516

For Office Use Only
**-FILED-**
File #: U210059750525
Date Filed: 6/24/2021

Submitter Information:

| | |
|---|---|
| Contact Name | CORPORATION SERVICE COMPANY |
| Organization Name | CORPORATION SERVICE COMPANY |
| Phone Number | 18008585294 |
| Email Address | SPRFiling@cscglobal.com |
| Address | 801 ADLAI STEVENSON DR<br>SPRINGFIELD, IL 62703 |

Debtor Information:

| Debtor Name | Mailing Address |
|---|---|
| THE LITIGATION PRACTICE GROUP PC | 17542 17TH ST STE 100<br>TUSTIN, CA 92780 |
| B.A.T. INC | 17542 17TH ST STE 100<br>TUSTIN, CA 92780 |
| VULCAN CONSULTING GROUP LLC | 17542 17TH ST STE 100<br>TUSTIN, CA 92780 |
| DANIEL STEPHEN MARCH | 20160 NOB HILL DR<br>YORBA LINDA, CA 92886 |
| TONY DIAB | 17542 17TH ST STE 100<br>TUSTIN, CA 92780 |
| BRIAN REALE | 17542 17TH ST STE 100<br>TUSTIN, CA 92780 |

Secured Party Information:

| Secured Party Name | Mailing Address |
|---|---|
| WORLD GLOBAL FUND LLC | 5309 13TH AVE<br>BROOKLYN, NY 11220 |

Indicate how documentation of Collateral is provided:
Entered as Text

Description:
All accounts receivable, receipts, instruments, contract rights and other rights to receive the payment of money, patents, chattel paper, licenses, leases and general intangibles, whether now owned acquired or arising, and all of the debtor's books and records relating to any of the foregoing.

Indicate if Collateral is held in a Trust or is being administered by a Decedent's Personal Representative:
Not Applicable

Select an alternate Financing Statement type:

Select an additional alternate Financing Statement type:

Select an alternative Debtor/Secured Party designation for this Financing Statement:

Optional Filer Reference Information:
2133 40032

B0405-7321 06/24/2021 11:52 AM Received by California Secretary of State

U210059750525

Exhibit 4
2 of 2

Page 1 of 1