# EXHIBIT 6

Exhibit 6

1 of 2

# OPTIMUM**BANK**

May 23, 2022

Ref: Litigation Practice Group

To Whom this may concern,

We confirm that we are there was a NACHA origination error that has occurred on 4/8/2021 which resulted in multiple customers getting charged twice their monthly fee.

In addition, we confirm that those additional charges have since been reversed and refunded.

We apologize for the inconvenience.

Should you require additional information, please contact us at your convenience.

Sincerely,

Amelia Alfonso

ACH/Operations Specialist

954-900-2800

aalfonso@optimumbank.com

Exhibit 6
2 of 2