# EXHIBIT 7

Exhibit 7
1 of 2

# OPTIMUMBANK

May 25, 2022

Ref: Litigation Practice Group

To Whom this may concern,

We serve as LPG's payment facilitator. We confirm that we made an error on 4.8.21 that resulted in multiple LPG clients being debited twice their scheduled fee.

In addition, we confirm that those additional charges have since been reversed and refunded.

We apologize for the inconvenience.

Should you require additional information, please contact us at your convenience.

*Amelia Alfonso*

Sincerely,

Amelia Alfonso

ACH/Operations Specialist

954-900-2800

aalfonso@optimumbank.com

Exhibit 7
2 of 2