Ira D. Kharasch (CA Bar No. 109084)
Victoria A. Newmark (CA Bar No. 183581)
PACHULSKI STANG ZIEHL & JONES LLP
10100 Santa Monica Blvd., 13th Floor
Los Angeles, California 90067-4003
Telephone: 310-277-6910
Facsimile:  310-201-0760
E-mail: ikharasch@pszjlaw.com
         vnewmark@pszjlaw.com

Christopher B. Harwood (*pro hac vice* application forthcoming)
MORVILLO ABRAMOWITZ GRAND
IASON & ANELLO P.C.
Morvillo Abramowitz Grand Iason & Anello, P.C.
565 Fifth Avenue,
New York, NY 10017
Telephone: 212-856-9600
Facsimile:  212-856-9494
E-mail: charwood@maglaw.com

Attorneys for Genesis Equity Group Funding LLC

**UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
SANTA ANA DIVISION**

| | |
|---|---|
| In re<br><br>THE LITIGATION PRACTICE GROUP, P.C.,<br><br>Debtor. | Case No. 8:23-bk-10571-SC<br><br>Chapter 11<br><br>Adv. No. 8-25-ap-01105-SC<br><br>**JOINT STIPULATION REGARDING GENESIS EQUITY GROUP FUNDING'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT**<br><br>First Amended Complaint Filed: August 28, 2025<br>The Honorable Scott C. Clarkson |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>vs.<br><br>WORLD GLOBAL FUND, LLC, et al.,<br><br>Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff and Chapter 11 Trustee Richard A. Marshack (the "Trustee") and Defendant Genesis Equity Group Funding ("Genesis"), hereby stipulate and agree (the "Stipulation"), through their respective counsel, as follows:

A. On March 10, 2025, Plaintiff filed a Complaint for: (1) Avoidance, Recovery, and Preservation of 2-Year Actual Fraudulent Transfers; (2) Avoidance, Recovery, and Preservation of 2-Year Constructive Fraudulent Transfers; (3) Demand for Accounting Against World Global Fund, LLC, OptimumBank Holdings Inc., OptimumBank, and OptimumBank.com; (4) Turnover of Estate Property; (5) Fraud and/or Conversion/Theft committed by World Global, LLC, Dembitzer, Feig, The Alter Egos, and The Dembitzer – Unreimbursed Funds from the ACH Transactions; (6) Fraud and/or Conversion/Theft committed by World Global, LLC, Dembitzer, Feig, The Alter Egos, and The Dembitzer – Unreimbursed Funds from the MCA Agreements; (7) Aiding and Abetting Fraud and/or Conversion/Theft by Moishe Gubin, OptimumBank Holdings Inc., OptimumBank, and OptimumBank.com; and (9) Conspiracy to Commit Fraud" (the "Original Complaint") [Docket No. 1].

B. On May 12, 2025, Slate Advance, LLC ("Slate Advance") filed a motion to dismiss the Original Complaint. [Docket No. 121]. On July 24, 2025, Plaintiff filed an opposition to Slate Advance's motion to dismiss. [Docket No. 180]. On July 31, 2025, Slate Advance filed a reply in support of its motion to dismiss. [Docket No. 193.]

C. On August 5, 2025, the Court granted Slate Advance's motion to dismiss and permitted Plaintiff to amend its complaint by no later than August 28, 2025. [Docket No. 196].

D. On August 28, 2025, Plaintiff filed an amended complaint for: (1) Avoidance, Recovery, and Preservation of 2-Year Actual Fraudulent Transfers; (2) Avoidance, Recovery, and Preservation of 2-Year Constructive Fraudulent Transfers; (3) Demand for Accounting Against World Global Fund, LLC, OptimumBank Holdings Inc., OptimumBank, and OptimumBank.com; (4) Turnover of Estate Property; (5) Fraud and/or Conversion/Theft committed by World Global, LLC, Dembitzer, Feig, and the World Global Alter Egos – Unreimbursed Funds from the ACH Transactions; (6) Fraud and/or Conversion/Theft committed by World Global, LLC, Dembitzer, Feig, and the World Global Alter Egos – Unreimbursed Funds from the MCA Agreements; (7)

1 Aiding and Abetting Fraud and/or Conversion/Theft by Moishe Gubin, OptimumBank Holdings
2 Inc., OptimumBank, and OptimumBank.com; and (9) Conspiracy to Commit Fraud" ("First
3 Amended Complaint") [Docket No. 209].

