**FILED & ENTERED**

DEC 03 2025

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor(s).<br><br>Richard A Marshack, Trustee of the LPG Liquidation Trust,<br>Plaintiff(s),<br>v.<br><br>World Global Fund LLC, *et al.*,<br>Defendant(s). | CHAPTER 11<br><br>Case No.:  8:23-bk-10571-SC<br>Adv. No.:  8:25-ap-01105-SC<br><br>**ORDER CONTINUING STATUS CONFERENCE**<br><br>Vacated Hearing:<br>Date:         December 12, 2025<br>Time:        10:00 AM<br>Courtroom: 5C<br><br>Continued Hearing:<br>Date:         December 18, 2025<br>Time:        1:30 PM<br>Courtroom: 5C |

The status conference set for December 12, 2025 is CONTINUED to December 18, 2025 at 1:30 p.m. No status report is required for the continued hearing unless there are material changes the parties wish to bring to the Court's attention.

**IT IS SO ORDERED.**

Date: December 3, 2025

Scott C. Clarkson
United States Bankruptcy Judge

-1-