

**FILED & ENTERED**

**DEC 17 2025**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY** bolte    **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re: | CHAPTER 11 |
| The Litigation Practice Group P.C., | Case No.:  8:23-bk-10571-SC<br>Adv. No.:  8:25-ap-01105-SC |
| Debtor(s). | **ORDER (1) SETTING DATES/DEADLINE AND (2) VACATING STATUS CONFERENCE** |
| Richard A Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff(s),<br>v.<br>World Global Fund LLC, *et al.*,<br>Defendant(s). | Vacated Hearing:<br>Date:          December 18, 2025<br>Time:         1:30 PM<br>Courtroom: 5C |

-1-

The status conference set for December 18, 2025 is VACATED. The Court will set the following dates and deadlines:

1. Discovery cutoff: March 31, 2026. Note: this is the date by which all discovery motions must be heard and resolved.
2. Motion cutoff: May 21, 2026. Note: this is the date by which all non-discovery motions must be heard and resolved.
3. Pretrial conference: July 16, 2026, at 1:30 p.m.

The parties may stipulate to any adjustments to the foregoing dates and deadlines. The parties are specifically advised to cooperate and follow all local and federal rules. The failure to do so may result in the imposition of monetary and non-monetary sanctions, including the striking of the answer and dismissal of the complaint.

**IT IS SO ORDERED.**

Date: December 17, 2025

Scott C. Clarkson
United States Bankruptcy Judge