**FILED & ENTERED**

**JAN 22 2026**

**CLERK U.S. BANKRUPTCY COURT
Central District of California
BY** bolte      **DEPUTY CLERK**

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor(s).<br><br>Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff(s),<br>v.<br><br>World Global Fund LLC, *et al.*,<br><br>Defendant(s). | CHAPTER 11<br><br>Case No.:  8:23-bk-10571-SC<br>Adv. No.:  8:25-ap-01105-SC<br><br>**ORDER RE: MOTION TO COMPEL DISCOVERY RESPONSES FROM SOLOMON FEIG [DK. 276]**<br><br><u>Vacated Hearing:</u><br>Date:        January 21, 2026<br>Time:        11:00 AM<br>Courtroom: 5C |

The Court has reviewed Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust's ("Plaintiff") Motion to Compel Discovery Responses from Solomon Feig filed on December 17, 2025 [Dk. 276] ("Motion") and the docket as a whole and has determined that this matter is appropriate for disposition without a hearing.

-1-

Plaintiff's Motion seeks to compel complete responses from Defendant Solomon Feig ("Defendant") to Plaintiff's Requests for Production and Interrogatories (the "Discovery Requests"), as well as attorney's fees and costs in connection with the Motion. Plaintiff argues that Defendant's responses to the Discovery Requests are inadequate as they do not provide any actual answer to any interrogatories, and Defendant did not produce any document in response to any request for production. Though Plaintiff asks for attorney's fees and costs, no competent evidence is attached to the Motion to support the request. No opposition was filed.

Discovery in adversary proceedings is governed by Federal Rule of Civil Procedure ("Rule") 26, made applicable by Federal Rule of Bankruptcy Procedure 7026. Rule 26(e)(1) requires a party to supplement responses to interrogatories and requests for production in a timely manner once that party learns that material information is incomplete or as ordered by the court. Rules 33 and 34 govern the fulsomeness of responses to interrogatories and requests for production.

Finally, pursuant to Local Bankruptcy Rule 9013-1(h), the Court may interpret the failure to file an opposition as consent to the Court's granting of the Motion.

Accordingly, the Court finds good cause to order as follows:

1. The Motion is GRANTED in part. Defendant shall serve complete responses to the Discovery Requests by no later than February 24, 2026.
2. Plaintiff's request for attorney's fees and costs is DENIED.
3. The January 21, 2026 hearing is VACATED.

**IT IS SO ORDERED.**

Date: January 22, 2026

Scott C. Clarkson
United States Bankruptcy Judge