CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
YOSINA M. LISSEBECK (201654)
yosina.lissebeck@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tele: 619.400.0500; Fax: 619.400.0501

KAREN S. HOCKSTAD (OH 61308) (Admitted pro hac vice)
karen.hockstad@dinsmore.com
MATTHEW H. SOMMER (OH 101721; NC 51004) (Admitted pro hac vice)
matthew.sommer@dinsmore.com
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd., Suite 200
Columbus, OH 43215
Tele: 614-628-6930; Fax: 614-628-6890

DAVID T. SCHAEFER (KY 81729) (Admitted pro hac vice)
david.schaefer@dinsmore.com
DINSMORE & SHOHL, LLP
101 South Fifth Street, Suite 2500
Louisville, KY 40202
Tele:  502-581-8026; Fax:   502-585-2207

*Attorneys for Richard A. Marshack, Trustee of the LPG Liquidation Trust*

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br>        Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No.: 8:25-ap-01105-SC<br><br>Chapter 11 |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>        Plaintiff,<br><br>v.<br><br>World Global Fund, LLC, et al.<br><br>        Defendants. | **STIPULATION OF THE PARTIES TO VACATE DATES SET BY THIS COURT'S DECEMBER 17, 2025 ORDER**<br><br>**[No hearing or Additional Notice Required Pursuant to LBR 3003-1(a)(1) and 9013-1(q)(9)]**<br><br>Judge: Hon. Scott C. Clarkson |

**STIPULATION TO VACATE DATES IN THIS COURT'S DECEMBER 17, 2025 ORDER**

The parties to the stipulation are Plaintiff Richard A. Marshack, as the Trustee of the LPG Liquidation Trust, ("Trustee") Defendants OptimumBank Holdings, Inc., and OptimumBank ("Optimum"); Moishe Gubin, Slate Advance, LLC, Genesis Equity Funding Group, LLC, and Solomon Feig. The parties stipulate and respectfully request that this Court vacate the current deadlines set by this Court on December 17, 2025 and extend all dates by approximately three months to the dates proposed below. Such extension will ensure an efficient and thorough completion of discovery while accommodating the time required for the complete resolution of future discovery disputes, if any.

## RECITALS

A.      This Adversary Proceeding commenced on March 10, 2025; in a March 13, 2025 Order, this Court identified initial dates for the parties to discuss and agree upon a schedule to move the case forward. [Dkt. 1 and 5].

B.      The Parties submitted a Joint Status Report on July 25, 2025 in which the parties agreed to the initial deadlines to govern the Proceeding. [Dkt. 183].

C.      Following this Court's grant of Slate Advance's Motion to Dismiss and the Trustee's subsequent filing of the Amended Complaint, the Parties submitted a Stipulation to vacate the status report dates set by the Joint Status Report. [Dkt. 215].

D.      In the interim, discovery disputes emerged which required intervention of this Court.

E.      On December 15, 2025, the Trustee filed its Amended Notice of Motion and Motion to Compel Discovery from OptimumBank and OptimumBank Holdings, Inc. [Dkt. 273].

F.      The same day, this Court set a hearing on the Motion to Compel as to Optimum for January 21, 2026. [Dkt. 274]

G.      On December 17, 2025, the Trustee filed its Notice of Motion and Motion to Compel Discovery Responses from Solomon Feig. [Dkt. 276].

H.      Also on December 17, 2025, this Court issued an Order vacating the December 18, 2025 status conference and setting the following dates and deadlines:

i.      Discovery Cutoff: March 31, 2026

1       ii.       Motion Cutoff:  May 21, 2026

2       iii.      Pretrial conference: July 16, 2026

3  [Dkt. 277]

4       I.       This Court also set the hearing on the Motion to Compel as to Feig for January 21,

5  2026. [Dkt. 278].

6       J.       On January 7, 2025, counsel for Optimum filed its Opposition to the Motion to

7  Compel in which Optimum stated it was working to produce "nearly 90,000 emails." [Dkt. 284].

8       K.      On January 22, 2026, this Court partially granted the Trustee's Motion to Compel

9  Discovery From OptimumBank and OptimumBank Holdings and the Trustee's Motion to Compel

10  Discovery from Solomon Feig, ordering Optimum and Feig to produce complete responses to the

11  Trustee's discovery requests by February 24, 2026.

12       L.       On January 23, 2026, Optimum produced approximately 200,000 pages of

13  documents.

14       M.     Production is expected to continue from Optimum, Gubin, and Feig, along with the

15  remaining defendants.

16       N.      Further, the Trustee has also issued numerous subpoenas to non-parties, including to

17  multiple banks, Shia Dembitzer, and World Global. The Trustee anticipates that production in

18  response to those subpoenas will continue well into March. Further, as discovery continues, it is

19  anticipated that further entities and individuals will need to be subpoenaed.

