United States Bankruptcy Court

Central District of California

Marshack,

    Plaintiff

                                                    Adv. Proc. No. 25-01105-SC

World Global Fund LLC,

    Defendant

# CERTIFICATE OF NOTICE

District/off: 0973-8                     User: admin                         Page 1 of 4

Date Rcvd: Mar 20, 2026             Form ID: pdf031                Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 22, 2026:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| aty | | David T Hayek, Hinshaw & Culbertson LLP, 350 South Grand Ave Ste 3600, Los Angeles, CA 90071-3476 |
| dft | + | Crystal Springs Capital LLC, c/o Mark David, 1111 Brickell Ave Ste 2725, Miami, FL 33131-3128 |
| dft | + | EOM Business Capital LLC, c/o The Limited Liability Company, 4615 Surf Ave, Brooklyn, NY 11224-1047 |
| dft | + | PSF LLC, Attn: Rich Palma, 520 8th Ave Ste 1001, New York, NY 10018-6569 |
| dft | + | Slate Advance LLC, c/o The LLC, 15 America Ave Ste 3, Lakewood, NJ 08701-4584 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
| --- | --- | --- | --- |
| aty | ^ MEBN | Mar 21 2026 02:17:03 | Shanna M Kaminski, Kaminski Law PLLC, PO Box 247, Grass Lake, MI 49240-0247 |
| dft | ^ MEBN | Mar 21 2026 02:16:47 | Brickstone Group LTD, 20 West 47th St Ste 401, New York, NY 10036-3455 |
| dft | ^ MEBN | Mar 21 2026 02:13:16 | Coast Processing LLC, 7901 4th St N Ste 5765, St. Petersburg, FL 33702-4305 |
| dft | ^ MEBN | Mar 21 2026 02:18:28 | Everyday Group LLC, c/o The LLC, 63 Flushing Unit 148, Brooklyn, NY 11205-1070 |
| dft | ^ MEBN | Mar 21 2026 02:16:08 | Funding Gateway, Inc., c/o Cloud Peak Law LLC, 1095 Sugar View Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | ^ MEBN | Mar 21 2026 02:18:25 | Funding Gateway, Inc., c/o File Right RA Services LLC, 330 Changebridge Rd Ste 101, Pine Brook, NJ 07058-9839 |
| dft | ^ MEBN | Mar 21 2026 02:18:21 | Funding Gateway, Inc., c/o The Corp., 5314 16th Ave Ste 139, Brooklyn, NY 11204-1425 |
| dft | ^ MEBN | Mar 21 2026 02:18:34 | Genesis Equity Group Funding LLC, 5308 13th Ave Ste 422, Brooklyn, NY 11219-5198 |
| dft | ^ MEBN | Mar 21 2026 02:18:08 | Glass media, 1095 Sugar View Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | ^ MEBN | Mar 21 2026 02:18:06 | Goldcrest Associates LLC, c/o the LLC, 1253 E. 28th St, Brooklyn, NY 11210-4626 |
| dft | ^ MEBN | Mar 21 2026 02:13:17 | Hybrid Advance LLC, c/o Ariel Ilyabayev, 9918 62nd Dr, Rego Park, NY 11374-1938 |
| dft | ^ MEBN | Mar 21 2026 02:18:02 | LPG Capital LLC, 10 Jill Ln, Monsey, NY 10952-2619 |
| dft | ^ MEBN | Mar 21 2026 02:18:31 | LPG Holdings LLC, c/o Registered Agents, Inc., 30 N. Gould St Ste R, Sheridan, WY 82801-6317 |

District/off: 0973-8 | User: admin | Page 2 of 4
Date Rcvd: Mar 20, 2026 | Form ID: pdf031 | Total Noticed: 40

