| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Kevin A. Hoang (SBN 277132)<br>LAW OFFICE OF KEVIN A. HOANG, APC<br>254 N. Lake Ave., #111<br>Pasadena, CA 91101<br>(661) 733-5621<br>Email: kevin@khoanglaw.com<br><br>Of Counsel to Howard & Howard Attorneys PLLC<br><br>☐ *Individual appearing without attorney*<br>☒ *Attorney for* Optimumbank | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – _Santa Ana_ DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.<br><br><br><br>Debtor(s). | CASE NO.: 8:23-bk-10571 SC<br>CHAPTER: 11<br>ADVERSARY NO.: 8:25-ap-01105 |
| RICHARD A. MARSHACK Trustee of the LPG Liquidation Trust,<br><br><br><br>Plaintiff(s),<br><br>vs.<br><br>WORLD GLOBAL FUND, LLC; et al<br><br><br><br>Defendant. | **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING RE:** (*title of motion[1]*): Application to Appear Pro Hac Vice In A Specific Bankruptcy Case and/or Adversary Proceeding |

PLEASE TAKE NOTE that the order or judgment titled ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE
was lodged on (*date*) 7/21/2026 and is attached.  This order relates to the motion which is docket number  3 6 7.

---

[1]  Please abbreviate if title cannot fit into text field.

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

| | |
|---|---|
| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Scott C. Frost (SBN 6208276)<br>Howard & Howard Attorneys PLLC<br>180 N. Stetson Avenue, Suite 1400<br>Chicago, IL 60601<br>Telephone: 312-372-4000<br>Facsimile: 312-939-5617<br>Email: sfrost@howardandhoward.com | FOR COURT USE ONLY |
| X *Attorney for*:  OptimumBank | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| | |
|---|---|
| In re:<br>THE LITIGATION PRACTICE GROUP P.C.<br><br><br><div align="right">Debtor(s)</div> | CASE NO.: 8:23-bk-10571 SC<br><br>CHAPTER: 11<br><br>ADVERSARY NO. (*if applicable*): 8:25-ap-01105 |
| RICHARD A. MARSHACK<br>Trustee of the LPG Liquidation Trust,<br><br><div align="right">Plaintiff(s)</div><br><div align="center">vs.</div><br>WORLD GLOBAL FUND, LLC; et al<br><br><div align="right">Defendant(s)</div> | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE**<br><br>**[LBRs 2090-1(b) and 9013-1(q)]**<br><br>---<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). For good cause appearing, IT IS ORDERED: the Application is GRANTED and non-resident attorney (*specify name*):  Scott C. Frost  may appear on behalf of the following party OptimumBank

in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:

<div align="center">###</div>

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*                                                 **F 2090-1.2.ORDER.NONRES.ATTY**

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
9465 Wilshire Blvd., Ste 300, Beverly Hills, CA 90212


A true and correct copy of the foregoing document entitled: **NOTICE OF LODGMENT OF ORDER OR JUDGMENT IN ADVERSARY PROCEEDING** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**.  **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _7/21/2026_____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _7/21/2026_____, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☒ Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** <u>(state method for each person or entity served)</u>:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 7/21/2026 | Kevin A. Hoang | /s/ Kevin A. Hoang |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2012*                    Page 2                    **F 9021-1.2.ADV.NOTICE.LODGMENT**

**Joseph Boufadel**   jboufadel@salvatoboufadel.com,
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
**Baruch C Cohen**   BaruchCohen@Baruchcohenesq.com, paralegal@baruchcohenesq.com
**Christopher Ghio**   Christopher.Ghio@dinsmore.com, bonnie.connolly@dinsmore.com
**David T Hayek**   dhayek@hinshawlaw.com
**Karen Hockstad**   karen.hockstad@dinsmore.com, sylvia.lawrence@dinsmore.com
**Brandon J. Iskander**   biskander@goeforlaw.com,
kmurphy@goeforlaw.com;jfountain@goeforlaw.com
**Ira David Kharasch**   ikharasch@pszjlaw.com
**Yosina M Lissebeck**   yosina.lissebeck@dinsmore.com,
caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com
**Richard A Marshack (TR)**   pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
**Victoria Newmark**   vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com
**Brian A Paino**   bpaino@hinshawlaw.com,
hmosothoane@hinshawlaw.com;crico@hinshawlaw.com
**Ronald N Richards**   ron@ronaldrichards.com, 7206828420@filings.docketbird.com
**Matthew Sommer**   matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com
**United States Trustee (SA)**   ustpregion16.sa.ecf@usdoj.gov

