| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Patrick M. McCarthy (SBN P49100)<br>Howard & Howard Attorneys PLLC<br>450 W 4th St.<br>Royal Oak, MI 48067<br>Telephone: 248-723-0332<br>Facsimile: 248-645-1568<br>Email: pmccarthy@howardandhoward.com<br><br>☑ *Attorney for:*  OptimumBank, Optimum Bank Holdings, Inc. and Moishe Gubin | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>THE LITIGATION PRACTICE GROUP P.C. | CASE NO.:  8:23-bk-10571 SC<br>ADVERSARY NO. (*if applicable*): 8:25-ap-01105-SC<br>CHAPTER: 11 |
|---|---|
| Debtor(s). | |
| RICHARD A. MARSHACK<br>Trustee of the LPG Liquidation Trust,<br><br>Plaintiff(s).<br><br>vs.<br><br>WORLD GLOBAL FUND, LLC ; et al | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDING(S)**<br><br>**[LBR 2090-1(b); 9013-1(q)]** |
| Defendant(s). | [No hearing required per LBR 2090-1(b)(6)] |

1.  I, Patrick M. McCarthy _____, apply to the court under LBR 2090-1(b) for permission to appear on behalf of the following named party, by whom I have been retained (*specify name of party*): OptimumBank , Optimum Bank Holdings, Inc. and Moishe Gubin _____,

    in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows:

2.  I paid the required fee specified in LBR 2090-1(b)(5) to the United States District Court; attached is a copy of the receipt.

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

3. I am a lawyer with the following law firm (*specify name and address of law firm*):
   Howard and Howard Attorneys PLLC, 450 W. 4th St., Royal Oak, MI 48067

4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates (*specify name of each such jurisdiction and my date of admission to practice in each such jurisdiction*):
   Continued on attached page.

5. I am not a resident of, nor am I regularly employed, engaged in business, professional, or other activities in the state of California. I am not currently suspended or disbarred in any court.

6. I have concurrently or within the past 36 months made pro hac vice applications to this court in the following actions:

| Court | Case Number | Title of Action | Date of Application | Disposition of Application |
|---|---|---|---|---|
|  |  |  |  |  |

7. I ☐ have ☑ have not been disciplined by any court or administrative body. ☐ Disciplinary proceedings are pending; details are as follows:

   I ☐ resigned ☐ did not resign while disciplinary proceedings were pending.

8. I certify that I have read the LBRs, the FRBP, the F.R.Civ.P., and the F.R.Evid., in their entirety.

9. I designate the following person ("Local Counsel") of the following law firm, as the attorney with whom the court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served. The Local Counsel has an active login and password for filing documents electronically via CM/ECF and lodging orders electronically via LOU.

   Information about Local Counsel:

   Name and Bar Number: Kevin A. Hoang. California Bar No. 277132

   Name and Address of law firm: Howard & Howard Attorneys PLLC, 9465 Wilshire Blvd., Ste 300, Bev. Hills, CA 90212

   Telephone number: 424-303-7706

   Email Address: kah2@h2law.com

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

10. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Date: 07/21/2026

_____
Signature of applicant

Patrick M. McCarthy
_____
Printed name of applicant

## CONSENT OF LOCAL COUNSEL

I consent to the foregoing designation.

Date: 07/21/2026

/s/Kevin A. Hoang
_____
Signature of Local Counsel

Kevin A. Hoang
_____
Printed name of Local Counsel

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

October 2024                                                  Page 3                                    F 2090-1.2.APP.NONRES.ATTY

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

9465 Wilshire Blvd.,Ste 300,Bev. Hills, CA 90212

A true and correct copy of the foregoing document entitled: **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE IN A SPECIFIC BANKRUPTCY CASE AND/OR ADVERSARY PROCEEDINGS [LBR 2090-1(b); 9013-1(q)]** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 07/21/2026 , I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

2. **SERVED BY UNITED STATES MAIL**:
On (*date*) 07/21/2026 , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☒ Service information continued on attached page

