CHRISTOPHER CELENTINO (131688)
christopher.celentino@dinsmore.com
CHRISTOPHER B. GHIO (259094)
christopher.ghio@dinsmore.com
YOSINA M. LISSEBECK (201654)
yosina.lissebeck@dinsmore.com
DINSMORE & SHOHL LLP
655 West Broadway, Suite 800
San Diego, CA 92101
Tele: 619.400.0500; Fax: 619.400.0501

**FILED & ENTERED**

**JUL 30 2026**

**CLERK U.S. BANKRUPTCY COURT**
**Central District of California**
**BY bolte      DEPUTY CLERK**

KAREN S. HOCKSTAD (OH 61308) (Admitted pro hac vice)
karen.hockstad@dinsmore.com
MATTHEW H. SOMMER (OH 101721; NC 51004) (Admitted pro hac vice)
matthew.sommer@dinsmore.com
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd., Suite 200
Columbus, OH 43215
Tele: 614-628-6930; Fax: 614-628-6890

**CHANGES MADE BY COURT**

*Attorneys for Richard A. Marshack, Trustee of the LPG Liquidation Trust*

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.,<br><br>Debtor. | Chapter 11<br><br>Case No. 8:23-bk-10571 SC<br><br>Adv. Proc. No.: 8:25-ap-01105-SC |
| RICHARD A. MARSHACK,<br>Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>WORLD GLOBAL FUND, LLC, *et al.*,<br><br>Defendants. | **ORDER SETTING HEARING ON MOTION FOR ISSUANCE OF AN ORDER TO SHOW CAUSE REGARDING CONTEMPT AND FOR SANCTIONS AGAINST DEFENDANTS OPTIMUMBANK AND OPTIMUMBANK HOLDINGS, INC.**<br><br>Date: August 27, 2026<br><br>Time: 1:30 p.m.<br><br>Place: Courtroom 5C<br>  411 W Fourth Street<br>  Santa Ana, CA 92701 |

1

The Court having read and considered the Renewed Motion for Issuance of an Order to Show Cause Regarding Contempt Against OptimumBank and OptimumBank Holdings, Inc. (collectively, "Optimum") for Failure to Comply with the Order of this Court ("Renewed Motion") filed by Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust, ("Plaintiff" or "Trustee") and the documents and evidence submitted in support thereof; the docket as a whole; and good cause appearing therefor,

IT IS HEREBY ORDERED THAT: The Renewed Motion is hereby set for hearing on August 27, 2026, at 1:30 p.m. Any opposition is due by August 13, 2026. Any reply to the opposition is due by August 20, 2026.

###

Date: July 30, 2026

Scott C. Clarkson
United States Bankruptcy Judge

2