| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Scott C. Frost (SBN 6208276)<br>Howard & Howard Attorneys PLLC<br>180 N. Stetson Avenue, Suite 1400<br>Chicago, IL 60601<br>Telephone: 312-372-4000<br>Facsimile: 312-939-5617<br>Email: sfrost@howardandhoward.com<br><br>X *Attorney for*: OptimumBank, Optimum Bank Holdings, Inc., and Moishe Gubin | **FILED & ENTERED**<br><br>**JUL 30 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY** bolte     **DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br>THE LITIGATION PRACTICE GROUP P.C.<br><br><div align="right">Debtor(s)</div><br>RICHARD A. MARSHACK<br>Trustee of the LPG Liquidation Trust,<br><br><div align="right">Plaintiff(s)</div><br>vs.<br><br>WORLD GLOBAL FUND, LLC; et al<br><br><div align="right">Defendant(s)</div> | CASE NO.: 8:23-bk-10571 SC<br>CHAPTER: 11<br>ADVERSARY NO. (*if applicable*): 8:25-ap-01105<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE**<br><br>**[LBRs 2090-1(b) and 9013-1(q)]**<br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). For good cause appearing, IT IS ORDERED: the Application is GRANTED and non-resident attorney (*specify name*): Scott C. Frost  may appear on behalf of the following parties OptimumBank, Optimum Bank Holdings, Inc., and Moishe Gubin in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows: none

Date: July 30, 2026

*Scott C. Clarkson*
Scott C. Clarkson
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*                                                                                     **F 2090-1.2.ORDER.NONRES.ATTY**