| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Patrick M. McCarthy (SBN P49100)<br>Howard & Howard Attorneys PLLC<br>450 W 4th St.<br>Royal Oak, MI 48067<br>Telephone: 248-723-0332<br>Facsimile: 248-645-1568<br>Email: pmccarthy@howardandhoward.com<br><br><br>X *Attorney for*:  OptimumBank, Optimum Bank Holdings, Inc., and Moishe Gubin | FOR COURT USE ONLY<br><br>**FILED & ENTERED**<br><br>**JUL 30 2026**<br><br>**CLERK U.S. BANKRUPTCY COURT**<br>**Central District of California**<br>**BY bolte      DEPUTY CLERK** |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA -*SANTA ANA* DIVISION**

| In re:<br>THE LITIGATION PRACTICE GROUP P.C.<br><br><br><br>Debtor(s)<br><br>RICHARD A. MARSHACK<br>Trustee of the LPG Liquidation Trust,<br><br><br>Plaintiff(s)<br><br>vs.<br><br>WORLD GLOBAL FUND, LLC; et al<br><br><br><br>Defendant(s) | CASE NO.: 8:23-bk-10571 SC<br><br>CHAPTER: 11<br><br>ADVERSARY NO. (*if applicable*): 8:25-ap-01105<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE**<br><br>**[LBRs 2090-1(b) and 9013-1(q)]**<br><br><br>[No hearing required per LBR 2090-1(b)(6)] |

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). For good cause appearing, IT IS ORDERED: the Application is GRANTED and non-resident attorney (*specify name*):  Patrick M. McCarthy may appear on behalf of the following parties OptimumBank, Optimum Bank Holdings, Inc., and Moishe Gubin in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows: none

Date: July 30, 2026

Scott C. Clarkson
United States Bankruptcy Judge

---

This form is optional.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*October 2024*                                                                 **F 2090-1.2.ORDER.NONRES.ATTY**