CHRISTOPHER CELENTINO (131688)
Christopher.Celentino@dinsmore.com
CHRISTOPHER B. GHIO (259094)
Christopher.Ghio@dinsmore.com
YOSINA M. LISSEBECK (201654)
Yosina.Lissebeck@dinsmore.com
**DINSMORE & SHOHL LLP**
655 West Broadway, Ste 800
San Diego, CA 92101
Tele:  (619) 400-0500
Fax:   (619) 400-0501

KAREN S. HOCKSTAD (OH 61308)
Karen.Hockstad@dinsmore.com
MATTHEW H. SOMMER (OH 101721; NC 51004)
Matthew.Sommer@dinsmore.com
**DINSMORE & SHOHL LLP**
191 W. Nationwide Blvd., Ste 200
Columbus, OH 43215
Tele: (614) 628-6880
Fax:  (614) 628-6890
(Admitted pro hac vice)

Attorneys for Richard A. Marshack,
Plaintiff and Trustee of the LPG Liquidating Trust

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.<br><br>Debtor. | Case No.: 8:23-bk-10571-SC<br><br>Adv. Proc. No.: 8:25-ap-01105-SC<br><br>Chapter 11 |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>World Global Fund, LLC, et al.<br><br>Defendants. | **STIPULATION BY AND BETWEEN PLAINTIFF RICHARD A. MARSHACK AND DEFENDANT GENESIS EQUITY GROUP FUNDING LLC TO DISMISS DEFENDANT GENESIS EQUITY GROUP FUNDING LLC WITHOUT PREJUDICE**<br><br>Judge: Hon. Scott C. Clarkson<br><br>[NO HEARING REQUIRED] |

1

**TO THE HONORABLE SCOTT C. CLARKSON, UNITED STATES BANKRUPTCY JUDGE, THE OFFICE OF THE UNITED STATES TRUSTEE, AND ALL INTERESTED PARTIES:**

This Stipulation ("Stipulation") is entered into by and between Plaintiff, Richard A. Marshack in his capacity as Liquidating Trustee of the LPG Liquidation Trust ("Plaintiff" or "Trustee"), and Defendant Genesis Equity Group Funding LLC ("Genesis") (collectively referred to as "Parties") with regard to the following:

<u>**RECITALS**</u>

A. On March 20, 2023 ("Petition Date"), The Litigation Practice Group P.C. ("Debtor") filed a voluntary petition under Chapter 11 of Title 11 of the United States Code, commencing bankruptcy case no. 8:23-bk-10571-SC ("Bankruptcy Case").

B. On May 8, 2023, Richard A. Marshack was appointed as the Chapter 11 Trustee of the Estate. Richard A. Marshack is the former Chapter 11 trustee for the Bankruptcy Case and acting liquidating trustee of the LPG Liquidation Trust.

C. On March 10, 2025, the Trustee filed a complaint naming Genesis as a defendant, among others, initiating Adversary Proceeding No. 8:25-ap-01105-SC (the "Adversary Proceeding").

D. Thereafter, the Trustee filed an amended complaint in Adversary Proceeding in which he asserted claims against the defendants, including Genesis, with the Amended Complaint filed on August 28, 2025 (Docket No. 209) containing its operative claims against Genesis in the Adversary Proceeding.

E. Following his investigation, Trustee has agreed to dismiss Genesis from the Adversary Proceeding without prejudice.

///

///

///

///

///

///

## STIPULATION

**NOW THEREFORE, THE PARTIES STIUPLATE AND AGREE AS FOLLOWS:**

WHEREFORE, based upon the above recitals the Trustee and Stipulating Defendants to this adversary action, by and through their counsel of record, hereby stipulate as follows:

Pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure, made applicable here by Rule 7041 of the Federal Rules of Bankruptcy Procedure, the Trustee and Defendant Genesis hereby stipulate to the dismissal without prejudice of Defendant Genesis from the Adversary Proceeding, including all claims asserted against Genesis, with each party to bear the party's own attorney's fees and costs.

**IT IS SO STIPULATED.**

Dated: August 7, 2026

Respectfully submitted,

DINSMORE & SHOHL LLP

By: */s/ Karen S. Hockstad*
    Karen S. Hockstad (OH061308)
    Karen.Hockstad@dinsmore.com
    Matthew H. Sommer (OH101721)
    Matthew.sommer@dinsmore.com
    DINSMORE & SHOHL, LLP
    191 W. Nationwide Blvd., Suite 200
    Columbus, OH 43215
    Tele: 614.628-6880
    Fax: 614.628-6890

    CHRISTOPHER CELENTINO (131688)
    christopher.celentino@dinsmore.com
    CHRISTOPHER B. GHIO (259094)
    christopher.ghio@dinsmore.com
    YOSINA M. LISSEBECK (201654)
    yosina.lissebeck@dinsmore.com
    DINSMORE & SHOHL LLP
    655 West Broadway, Suite 800
    San Diego, CA 92101
    Tele: 619.400.0500
    Fax: 619.400.0501

    *Attorneys for Richard A. Marshack,*
    *Plaintiff and Trustee of the LPG*
    *Liquidation Trust*

3

_Victoria Newmark_

Ira D. Kharasch
ikharasch@pszjlaw.com
Victoria Newmark
vnewmark@pszjlaw.com
Pachulski Stang Ziehl & Jones, LLP
10100 Santa Monica Blvd., Suite 1300
Los Angeles, CA 90067
Tele:   310-277-6710

*Attorneys for Genesis Equity Group Funding
LLC*

4

**PROOF OF SERVICE OF DOCUMENT**

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is: DINSMORE & SHOHL, LLP, 191 W. Nationwide Blvd., Suite 200, Columbus, OH 43215

A true and correct copy of the document entitled (*specify*):

