FILED & ENTERED

AUG 31 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>The Litigation Practice Group P.C.,<br><br>Debtor(s). | CHAPTER 11<br><br>Case No.: 8:23-bk-10571-SC<br>Adv. No.: 8:25-ap-01105-SC<br><br>**ORDER (1) GRANTING MOTION TO EXTEND DISCOVERY DEADLINES AND (2) VACATING HEARING**<br><br>Vacated hearing:<br>Date: September 2, 2026<br>Time: 11:00 AM<br>Courtroom: 5C |
| Richard A. Marshack, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff(s),<br><br>v.<br><br>World Global Fund LLC, etc. et al.,<br><br>Defendant(s). | |

The Court has considered Defendants Moishe Gubin, OptimumBank, and OptimumBank Holdings, Inc.'s (collectively, the "Optimum Defendants") Notice of Motion and Motion to Extend Discovery Deadlines [Dk. 394] (the "Motion"), and the docket as a whole, and finds this matter appropriate for disposition without oral argument. For the reasons set forth below, the Motion is GRANTED, and the hearing

set for September 2, 2026, at 11:00 a.m. is VACATED.

**I. Background**

On May 28, 2026, the Court entered an order granting Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust's motion to extend remaining deadlines [Dk. 361]. That order set a discovery cutoff of October 29, 2026, and provided that all discovery motions must be heard and resolved by the discovery cutoff. The order also set a motion cutoff of February 16, 2027, and provided that all non-discovery motions must be heard and resolved by that date. The pre-trial conference is set for April 15, 2027, at 10:00 a.m.

The Optimum Defendants now seek a limited extension of the discovery cutoff from October 29, 2026, to November 28, 2026. The Motion states that the Optimum Defendants have retained new counsel, counsel have been working with Plaintiff's counsel to schedule at least ten depositions, additional written discovery is anticipated, and additional party or third-party depositions may be necessary depending on the responses. The Rubin Declaration in support states that Plaintiff agreed to extend the fact discovery deadline to November 28, 2026, Slate Advance LLC stated it had no opposition, and Solomon Feig did not provide an affirmative or negative response. No opposition to the Motion was filed.

**II. Discussion**

Federal Rule of Civil Procedure ("Rule") 16 applies in adversary proceedings through Federal Rule of Bankruptcy Procedure 7016. Under Rule 16(b)(4), a scheduling order may be modified only for good cause and with the judge's consent. The good-cause inquiry primarily considers the diligence of the party seeking modification. *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).

The Optimum Defendants have shown good cause for the limited extension requested. The Motion was filed before the existing discovery cutoff expired. The requested extension is limited to the discovery cutoff, is supported by the stated need to complete depositions and related discovery, and is unopposed. The Court makes no

finding regarding the merits, scope, or propriety of any specific discovery request or anticipated discovery dispute.

The Court will extend the discovery cutoff to November 28, 2026. All other deadlines set by the Court's May 28, 2026, order [Dk. 361] remain unchanged.

**III. Conclusion**

For the foregoing reasons, IT IS HEREBY ORDERED:

1. The Motion is GRANTED and the September 2, 2026, hearing is VACATED.
2. The discovery cutoff is extended from October 29, 2026, to November 28, 2026. All discovery motions must be heard and resolved by the discovery cutoff.
3. All other dates and deadlines set by the Court's May 28, 2026, order [Dk. 361] remain unchanged, including the February 16, 2027, motion cutoff and the April 15, 2027, pre-trial conference at 10:00 a.m.

**IT IS SO ORDERED.**

###

Date: August 31, 2026

Scott C. Clarkson
United States Bankruptcy Judge