Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address
Claire E. Montgomery (MI P87717)
Howard & Howard Attorneys, PLLC
450 W 4th Street
Royal Oak, MI 48067
Telephone: 248-723-0336
Facsimile: 248-645-1568
Email: cmontgomery@howardandhoward.com

X *Attorney for*: OptimumBank, Optimum Bank Holdings, Inc., and Moishe Gubin

FOR COURT USE ONLY

FILED & ENTERED

AUG 31 2026

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY bolte DEPUTY CLERK

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - *SANTA ANA* DIVISION**

In re:
THE LITIGATION PRACTICE GROUP P.C.

Debtor(s)

RICHARD A. MARSHACK
Trustee of the LPG Liquidation Trust,

Plaintiff(s)

vs.

WORLD GLOBAL FUND, LLC; et al

Defendant(s)

CASE NO.: 8:23-bk-10571 SC

ADVERSARY NO. (*if applicable*): 8:25-ap-01105

CHAPTER: 11

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE**

**[LBRs 2090-1(b) and 9013-1(q)]**

[No hearing required per LBR 2090-1(b)(6)]

The court reviewed the Application of non-resident attorney to appear pro hac vice in a specific bankruptcy case and/or adversary proceeding(s). For good cause appearing, IT IS ORDERED: the Application is GRANTED and non-resident attorney (*specify name*): Claire E. Montgomery may appear on behalf of the following parties OptimumBank, Optimum Bank Holdings, Inc., and Moishe Gubin in any proceeding in the bankruptcy case, any jointly administered or substantively consolidated case, and any adversary proceedings filed in such cases, unless the representation is limited as follows: none

Date: August 31, 2026

Scott C. Clarkson
United States Bankruptcy Judge