PATRICK M. McCARTHY (MI P49100) (Admitted pro hac vice)
HOWARD & HOWARD ATTORNEYS PLLC
450 West Fourth Street
Royal Oak, MI 48067
Tel: 248-723-0332
Fax: 248-645-1568
pmccarthy@howardandhoward.com

*Attorneys for Defendants*
*OPTIMUMBANK, OPTIMUM BANK HOLDINGS INC. and MOISHE GUBIN*

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA – SANTA ANA DIVISION**

| | |
|---|---|
| In re:<br><br>THE LITIGATION PRACTICE GROUP P.C.<br><br>Debtor. | Case No. 8:23-bk-10571 SC<br><br>Chapter 11<br><br>Adv. Proc. No. 8:25-ap-1105-SC |
| RICHARD A. MARSHACK, Trustee of the LPG Liquidation Trust,<br><br>Plaintiff,<br><br>v.<br><br>WORLD GLOBAL FUND, LLC, et al.<br><br>Defendants. | **NOTICE OF APPEARANCE**<br><br>Assigned to the Hon. Scott C. Clarkson |

TO THE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Patrick M. McCarthy of Howard & Howard Attorneys PLLC hereby appears in the above-entitled action and adversary action on behalf of defendants OptimumBank, Optimum Bank Holdings Inc. and Moishe Gubin and requests that all further papers,

HOWARD & HOWARD ATTORNEYS PLLC

pleadings, filings, and electronic filings, except original process, be served upon at the address and email address stated above.

DATED: September 16, 2026

Howard & Howard Attorneys PLLC

By: /s/ Patrick M. McCarthy
Patrick McCarthy
Scott Frost
Daniel Rubin
Kevin Hoang

Attorneys for OptimumBank, Optimum Bank Holdings Inc. and Moishe Gubin

HOWARD & HOWARD ATTORNEYS PLLC

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

**Howard & Howard Attorneys PLLC 450 West Fourth Street, Royal Oak, MI 48067**

A true and correct copy of the foregoing document entitled (*specify*): **NOTICE OF APPEARANCE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 09/16/2026, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☒ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (date) 09/16/2026, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Scott C. Clarkson
U.S. Bankruptcy Court, Central District of California
Ronald Reagan Federal Building
411 W. Fourth St., Ste. 5130/Courtroom 5C
Santa Ana, CA 92701-4593

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 09/16/2026, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| 09/16/2026 | Patrick M. McCarthy | */s/ Patrick M. McCarthy* |
| *Date* | *Printed Name* | *Signature* |

**TO BE SERVED VIA ELECTRONIC FILING (NEF):**

Joseph Boufadel on behalf of Defendant Slate Advance LLC
jboufadel@salvatoboufadel.com

Baruch C Cohen on behalf of Defendant Solomon Feig
baruchcohen@baruchcohenesq.com

David T Hayek on behalf of Defendant Optimum Bank Holdings, Inc.
dhayek@hinshawlaw.com

David T Hayek on behalf of Defendant OptimumBank
dhayek@hinshawlaw.com

David T Hayek on behalf of Defendant Moishe Gubin
dhayek@hinshawlaw.com

Kevin Hoang on behalf of Defendant Optimumbank
kevin@khoanglaw.com

Richard A Marshack (TR)
pkraus@marshackhays.com

Victoria Newmark on behalf of Defendant Solomon Feig
vnewmark@pszjlaw.com

Brian A Paino on behalf of Defendant Optimum Bank Holdings, Inc.
bpaino@hinshawlaw.com

Brian A Paino on behalf of Defendant OptimumBank
bpaino@hinshawlaw.com

Brian A Paino on behalf of Defendant Optimumbank.com
bpaino@hinshawlaw.com

Christopher Celentino on behalf of Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust
christopher.celentino@dinsmore.com

Christopher B Ghio on behalf of Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust
christopher.ghio@dinsmore.com

Yosina M Lissebeck on behalf of Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust
yosina.lissebeck@dinsmore.com

Karen S Hockstad on behalf of Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust
karen.hockstad@dinsmore.com

Matthew H Sommer on behalf of Plaintiff Richard A. Marshack, Trustee of the LPG Liquidation Trust
matthew.sommer@dinsmore.com

**TO BE SERVED VIA U.S. MAIL**

Funding Gateway, Inc.
Mark Fuchs c/o/ The Corporation
5314 16th Avenue, Suite 139
Brooklyn, NY 11204

Funding Gateway, Inc.
Marchs, c/o File Right RA Services, LLC
330 Changebridge Road, Suite 101
Pine Brook, NY 07058

World Global Fund, LLC
n/k/a Glass Media, LLC
Andrew Pierce c/o Cloud Peak Law
1095 Sugar View Drive, Suite 500
Sheridan, WY 82801

Funding Gateway, Inc.
And each of its assumed names
c/o Cloud Peak Law
1095 Sugar View Drive, Suite 500
Sheridan, WY 82801