4     E.    On September 5, 2025, Genesis' counsel emailed Plaintiff's counsel requesting an
5 extension of Genesis' deadline to respond to the First Amended Complaint.

6     F.    On September 8, 2025, Plaintiff's counsel responded that Plaintiff does not believe
7 Genesis is required to respond to the First Amended Complaint as the First Amended Complaint
8 does not contain new parties, new claims or significant new factual allegations against Genesis.

9     G.    On September 9, 2025, Genesis' counsel, in order to avoid any potential prejudice
10 to Genesis, emailed Plaintiff's counsel to request that the parties jointly stipulate that the First
11 Amended Complaint does not require a response from Genesis, and that if a response is later
12 deemed necessary to any allegation or claim, Genesis shall be deemed to have denied and/or stated
13 that it lacked sufficient knowledge or information to admit or deny such allegation or claim and,
14 on that basis, to have denied it.

15     H.    On September 10, 2025, Plaintiff's counsel agreed to the submission of such a joint
16 stipulation.

**STIPULATION**

18 WHEREFORE, based on the above and the foregoing, the Parties stipulate and agree as
19 follows:

20     1.    The First Amended Complaint does not contain new parties, new claims, or
21 significant new factual allegations concerning Genesis such that Genesis needs to file a responsive
22 pleading to the First Amended Complaint.

23     2.    Genesis's Answer [Docket No. 59] to the Original Complaint remains in full force
24 and effect as applied to the overlapping allegations and claims in the First Amended Complaint.
25 Genesis's affirmative defenses in its Answer [Docket No. 59] to the Original Complaint also
26 remain in full force and effect as applied to the entirety of the First Amended Complaint.

27     3.    To the extent a determination subsequently is made (by the Court or otherwise) that
28 a response is required by Genesis to any allegation or claim in the First Amended Complaint,

3

Genesis shall be deemed to have responded to the allegation or claim by denying it or stating that it lacked sufficient knowledge or information to admit or deny the allegation and, on that basis, to have denied it.

**IT IS SO STIPULATED.**

Dated:  September 11, 2025         **DINSMORE & SHOHL LLP**

By  _____
Christopher B. Ghio
Attorneys for Richard A. Marshack, Trustee of the LPG Liquidation Trust

Dated:  September 11, 2025         **PACHULSKI STANG ZIEHL & JONES LLP**

By   */s/ Ira D. Kharasch*
Ira D. Kharasch

Dated:  September 11, 2025         **MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C.**

By  _____
Christopher B. Harwood (*pro hac vice* application forthcoming)

Attorneys for Genesis Equity Group Funding LLC

4

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
**700 Louisiana Street, Suite 4500, Houston, TX 77002**

A true and correct copy of the foregoing document entitled (*specify*): **JOINT STIPULATION REGARDING GENESIS EQUITY GROUP FUNDING'S RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **September 11, 2025**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **Joseph Boufadel**    jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
- **Christopher Ghio**    Christopher.Ghio@dinsmore.com, angelica.urena@dinsmore.com
- **Karen Hockstad**    karen.hockstad@dinsmore.com, kim.beavin@dinsmore.com
- **Ira David Kharasch**    ikharasch@pszjlaw.com
- **Yosina M Lissebeck**    Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;ayrton.celentino@dinsmore.com
- **Richard A Marshack (TR)**    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
- **Victoria Newmark**    vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com
- **Brian A Paino**    bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com
- **Matthew Sommer**    matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com
- **United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) _____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 9/11/25 | Hope R. Daniels | /s/ Hope R. Daniels |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012* **F 9013-3.1.PROOF.SERVICE**