20       O.      The Trustee also anticipates taking many depositions before dispositive motions can

21  be filed, and the Trustee is in the process of actively scheduling said depositions.

22       P.       Critically, the Parties note that in the event that additional discovery motions need to

23  be filed, such motions cannot possibly be briefed, heard, and decided prior to the existing deadline

24  of March 31, 2026.

25       Q.      Accordingly, the Parties respectfully request the Court issue an order vacating the

26  agreed dates set forth in this Court's December 17, 2025 Order and extending said dates by three

27  months. The parties are confident that such an extension will ensure the efficient and thorough

28  resolution of this Proceeding.

**NOW THEREFORE, THE PARTIES STIPULATE AND AGREE AS FOLLOWS:**

1.      It is the agreement of the Parties that the existing deadlines for discovery, motions, and the final pre-trial will need to be vacated and extended to ensure the complete and efficient resolution of this Adversary Proceeding.

2.      The parties stipulate and respectfully request that this Court vacates the current deadlines set by this Court in the December 17, 2025 Order and extends all dates to the following:

  a.  Discovery cutoff: June 29, 2026

  b.  Motion cutoff: October 16, 2026

  c.  Pre-trial conference: December 16, 2026

Dated: February  11 , 2026

                                    Respectfully Submitted,


                                    DINSMORE & SHOHL LLP
                                    By: /s/  Karen S. Hockstad
                                        Karen S. Hockstad (OH061308)
                                        Karen.Hockstad@dinsmore.com
                                        Matthew H. Sommer (OH101721)
                                        Matthew.sommer@dinsmore.com
                                        DINSMORE & SHOHL, LLP
                                        191 W. Nationwide Blvd., Suite 200
                                        Columbus, OH 43215
                                        Tele:  614.628-6880
                                        Fax:   614.628-6890

                                        CHRISTOPHER CELENTINO (131688)
                                        christopher.celentino@dinsmore.com
                                        CHRISTOPHER B. GHIO (259094)
                                        christopher.ghio@dinsmore.com
                                        YOSINA M. LISSEBECK (201654)
                                        yosina.lissebeck@dinsmore.com
                                        DINSMORE & SHOHL LLP
                                        655 West Broadway, Suite 800
                                        San Diego, CA 92101
                                        Tele: 619.400.0500
                                        Fax: 619.400.0501
                                        *Attorneys for Richard A. Marshack,
                                        Plaintiff and Trustee of the LPG
                                        Liquidation Trust*

4

1 | Dated: 2/5/2026

2 | *Joseph Boufadel*
_____
Joseph Boufadel
jboufadel@salvatoboufadel.com
3 | Salvato Boufadel LLP
355 South Grand Avenue, Suite 2450
4 | Los Angeles, CA 90071
Tele:  213-423-0931
5 |

6 | Shanna M. Kaminski
skaminski@kaminskilawpllc.com
7 | Kaminski Law PLLC
P.O. Box 247
8 | Grass Lake, MI 49240
Tele:  247-462-7111
9 |

10 | *Attorneys for Slate Advance, LLC*

11 |

12 |

13 | _____
Brian A. Paino
bpaino@hinshawlaw.com
14 | David T. Hayek
dhayek@hinshawlaw.com
15 | Hinshaw & Culbertson, LLP
350 S. Grand Avenue,  Suite 3600
16 | Los Angeles, CA 90071
Tele:  213-680-2800
17 |

18 | *Attorneys for OptimumBank Holdings,*
*Inc., Optimum Bank and Moishe Gubin*
19 |

20 |

21 | _____
Ira D. Kharasch
22 | ikharasch@pszjlaw.com
Victoria Newmark
23 | vnewmark@pszjlaw.com
Pachulski Stang Ziehl & Jones, LLP
24 | 10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
25 | Tele:  310-277-6710
26 |

27 | Christopher B. Harwood
charwood@maglaw.com
28 | Morvillo Abramowitz Grand Iason &
Anello PC

1

2  Joseph Boufadel
   jboufadel@salvatoboufadel.com
3  Salvato Boufadel LLP
   355 South Grand Avenue, Suite 2450
4  Los Angeles, CA 90071
   Tele:  213-423-0931
5

6  Shanna M. Kaminski
   skaminski@kaminskilawpllc.com
7  Kaminski Law PLLC
   P.O. Box 247
8  Grass Lake, MI 49240
   Tele:  247-462-7111
9