| | | | |
|---|---|---|---|
| dft | ^ MEBN | Mar 21 2026 02:18:38 | MNS Funding LLC, 5314 16th Ave Ste 139, Brooklyn, NY 11204-1425 |
| dft | ^ MEBN | Mar 21 2026 02:17:39 | Moishe Gubin, 1230 Ridgedale Rd, South Bend, In 46614-2108 |
| dft | ^ MEBN | Mar 21 2026 02:15:31 | Optimum Bank Holdings, Inc., c/o Avi Zwelling, 2929 E. Commercial Blvd Ste 303, Ft. Lauderdale, Fl 33308-4219 |
| dft | ^ MEBN | Mar 21 2026 02:15:32 | Optimumbank, 2929 E. Commercial Blvd Ste 303, Ft. Lauderdale, Fl 33308-4219 |
| dft | ^ MEBN | Mar 21 2026 02:18:36 | Optimumbank.com, Attn: Mary Franco, 2929 E. Commercial Blvd Ste 101, Ft. Lauderdale, Fl 33308-4217 |
| dft | ^ MEBN | Mar 21 2026 02:16:13 | PSF 2020 Inc., c/o The Corporation, 3921 14th Ave, Brooklyn, NY 11218-3619 |
| dft | ^ MEBN | Mar 21 2026 02:17:00 | Parkside Capital Group LLC, c/o USACORP, 325 Division Ave Ste 201, Brooklyn, NY 11211-7348 |
| pla | Email/Text: richard.marshack@txitrustee.com | Mar 21 2026 02:15:00 | Richard A Marshack, 870 Roosevelt Ave, Irvine, CA 92620 |
| dft | ^ MEBN | Mar 21 2026 02:18:37 | SSD Investment Group, LLC, 14400 Bear Valley Rd Sp 527, Victorville, CA 92392-5410 |
| dft | ^ MEBN | Mar 21 2026 02:14:03 | SSD Investment Group, LLC, c/o Natesh Singh Dole, 13745 Holt Ct, Victorville, Ca 92394-7539 |
| dft | ^ MEBN | Mar 21 2026 02:14:23 | SSD Investment Group, LLC, c/o Shia Dembitzer, 7901 4th St N Ste 5765, St. Petersburg, FL 33702-4305 |
| dft | ^ MEBN | Mar 21 2026 02:18:24 | Safe Vault Capital LLC, c/o The Company, 12 Bayview Ave Ste 321, Lawrence, NY 11559-4014 |
| dft | ^ MEBN | Mar 21 2026 02:16:17 | Shia Dembitzer, 202 Foster Ave Apt 5, Brooklyn, NY 11230-2129 |
| dft | ^ MEBN | Mar 21 2026 02:18:32 | Solomon Feig, 4518 18th Ave, Brooklyn, NY 11204-1204 |
| dft | ^ MEBN | Mar 21 2026 02:18:23 | Supreme Advance LLC, c/o File Right LLC, 5314 16th Ave Ste 139, Brooklyn, NY 11204-1425 |
| dft | ^ MEBN | Mar 21 2026 02:14:52 | Vertex Capital (US) Funding LLC, c/o Cloud Peak Law LLC, 1095 Sugar View Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | ^ MEBN | Mar 21 2026 02:15:35 | Vertex Capital Partners LLC, c/o Registered Agents Inc., 30 N. Gould St Ste R, Sheridan, WY 82801-6317 |
| dft | ^ MEBN | Mar 21 2026 02:15:05 | WGF Capital Inc., c/o Joshua Feig, 1846 50th St, Brooklyn, NY 11204-1252 |
| dft | ^ MEBN | Mar 21 2026 02:13:24 | WORLD GLOBAL FUND LLC, 5314 16th Ave Ste 139, Brooklyn, NY 11204-1425 |
| dft | ^ MEBN | Mar 21 2026 02:18:33 | Weinman and Associates, LLC, c/o Cloud Peak Law LLC, 1095 Sugar View Dr Ste 500, Sheridan, WY 82801-5386 |
| dft | ^ MEBN | Mar 21 2026 02:13:22 | World Global Fund LLC, c/o File Right, LLC, 5314 16th Ave Ste 139, Brooklyn, NY 11204-1425 |
| dft | ^ MEBN | Mar 21 2026 02:18:29 | World Global Fund LLC, c/o Funding Gateway Inc., 1309 Coffeen Ave Ste 1200, Sheridan, WY 82801-5777 |

TOTAL: 35

District/off: 0973-8                           User: admin                                    Page 3 of 4
Date Rcvd: Mar 20, 2026                        Form ID: pdf031                              Total Noticed: 40