**Brickstone Group LTD**
20 West 47th St Ste 401
New York, NY 10036

**Coast Processing LLC**
7901 4th St N Ste 5765
St. Petersburg, FL 33702

**Crystal Springs Capital LLC**
c/o Mark David
1111 Brickell Ave Ste 2725
Miami, FL 33131

**Shia Dembitzer**
202 Foster Ave Apt 5
Brooklyn, NY 11230-2129

**EOM Business Capital LLC**
c/o The Limited Liability Company
4615 Surf Ave
Brooklyn, NY 11224

**Everyday Group LLC**
c/o The LLC
63 Flushing Unit 148
Brooklyn, NY 11205

**Funding Gateway, Inc.**
c/o Cloud Peak Law LLC
1095 Sugar View Dr Ste 500
Sheridan, WY 82801

**Funding Gateway, Inc.**
c/o File Right RA Services LLC
330 Changebridge Rd Ste 101
Pine Brook, NJ 07058

**Funding Gateway, Inc.**
c/o The Corp.
5314 16th Ave Ste 139
Brooklyn, NY 11218

**Glass media**
1095 Sugar View Dr Ste 500
Sheridan, WY 82801

**Goldcrest Associates LLC**
c/o the LLC
1253 E. 28th St
Brooklyn, NY 11210

**Hybrid Advance LLC**
c/o Ariel Ilyabayev
9918 62nd Dr
Rego Park, NY 11374

**Shanna M Kaminski**
Kaminski Law PLLC
PO Box 247
Grass Lake, MI 49240-0247

**LPG Capital LLC**
10 Jill Ln
Monsey, NY 10952

**LPG Holdings LLC**
c/o Registered Agents, Inc.
30 N. Gould St Ste R
Sheridan, WY 82801

**MNS Funding LLC**
5314 16th Ave Ste 139

Brooklyn, NY 11204

**PSF 2020 Inc.**
c/o The Corporation
3921 14th Ave
Brooklyn, NY 11218

**PSF LLC**
Attn: Rich Palma
520 8th Ave Ste 1001
New York, NY 10008

**Parkside Capital Group LLC**
c/o USACORP
325 Division Ave Ste 201
Brooklyn, NY 11211

**SSD Investment Group, LLC**
14400 Bear Valley Rd Sp 527
Victorville, CA 92392

**SSD Investment Group, LLC**
c/o Natesh Singh Dole
13745 Holt Ct
Victorville, Ca 92394

**SSD Investment Group, LLC**
c/o Shia Dembitzer
7901 4th St N Ste 5765
St. Petersburg, FL 33702

**Safe Vault Capital LLC**
c/o The Company
12 Bayview Ave Ste 321
Lawrence, NY 11559

**Supreme Advance LLC**
c/o File Right LLC
5314 16th Ave Ste 139
Brooklyn, NY 11218

**Vertex Capital (US) Funding LLC**
c/o Cloud Peak Law LLC
1095 Sugar View Dr Ste 500
Sheridan, WY 82801

**Vertex Capital Partners LLC**
c/o Registered Agents Inc.
30 N. Gould St Ste R
Sheridan, WY 82801

**WGF Capital Inc.**
c/o Joshua Feig
1846 50th St
Brooklyn, NY 11204

**WORLD GLOBAL FUND LLC**
5314 16th Ave Ste 139
Brooklyn, NY 11218

**Weinman and Associates, LLC**
c/o Cloud Peak Law LLC
1095 Sugar View Dr Ste 500
Sheridan, WY 82801

**World Global Fund LLC**
c/o File Right, LLC
5314 16th Ave Ste 139
Brooklyn, NY 11218

**World Global Fund LLC**
c/o Funding Gateway Inc.
1309 Coffeen Ave Ste 1200
Sheridan, WY 82801