3. **SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 07/21/2026 | Kevin A. Hoang | /s/Kevin A. Hoang |
|---|---|---|
| Date | Printed Name | Signature |

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Line 4. I am a member in good standing and eligible to practice before the following courts and admitted to practice on the following dates:**

Michigan State Bar, 1993; U.S. Court of Appeals, Fifth Circuit, 2022; U.S. Court of Appeals, Seventh Circuit, 2016; U.S. Court of Appeals, Federal Circuit, 2013; U.S. Court of Appeals, Eighth Circuit, 2009; U.S. District Court, Eastern District of Wisconsin, 2006; U.S. District Court, Southern District of Indiana, 2003; U.S. District Court, Western District of Michigan, 2002; U.S. Court of Appeals, First Circuit, 2000; U.S. Court of Appeals, Third Circuit, 2000; U.S. District Court, Eastern District of Michigan, 1996 and U.S. Court of Appeals, Sixth Circuit, 1996

**Joseph Boufadel**    jboufadel@salvatoboufadel.com,
Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com
**Baruch C Cohen**    BaruchCohen@Baruchcohenesq.com, paralegal@baruchcohenesq.com
**Christopher Ghio**    Christopher.Ghio@dinsmore.com, bonnie.connolly@dinsmore.com
**David T Hayek**    dhayek@hinshawlaw.com
**Karen Hockstad**    karen.hockstad@dinsmore.com, sylvia.lawrence@dinsmore.com
**Brandon J. Iskander**    biskander@goeforlaw.com,
kmurphy@goeforlaw.com;jfountain@goeforlaw.com
**Ira David Kharasch**    ikharasch@pszjlaw.com
**Yosina M Lissebeck**    yosina.lissebeck@dinsmore.com,
caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com
**Richard A Marshack (TR)**    pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com
**Victoria Newmark**    vnewmark@pszjlaw.com,
hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com
**Brian A Paino**    bpaino@hinshawlaw.com,
hmosothoane@hinshawlaw.com;crico@hinshawlaw.com
**Ronald N Richards**    ron@ronaldrichards.com, 7206828420@filings.docketbird.com
**Matthew Sommer**    matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com
**United States Trustee (SA)**    ustpregion16.sa.ecf@usdoj.gov