**STIPULATION BY AND BETWEEN PLAINTIFF RICHARD A. MARSHACK AND DEFENDANT GENESIS EQUITY GROUP FUNDING, LLC TO DISMISS DEFENDANT GENESIS EQUITY GROUP FUNDING LLC WITHOUT PREJUDICE**

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 08/14/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 08/14/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Judge's Copy**
Honorable Scott C. Clarkson
United States Bankruptcy Court, Central District of California
Ronald Reagan Federal Building and Courthouse
411 West Fourth Street, Suite 5130/Ctrm 5C
Santa Ana, CA 927014593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 08/14/26 | Karen S. Hockstad | */s/ Karen S. Hockstad* |
|----------|-------------------|------------------------|
| *Date* | *Printed Name* | *Signature* |

1. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**

Joseph Boufadel on behalf of Defendant Slate Advance LLC
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Joseph Boufadel on behalf of Interested Party Courtesy NEF
jboufadel@salvatoboufadel.com, Gsalvato@salvatoboufadel.com;gsalvato@ecf.inforuptcy.com

Baruch C Cohen on behalf of Defendant Solomon Feig
BaruchCohen@Baruchcohenesq.com, paralegal@baruchcohenesq.com

Christopher Ghio on behalf of Plaintiff Richard A Marshack
Christopher.Ghio@dinsmore.com, bonnie.connolly@dinsmore.com

David T Hayek on behalf of Defendant Optimum Bank Holdings, Inc.
dhayek@hinshawlaw.com, nvasquez@hinshawlaw.com

David T Hayek on behalf of Defendant Optimumbank
dhayek@hinshawlaw.com, nvasquez@hinshawlaw.com

David T Hayek on behalf of Defendant Moishe Gubin
dhayek@hinshawlaw.com, nvasquez@hinshawlaw.com

Kevin Hoang on behalf of Defendant Optimumbank
kevin@khoanglaw.com, emily@khoanglaw.com,wilma@khoanglaw.com

Karen Hockstad on behalf of Plaintiff Richard A Marshack
karen.hockstad@dinsmore.com, sylvia.lawrence@dinsmore.com

Karen Hockstad on behalf of Trustee Richard A Marshack (TR)
karen.hockstad@dinsmore.com, sylvia.lawrence@dinsmore.com

Brandon J. Iskander on behalf of Interested Party Courtesy NEF
biskander@goeforlaw.com, kmurphy@goeforlaw.com;jfountain@goeforlaw.com

Ira David Kharasch on behalf of Defendant Genesis Equity Group Funding LLC
ikharasch@pszjlaw.com

Yosina M Lissebeck on behalf of Plaintiff Richard A Marshack
yosina.lissebeck@dinsmore.com, caron.burke@dinsmore.com;Cynthia.Lam@Dinsmore.com

Richard A Marshack (TR)
pkraus@marshackhays.com, ecf.alert+Marshack@titlexi.com

Victoria Newmark on behalf of Defendant Genesis Equity Group Funding LLC
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Victoria Newmark on behalf of Defendant Solomon Feig
vnewmark@pszjlaw.com, hdaniels@pszjlaw.com;bdassa@pszjlaw.com;hwinograd@pszjlaw.com

Brian A Paino on behalf of Defendant Optimum Bank Holdings, Inc.
bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino on behalf of Defendant Optimumbank
bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino on behalf of Defendant Optimumbank.com
bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Brian A Paino on behalf of Defendant Moishe Gubin
bpaino@hinshawlaw.com, hmosothoane@hinshawlaw.com;crico@hinshawlaw.com

Ronald N Richards on behalf of Interested Party Courtesy NEF
ron@ronaldrichards.com, 7206828420@filings.docketbird.com

Matthew Sommer on behalf of Plaintiff Richard A Marshack
matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com

Matthew Sommer on behalf of Trustee Richard A Marshack (TR)
matthew.sommer@dinsmore.com, carrie.davis@dinsmore.com

Patrick M. McCarthy on behalf of OptimumBank
pmccarthy@howardandhoward.com

Patrick M. McCarthy on behalf of Optimum Bank Holdings, Inc.
pmccarthy@howardandhoward.com

Patrick M. McCarthy on behalf of Moishe Gubin
pmccarthy@howardandhoward.com

Scott C. Frost on behalf of OptimumBank
sfrost@howardandhoward.com

Scott C. Frost on behalf of OptimumBank.com
sfrost@howardandhoward.com

Scott C. Frost on behalf of Optimum Bank Holdings, Inc.
sfrost@howardandhoward.com

Scott C. Frost on behalf of Moishe Gubin
sfrost@howardandhoward.com

Daniel S. Rubin on behalf of OptimumBank
drubin@howardandhoward.com

Daniel S. Rubin on behalf of OptimumBank.com
drubin@howardandhoward.com

Daniel S. Rubin on behalf of Optimum Bank Holdings, Inc.
drubin@howardandhoward.com

Daniel S. Rubin on behalf of Moishe Gubin
drubin@howardandhoward.com

United States Trustee (SA)
ustpregion16.sa.ecf@usdoj.gov


2.       **TO BE SERVED VIA U.S. MAIL**

Funding Gateway, Inc.
Mark Fuchs c/o The Corporation
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

Funding Gateway, Inc.
Marchs, c/o File Right RA Services, LLC
330 Changebridge Road, Suite 101
Pine Brook, NY 07058

World Global Fund, LLC
n/k/a Glass Media, LLC
Andrew Pierce c/o Cloud Peak Law
1095 Sugar View Drive, Suite 500
Sheridan, WY 82801

Funding Gateway, Inc.
And each of its assumed names
c/o Cloud Peak Law
1095 Sugar View Drive, Suite 500
Sheridan, WY 82801