10 *Attorneys for Slate Advance, LLC*

11

12

13 Brian A. Paino
   bpaino@hinshawlaw.com
14 David T. Hayek
   dhayek@hinshawlaw.com
15 Hinshaw & Culbertson, LLP
   350 S. Grand Avenue,  Suite 3600
16 Los Angeles, CA 90071
   Tele:  213-680-2800
17

18 *Attorneys for OptimumBank Holdings,
   Inc., Optimum Bank and Moishe Gubin*
19

20

21

22 Ira D. Kharasch
   ikharasch@pszjlaw.com
23 Victoria Newmark
   vnewmark@pszjlaw.com
24 Pachulski Stang Ziehl & Jones, LLP
   10100 Santa Monica Blvd., Suite 1300
25 Los Angeles, CA 90067
   Tele:  310-277-6710
26

27 Christopher B. Harwood
   charwood@maglaw.com
28 Morvillo Abramowitz Grand Iason &
   Anello PC

Joseph Boufadel
jboufadel@salvatoboufadel.com
Salvato Boufadel LLP
355 South Grand Avenue, Suite 2450
Los Angeles, CA 90071
Tele:  213-423-0931

Shanna M. Kaminski
skaminski@kaminskilawpllc.com
Kaminski Law PLLC
P.O. Box 247
Grass Lake, MI 49240
Tele:  247-462-7111

*Attorneys for Slate Advance, LLC*

Brian A. Paino
bpaino@hinshawlaw.com
David T. Hayek
dhayek@hinshawlaw.com
Hinshaw & Culbertson, LLP
350 S. Grand Avenue,  Suite 3600
Los Angeles, CA 90071
Tele:  213-680-2800

*Attorneys for OptimumBank Holdings,*
*Inc., Optimum Bank and Moishe Gubin*

Ira D. Kharasch
ikharasch@pszjlaw.com
Victoria Newmark
vnewmark@pszjlaw.com
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Tele:  310-277-6710

Christopher B. Harwood
charwood@maglaw.com
Morvillo Abramowitz Grand Iason &
Anello PC

5

565 Fifth Avenue
New York, NY 10017
Tele: 212-856-9600

*Attorneys for Genesis Equity Group*
*Funding-LLC*

2/9/26

Michael Jay Berger
Michael.Berger@bankruptcypower.com
Law Offices of Michael Jay Berger
9454 Wilshire Blvd. 6th Floor
Beverly Hills, CA 90212-2929
Tele: 310-271-6223

*Attorney for Solomon Feig*

6

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

Dinsmore & Shohl LLP, 655 West Broadway, Suite 800, San Diego, CA 92101

A true and correct copy of the foregoing document entitled (specify): **STIUPLATION OF THE PARTIES TO VACATE DATES SET BY THE COURT'S DECEMBER 17, 2025 ORDER** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 11, 2026**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:
On **February 11, 2026,** I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

**JUDGE'S COPY**
The Honorable Scott C. Clarkson
United States Bankruptcy Court
Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130 / Courtroom 5C
Santa Ana, CA 92701-4593

☐  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served):  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (date) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| February 11, 2026 | Bonnie Connolly | /s/ Bonnie Connolly |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:

Michael Jay Berger on behalf of Defendant Solomon Feig
michael.berger@bankruptcypower.com,
yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com

Joseph Boufadel on behalf of Defendant Slate Advance LLC
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel on behalf of Interested Party Courtesy NEF
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Christopher Ghio on behalf of Plaintiff Richard A Marshack
Christopher.Ghio@dinsmore.com, bonnie.connolly@dinsmore.com

Karen Hockstad on behalf of Plaintiff Richard A Marshack
karen.hockstad@dinsmore.com, kim.beavin@dinsmore.com

Karen Hockstad on behalf of Trustee Richard A Marshack (TR)
karen.hockstad@dinsmore.com, kim.beavin@dinsmore.com

Brandon J. Iskander on behalf of Interested Party Courtesy NEF
biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Ira David Kharasch on behalf of Defendant Genesis Equity Group Funding LLC
ikharasch@pszjlaw.com

Yosina M Lissebeck on behalf of Plaintiff Richard A Marshack
Yosina.Lissebeck@Dinsmore.com, caron.burke@dinsmore.com;linda.dominguez@dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Victoria Newmark on behalf of Defendant Genesis Equity Group Funding LLC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant Solomon Feig
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Brian A Paino on behalf of Defendant Optimum Bank Holdings, Inc.
bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino on behalf of Defendant Optimumbank
bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Brian A Paino on behalf of Defendant Optimumbank.com
bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino on behalf of Defendant Moishe Gubin
bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Matthew Sommer on behalf of Plaintiff Richard A Marshack
matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com

Matthew Sommer on behalf of Trustee Richard A Marshack (TR)
matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                    **F 9013-3.1.PROOF.SERVICE**