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| intp | | Courtesy NEF |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 22, 2026                    Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 20, 2026 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Baruch C Cohen | on behalf of Defendant Solomon Feig BaruchCohen@Baruchcohenesq.com  paralegal@baruchcohenesq.com |
| Brandon J. Iskander | on behalf of Interested Party Courtesy NEF biskander@goeforlaw.com  kmurphy@goeforlaw.com;jfountain@goeforlaw.com |
| Brian A Paino | on behalf of Defendant Optimumbank bpaino@hinshawlaw.com  hmosothoane@hinshawlaw.com;crico@hinshawlaw.com |
| Brian A Paino | on behalf of Defendant Moishe Gubin bpaino@hinshawlaw.com  hmosothoane@hinshawlaw.com;crico@hinshawlaw.com |
| Brian A Paino | on behalf of Defendant Optimumbank.com bpaino@hinshawlaw.com  hmosothoane@hinshawlaw.com;crico@hinshawlaw.com |
| Brian A Paino | on behalf of Defendant Optimum Bank Holdings  Inc. bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com |
| Christopher Ghio | on behalf of Plaintiff Richard A Marshack Christopher.Ghio@dinsmore.com  bonnie.connolly@dinsmore.com |
| Ira David Kharasch | on behalf of Defendant Genesis Equity Group Funding LLC ikharasch@pszjlaw.com |
| Joseph Boufadel | on behalf of Defendant Slate Advance LLC jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Joseph Boufadel | on behalf of Interested Party Courtesy NEF jboufadel@salvatoboufadel.com Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com |
| Karen Hockstad | on behalf of Trustee Richard A Marshack (TR) karen.hockstad@dinsmore.com  sylvia.lawrence@dinsmore.com |
| Karen Hockstad | on behalf of Plaintiff Richard A Marshack karen.hockstad@dinsmore.com  sylvia.lawrence@dinsmore.com |
| Matthew Sommer | on behalf of Plaintiff Richard A Marshack matthew.sommer@dinsmore.com  carrie.davis@dinsmore.com |

District/off: 0973-8

User: admin

Page 4 of 4

Date Rcvd: Mar 20, 2026

Form ID: pdf031

Total Noticed: 40

Matthew Sommer

    on behalf of Trustee Richard A Marshack (TR) matthew.sommer@dinsmore.com  carrie.davis@dinsmore.com

Richard A Marshack (TR)

    pkraus@marshackhays.com  ecf.alert+Marshack@titlexi.com

Ronald N Richards

    on behalf of Interested Party Courtesy NEF ron@ronaldrichards.com  7206828420@filings.docketbird.com

United States Trustee (SA)

    ustpregion16.sa.ecf@usdoj.gov

Victoria Newmark

    on behalf of Defendant Solomon Feig vnewmark@pszjlaw.com
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark

    on behalf of Defendant Genesis Equity Group Funding LLC vnewmark@pszjlaw.com
    hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Yosina M Lissebeck

    on behalf of Plaintiff Richard A Marshack Yosina.Lissebeck@Dinsmore.com
    caron.burke@dinsmore.com;linda.dominguez@dinsmore.com


TOTAL: 20

CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
YOSINA M. LISSEBECK (201654)
yosina.lissebeck@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tele: 619.400.0500; Fax: 619.400.0501

**FILED & ENTERED**

MAR 20 2026

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

KAREN S. HOCKSTAD (OH 61308) (Admitted pro hac vice)
karen.hockstad@dinsmore.com
MATTHEW H. SOMMER (OH 101721; NC 51004) (Admitted pro hac vice)
matthew.sommer@dinsmore.com
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd., Suite 200
Columbus, OH 43215
Tele: 614-628-6930; Fax: 614-628-6890

*Attorneys for Richard A. Marshack, Trustee of the LPG Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor.<br><br>---<br><br>RICHARD A. MARSHACK,<br>Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>WORLD GLOBAL FUND, LLC, *et al.*,<br><br>Defendants. | Chapter 11<br><br>Case No. 8:23-bk-10571 SC<br><br>Adv. Proc. No.: 8:25-ap-01105-SC<br><br>**ORDER APPROVING STIPULATION TO WITHDRAW THE TRUSTEE'S MOTION TO SHOW CAUSE FILED ON MARCH 4, 2026 [DKT. 322].**<br><br>Judge: Hon. Scott C. Clarkson |

1

The Court having read and considered the Stipulation of Richard A. Marshack, Trustee, and Solomon Feig to Withdraw the Trustee's Motion to Show Cause Filed on March 4, 2026 [Dkt. 322] (the "Stipulation"), and with good cause shown

IT IS HEREBY ORDERED THAT:

1.    The Stipulation is approved.

2.    The Motion for Issuance of an Order to Show Cause Regarding Contempt Against Solomon Feig for Failure to Comply with the Order of this Court and Holding Solomon Feig in Contempt (the "Motion") filed by the Trustee on March 4, 2026, Dkt. 322, is hereby withdrawn.

3.    Any associated hearing for the Motion is vacated.

**IT IS SO ORDERED**

###

Date: March 20, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2