**Brickstone Group LTD**
20 West 47th St Ste 401
New York, NY 10036

**Coast Processing LLC**
7901 4th St N Ste 5765
St. Petersburg, FL 33702

**Crystal Springs Capital LLC**
c/o Mark David
1111 Brickell Ave Ste 2725
Miami, FL 33131

**Shia Dembitzer**
202 Foster Ave Apt 5
Brooklyn, NY 11230-2129

**EOM Business Capital LLC**
c/o The Limited Liability Company
4615 Surf Ave
Brooklyn, NY 11224

**Everyday Group LLC**
c/o The LLC
63 Flushing Unit 148
Brooklyn, NY 11205

**Funding Gateway, Inc.**
c/o Cloud Peak Law LLC
1095 Sugar View Dr Ste 500
Sheridan, WY 82801

**Funding Gateway, Inc.**
c/o File Right RA Services LLC
330 Changebridge Rd Ste 101
Pine Brook, NJ 07058

**Funding Gateway, Inc.**
c/o The Corp.
5314 16th Ave Ste 139
Brooklyn, NY 11218

**Glass media**
1095 Sugar View Dr Ste 500
Sheridan, WY 82801

**Goldcrest Associates LLC**
c/o the LLC
1253 E. 28th St
Brooklyn, NY 11210

**Hybrid Advance LLC**
c/o Ariel Ilyabayev
9918 62nd Dr
Rego Park, NY 11374

**Shanna M Kaminski**
Kaminski Law PLLC
PO Box 247
Grass Lake, MI 49240-0247

**LPG Capital LLC**
10 Jill Ln
Monsey, NY 10952

**LPG Holdings LLC**
c/o Registered Agents, Inc.
30 N. Gould St Ste R
Sheridan, WY 82801

**MNS Funding LLC**
5314 16th Ave Ste 139

Brooklyn, NY 11204

**PSF 2020 Inc.**
c/o The Corporation
3921 14th Ave
Brooklyn, NY 11218

**PSF LLC**
Attn: Rich Palma
520 8th Ave Ste 1001
New York, NY 10008

**Parkside Capital Group LLC**
c/o USACORP
325 Division Ave Ste 201
Brooklyn, NY 11211

**SSD Investment Group, LLC**
14400 Bear Valley Rd Sp 527
Victorville, CA 92392

**SSD Investment Group, LLC**
c/o Natesh Singh Dole
13745 Holt Ct
Victorville, Ca 92394

**SSD Investment Group, LLC**
c/o Shia Dembitzer
7901 4th St N Ste 5765
St. Petersburg, FL 33702

**Safe Vault Capital LLC**
c/o The Company
12 Bayview Ave Ste 321
Lawrence, NY 11559

**Supreme Advance LLC**
c/o File Right LLC
5314 16th Ave Ste 139
Brooklyn, NY 11218

**Vertex Capital (US) Funding LLC**
c/o Cloud Peak Law LLC
1095 Sugar View Dr Ste 500
Sheridan, WY 82801

**Vertex Capital Partners LLC**
c/o Registered Agents Inc.
30 N. Gould St Ste R
Sheridan, WY 82801

**WGF Capital Inc.**
c/o Joshua Feig
1846 50th St
Brooklyn, NY 11204

**WORLD GLOBAL FUND LLC**
5314 16th Ave Ste 139
Brooklyn, NY 11218

**Weinman and Associates, LLC**
c/o Cloud Peak Law LLC
1095 Sugar View Dr Ste 500
Sheridan, WY 82801

**World Global Fund LLC**
c/o File Right, LLC
5314 16th Ave Ste 139
Brooklyn, NY 11218

**World Global Fund LLC**
c/o Funding Gateway Inc.
1309 Coffeen Ave Ste 1200
Sheridan, WY 82801

U.S. District Court, Central District of California

# You have successfully paid your application fee using the Pay.gov website.

**Non-Resident Attorney's Name:** Patrick McCarthy
**Firm Name:** Howard & Howard Attorneys PLLC
**Bankruptcy Case Number or Adversary Proceeding Case Number:** 8:23-bk-10571 SC
**Party Name:** N/A

**Tracking Number:** PHV-260721-000-0953
**Pay.gov Tracking ID:** 284BTR5T
**Amount:** $450
**Date:** 7/21/2026

Please include the tracking number as a reference on any communications with the Court about this transaction. We recommend that you 🖨 print this page for your records.

**For assistance, please contact:**

Attorney Admissions
United States District Court
Central District of California
Tel: (213) 894-2085

**For questions related to payment**, please contact the Fiscal department at fis_cac@cacd.uscourts.gov

Go back to the online form.

| Clerk Services | Jurors Information | Attorney Information | Court Procedures |
|---|---|---|---|
| Court Reporting Services | Jurisdiction | Attorney Admissions | Filing Procedures |
| Courtroom Technology | Terms of Service | Attorney Assistance | Forms |
| Employment | Requesting an Excuse | Alternative Dispute Resolution (ADR) | General Orders |
| Interpreter Services | Requesting a Postponement | Capital Habeas | Local Rules |
| Naturalization Ceremony Information | Students | Criminal Justice Act (CJA) | |
| Policy For Limited Use of Court Facilities | Payment | Lawyer Representatives | |
| Records Department | Juror Amenities | Pro Bono | |
| Statistical Reports | Dress Code | Direct Assignment of Civil Cases to Magistrate Judges Program | |
| | Security | Attorney Workroom Copier Password Request | |
| | Employer Information | Mileage Rates | |
| | Checking Status / Confirming Reporting Instructions | Post-Judgment Interest Rates | |
| | Certificate of Jury Service | | |
| | Contact Us | | |
| | Parking / Directions | | |
| | Subsistence Information / Hotels | | |